AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gail E. Waters
8311 Renton Avenue South
Seattle, WA  98118

**SUMMONS IN A CIVIL CASE**

· V.

Marriott International, Inc., et al.
One Marriott Drive
Washington, DC  20058

CASE NUMBER   1:06CV01310

JUDGE: Gladys Kessler

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/25/2006

TO: (Name and address of Defendant)

Serve;  Marriott International Inc.
        Law Department / N. American Lodging Operations
        10400 Fernwood Road
        Bethesda, MD  20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Silber, Esquire
DC Bar No. 395407
SPARKS & SILBER, LLP
3221 M Street, NW
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUL 2 5 2006

CLERK                                     DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 07/25/06 at 3:05 pm |
| NAME OF SERVER *(PRINT)*    Melvin M. Shapiro | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

XG  Other (specify):  By serving Keith Jones, Sr., Legal Assistant, authorized to accept.  Service was completed at 10400 Fernwood Road, Bethesda, Maryland 20817.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    07/26/06
　　　　　　　　　　Date

Signature of Server

Capital Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

* Exhibits A - B; Notice of Right to Consent to Trial Before United States
  Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gail E. Waters
8311 Renton Avenue South
Seattle, WA  98118

**SUMMONS IN A CIVIL CASE**

V.

Marriott International, Inc., et al.
One Marriott Drive
Washington, DC  20058

CASE NUMBER   1:06CV01310

JUDGE: Gladys Kessler

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/25/2006

TO: (Name and address of Defendant)

Serve:  Marriott International, Inc.
       Prentice-Hall Corporation System, Inc.
       1090 Vermont Avenue, NW
       Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Silber, Esquire
DC Bar No. 395407
SPARKS & SILBER, LLP
3221 M Street, NW
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 2 5 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 07/25/06 at 3:00 pm |
| NAME OF SERVER *(PRINT)*    Daniel Portnoy | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

XX  Other (specify):  By serving Renee Rice, Team Leader, authorized to accept.
    Service was completed at 1090 Vermont Avenue, NW, Suite 430,
    Washington, DC 20005.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07/26/06
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC  20009
(202) 667-0050

Address of Server

   * Exhibit A -B; Notice of Right to Consent to Trial Before United States
     Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.