UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
GAIL EUGENE PHILLIPS-WATERS,       )
                                   )
      Plaintiff,                   )
                                   )
v.                                 )    Case No. 1:06-cv-01310 (GK)
                                   )
MARRIOTT INTERNATIONAL, INC., et al., )
                                   )
      Defendants.                  )
_____)

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANT MARRIOTT INTERNATIONAL, INC. TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

      Defendant Marriott International, Inc. ("Marriott") respectfully moves this Court for an extension of time for Marriott to answer or otherwise respond to the Complaint through and including September 22, 2006. Plaintiff Gail Eugene Phillips-Waters ("Plaintiff"), by counsel, consents to the extension of time sought by Defendant Marriott. In support of its motion, Defendant Marriott states as follows:

      1.      This action was filed on July 25, 2006.

      2.      Representatives of Marriott and Plaintiff recently engaged in discussions to determine whether they might negotiate a resolution of this matter. It appears that Plaintiff and Defendant Marriott will not be able to reach a pre-response resolution and Marriot now requires additional time to investigate Plaintiff's claims and prepare an appropriate response.

3. On August 15, 2006 counsel for Marriott and Plaintiff conferred and agreed to an extension of time for Marriott to answer or otherwise respond to the Complaint through and including September 22, 2006.

WHEREFORE, Marriott respectfully request that this Court grant Marriott an extension of time through and including September 22, 2006 to answer or otherwise respond to the Complaint. Plaintiff consents to the relief sought herein by Marriott. A proposed order is submitted herewith.

August 15, 2006                                     Respectfully submitted,

_____
David W. Goewey
D.C. Bar No. 414257
Danielle R. Foley
D.C. Bar No. 464482
VENABLE LLP
575 Seventh Street, N.W.
Washington, D.C. 20004
(202) 344-4583 (telephone)
(202) 344-8300 (Fax)

*Counsel for Defendant Marriott International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, the foregoing Consent Motion to Extend Time for Defendant Marriott International, Inc., to Answer or Otherwise Respond to the Complaint, was served via the Court's electronic case management system, which will send a notice of electronic filing to the following:

>Richard F. Silber
>D.C. Bar No. 395407
>Sparkes & Silber, LLP
>3221 M Street, NW
>Washington, DC 20007-3616
>Telephone: 202-338-0687
>Facsimile: 202-333-0858
>
>Leslie Hagin
>D.C. Bar No. 453450
>McNaul Ebel Nawrot Helgren & Vance, P.L.L.C.
>600 University Street, Suite 2700
>Seattle, WA 98101
>Telephone: 206-467-1816

_____
David W. Goewey