UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-01310 (GK) |

[PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Time for Defendant Marriott International, Inc., to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED:

Defendant Marriott International, Inc. shall have through and including September 22, 2006 to file an Answer or otherwise respond to the Complaint.

_____
The Honorable Gladys Kessler
United States District Judge

cc:   Counsel of Record