UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC., et al. )<br>)<br>Defendants. )<br>) | Case No. 06 1310(GK) |

## MOTION TO SPECIALLY ADMIT OUT-OF-STATE ATTORNEYS

COMES NOW the Plaintiff Gail Eugene Phillips-Waters, by and through counsel, Richard F. Silber, Esquire, and pursuant to LcvR 83.2(d) of the United States District Court for the District of Columbia, hereby moves this Honorable Court to specially admit Michael D. Helgren, Esquire and Leslie J. Hagin, Esquire, both of the firm McNaul Ebel Nawrot & Helgren PLLC, and, as the basis therefore, states as follows:

1. The undersigned counsel is currently admitted to practice law before the District of Columbia Courts and U.S. District Court for the District of Columbia.

2. Out-of-state attorney Michael D. Helgren is a member in good standing of the bar of Washington State. Mr. Helgren's certification attesting to this fact is attached hereto.

3. Out-of-state attorney Leslie J. Hagin, is currently a member is good standing of the following bars: Washington State (active), District of Columbia (active) and Texas (inactive). Ms. Hagin's certification attesting to these facts is attached hereto.

4. Mr. Helgren and Ms. Hagin are both experienced trial attorneys. They have never been disciplined by any bar, and are familiar with the Federal Rules of Civil

Procedure and the local rules of the U.S. District Court for the District of Columbia. Mr. Helgren and Ms. Hagin are familiar with the facts and circumstances concerning the captioned matter and it would work a hardship on Plaintiff should they not be allowed to appear as counsel.

For all the foregoing, Plaintiff respectfully requests that the Court grant Plaintiff's Motion and Order the admission *pro hac vice* of Michael D. Helgren and Leslie J. Hagin.

> Respectfully submitted,
> **SPARKS & SILBER, LLP**
>
> _____
> Richard F. Silber, Esquire
> D.C. Bar No. 395407
> 3221 M Street, NW
> Washington, DC 20007
> Tele (202) 338-0687
> Fax  (202) 333-0858
>
> Attorneys for Plaintiff,
> Gail Phillips-Waters

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Motion to Specially Admit Out-of-State Attorneys and Proposed Order were served by First Class Mail, postage prepaid, this 30th day of August, 2006 on:

> David W. Goewey, Esquire
> Danielle R. Foley, Esquire
> Venable LLP
> 575 7th Street, NW
> Washington, DC 20004-1601

_____
Richard F. Silber

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS,<br><br>              Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Case No. 06 1310(GK) |

### CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Michael D. Helgren and in support of his admission *pro hac vice*, as counsel for Plaintiff Gail Eugene Phillips-Waters, certifies as follows:

1. I am a member of the law firm of McNaul Ebel Nawrot & Helgren PLLC, located at 600 University Street, Suite 2700, Seattle, Washington 98101, (206) 467-1816.

2. I am a member in good standing of the following bars: Washington State.

3. I hereby certify that I have never been disciplined by any bar.

4. I have never appeared in this Court, under *pro hac vice* admission, before.

5. I am not a member of the District of Columbia bar, nor do I engage in the practice of law from an office located in the District of Columbia.

6. I have read and I am familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court:

/////

/////

/////

7.  I am familiar with the instant case, and it would create substantial hardship to the client if I were not allowed to appear as counsel.

DATED this ____ day of August, 2006.

_____
Michael D. Helgren, WSBA No. 12186

McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: mhelgren@mcnaul.com

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS,<br><br>              Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Case No. 06 1310(GK) |

### **CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW Leslie J. Hagin and in support of her admission *pro hac vice*, as counsel for Plaintiff Gail Eugene Phillips-Waters, certifies as follows:

1. I am a member of the law firm of McNaul Ebel Nawrot & Helgren PLLC, located at 600 University Street, Suite 2700, Seattle, Washington 98101, (206) 467-1816.

2. I am a member in good standing of the following bars: Washington State (active), District of Columbia (active) and Texas (inactive).

3. I hereby certify that I have never been disciplined by any bar.

4. I have never appeared in this Court, under *pro hac vice* admission, before.

5. I am a member of the District of Columbia bar, but do not engage in the practice of law from an office located in the District of Columbia.

6. I have read and I am familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

/////

/////

/////

7.    I am familiar with the instant case, and it would create substantial hardship to the client if I were not allowed to appear as counsel.

DATED this 24th day of August, 2006.

Leslie J. Hagin
WSBA No. 29186
DCBA No. 453450

McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: lhagin@mcnaul.com

2080-001 sh081103 8/24/06

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 06 1310(GK) |
| ) | |
| v. ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The motion for admission *pro hac vice* of Michael D. Helgren, Esquire and Leslie J. Hagin, Esquire as counsel for Plaintiff is this _____ day of _____, 2006, is **GRANTED**.

_____
U.S. District Judge