UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAIL EUGENE PHILLIPS-WATERS

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., et al.,

Defendants.

CASE NO. 1:06-CV-01310

## PRAECIPE TO WITHDRAW MOTION

Plaintiff, through undersigned counsel, respectfully requests the Clerk to withdraw Plaintiff's October 3, 2006 Motion For Leave To File Second Amended Complaint and Proposed Order.

Respectfully submitted,

SPARKS & SILBER, LLP

Richard F. Silber, Esquire, D.C. Bar No. 395407
3221 M Street, N.W.
Washington, D.C.  20007-3616
Tel 202/338-0687 Fax 202/333-0858

McNAUL EBEL NAWROT & HELGREN P.L.L.C.

-1-

-2-

Leslie Hagin, Esquire, D.C. Bar No. 453450
Michael D. Helgren, Esquire*
600 University Street, Suite 2700
Seattle, Washington 98101
Tel 206/467-1816 Fax 206/624-5128

Attorneys for Plaintiff,
Gail Phillips-Waters

*Admitted *Pro Hac Vice*