AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gaile E. Waters
8311 Renton Avenue South
Seattle, WA 98118

**SUMMONS IN A CIVIL CASE**

V.

Marriott International, Inc., et al.

and

Sunstone K9, LLC
903 Calle Amanecer, Suite 100
San Clement, CA 92673

CASE NUMBER: 1:06CV01310

TO: (Name and address of Defendant)

Sunstone K9, LLC
Serve: National Registered Agents, Inc.
    1090 Vermont Avenue., NW, Suite 910
    Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Silber, Esquire
DC Bar No. 395407
SPARKS & SILBER, LLP
3221 M Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                9/18/2006

CLERK                                                      DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gaile Eugene Phillips-Waters

vs.

Marriott International, Inc., et al.

No. 1:06CV01310 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and First Amended Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:15 pm on September 28, 2006, I served Sunstone K9, LLC c/o National Registered Agents, Inc. at 1090 Vermont Avenue, NW, Suite 910, Washington, DC 20005 by serving C. Brooks Ferrett, Paralegal, authorized to accept. Described herein:

```
  SEX-    MALE
  AGE-    40
HEIGHT-   5'9"
  HAIR-   BLACK
WEIGHT-   170
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-29-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 177349