UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC., et al., )<br>)<br>   Defendants. ) | Case No.   06-cv-01310 (GK) |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Marriott International, Inc. ("Marriott") respectfully moves the Court for an extension of time for all Defendants to answer or otherwise respond to the First Amended Complaint. Plaintiff Gail Eugene Phillips-Waters ("Plaintiff"), by counsel, consents to this extension of time. In support of its motion, Defendant Marriott states the following:

1. This action was filed on July 25, 2006.

2. On August 15, 2006, Marriott sought, through a Consent Motion, an extension of time to respond to the Complaint. The Court granted such Motion on August 17, 2006.

3. During the course of Marriott's investigation of Plaintiff's claims, Marriott discovered (and brought to Plaintiff's attention) a misnomer issue. Specifically, Defendant Techworld Hotel Associates, LLC ("Techworld") sold the subject hotel property prior to the July 26, 2005 incident alleged in this action. Furthermore, the property is managed by Renaissance Hotel Operating Company ("Renaissance"), and was managed by Renaissance on July 26, 2005. Renaissance is a subsidiary of Marriott. Pursuant to the relevant management agreement between the owner and Renaissance, Renaissance is responsible for any claims in

which it is alleged that bodily injury or death has resulted from negligence, and, thus, defense counsel advised Plaintiff's counsel that Renaissance is the party that should have been named as the defendant in this suit.

4. On September 15, 2006, Plaintiff's counsel filed an amended complaint ("First Amended Complaint"), which was served upon Marriott via the Court's Electronic Case Filing System on September 21, 2006. In this First Amended Complaint, Plaintiff named the current hotel property owner, Sunstone K9, LLC ("Sunstone K9"). Defendant Marriott's response to the First Amended Complaint is currently due on October 10, 2006 and Defendant Sunstone K9's response is currently due on October 19, 2006.

5. Counsel for the parties are still engaged in discussions about the proper party defendants and have recently exchanged relevant documents and draft agreements on the subject of proper party defendants. On October 6, 2006, counsel for the parties agreed that Defendants should not respond to the First Amended Complaint until counsel for the parties have had additional time to exchange information and otherwise seek to determine which entities will be named as party defendants. Accordingly, the parties agreed to continue to engage in negotiations to resolve the misnomer/ proper party defendant issues through October 23, 2006. If the parties are unable to reach agreement on the misnomer issue by October 23, 2006, then Defendants shall answer or otherwise respond to the First Amended Complaint by October 27, 2006 (unless Plaintiff renews its motion for leave to amend and proffers a Second Amended Complaint). If the parties are able to reach an agreement by October 23, 2006, then Plaintiff shall file a Second Amended Complaint by October 27, 2006. Defendants will then answer or otherwise respond to the Second Amended Complaint in accordance with the time permitted by the Local Rules.

6. By alerting Plaintiff to this issue and agreeing to this extension, Defendants have not waived any rights or defenses to this action and all defenses are specifically reserved.

WHEREFORE, Defendant Marriott respectfully requests that this Court grant the Defendants an extension of time to answer or otherwise respond to the First Amended Complaint. If the parties are unable to reach agreement on the misnomer and proper party defendants issues by October 23, 2006, then Defendants shall answer or otherwise respond to the First Amended Complaint by October 27, 2006 (unless Plaintiff moves for leave to file a Second Amended Complaint on or before October 24, 2006). If the parties are able to reach an agreement by October 23, 2006, then Plaintiff shall file a Second Amended Complaint by October 27, 2006. Defendants will then answer or otherwise respond to such Second Amended Complaint in accordance with the time permitted by the Local Rules. Plaintiff consents to the relief sought herein. A proposed order is submitted herewith.

        Respectfully submitted,

        _____
        David W. Goewey (D.C. Bar No. 414257)
        Danielle R. Foley (D.C. Bar No. 464482)
        VENABLE LLP
        575 7th Street, N.W.
        Washington, D.C. 20004
        Telephone: (202) 344-4583
        Facsimile: (202) 344-8300

        *Counsel for Defendant*
        *Marriott International, Inc.*

Date: October 10, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2006, a true and correct copy of the foregoing *Consent Motion To Extend Time For Defendants To Answer Or Otherwise Respond To Plaintiff's First Amended Complaint and proposed Order* was served by the Court's ECF filing system on the following:

>Richard F. Silber, Esquire
>SPARKS & SILBER, LLP
>3221 M Street, N.W.
>Washington, D.C. 20007
>*Counsel for Plaintiff*

>Leslie J. Hagin, Esquire
>Michael D. Helgren, Esquire
>MCNAUL EBEL NAWROT & HELGREN, PLLC
>600 University Street
>Suite 2700
>Seattle, WA 98101
>*Counsel for Plaintiff*

_____
Teresa E. Huguley

#791957/DC2
014562-235530