UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MARRIOTT INTERNATIONAL, INC., et al.,  )<br>  )<br>  Defendants.  )  | Case No.  06-cv-01310 (GK) |

### [PROPOSED] ORDER

Upon consideration of the parties' Consent Motion to Extend Time for Defendants to Answer or Otherwise Respond to the First Amended Complaint, and for good cause shown, it is this _____ day of October, 2006, hereby

ORDERED that the parties shall continue to engage in discussions related to the proper parties to this action.  In the event the parties are unable to reach an agreement by October 23, 2006, then Defendants shall have until and including October 27, 2006, to answer or otherwise respond to the First Amended Complaint unless Plaintiff presents a motion for leave to file a Second Amended Complaint on or before October 24, 2006, in which case, Defendants shall timely respond to such motion; and it is

FURTHER ORDERED that if the parties are able to reach an agreement as to the proper party defendants by October 23, 2006, then Plaintiff shall have until and including October 27, 2006 to file a Second Amended Complaint.  Defendants will then answer or otherwise respond to the Second Amended Complaint within the time prescribed by the Local Rules.  This extension shall not serve to waive any rights of the parties or defenses to this action and all defenses are specifically reserved by Defendants.

#791957/DC2
014562-235530

-2-

IT IS SO ORDERED.

_____
The Honorable Gladys Kessler
United States District Court Judge

**copies to:**

David W. Goewey, Esquire
Danielle R. Foley, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004


Richard F. Silber, Esquire
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C.  20007


Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
MCNAUL EBEL NAWROT & HELGREN, PLLC
600 University Street
Suite 2700
Seattle, WA  98101