UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, )<br>(Individually and as Personal Representative )<br>of the Estate of JAMES LEON WATERS, deceased), )<br>     )<br>    **Plaintiff,** )<br>     )<br>    v.    )<br>     )<br>MARRIOTT INTERNATIONAL, INC., <u>et al.</u>, )<br>     )<br>    **Defendants.** ) | Case No.   06-cv-01310 (GK) |

**CONSENT MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT**

Plaintiff Gail Eugene Phillips-Waters ("Plaintiff") respectfully moves the Court for leave to file a Second Amended Complaint. Defendants Marriott International Inc. ("Marriott"), Techworld Hotel Associates, LLC ("Techworld"), and Sunstone K9, LLC ("Sunstone K9") consent to this motion, as does the defendant to be explicitly added through the Second Amended Complaint, Renaissance Hotel Operating Company. Marriott, Techworld, Sunstone K9, and Renaissance Hotel Operating Company, are all represented by the same counsel for purposes of this Consent Motion.

In support of its motion, Plaintiff states the following:

1.  This action was filed on July 25, 2006.

2.  On August 15, 2006, Marriott sought, through a Consent Motion, an extension of time to respond to the Complaint. The Court granted such Motion on August 17, 2006.

3. Plaintiff filed an amended complaint on September 15, 2006, which was served upon Marriott via the Court's Electronic Case Filing System on September 21, 2006. In this First Amended Complaint, Plaintiff named the current hotel property owner, Sunstone K9.

4. On October 10, 2006, Marriott filed a Consent Motion to extend the time for all Defendants to respond to the First Amended Complaint. Defendant Marriott sought this extension because the parties were engaged in discussions to resolve issues with respect to the proper party defendants in this action. Per the Consent Motion, the parties agreed to continue to engage in negotiations to resolve these issues through October 23, 2006. If the parties were able to reach an agreement on these issues by October 23, then the parties agreed that Plaintiff would file a Second Amended Complaint by October 27, 2006.

5. On October 11, 2006, the Court granted the parties' Consent Motion for extension of time.

6. The parties have engaged in good faith negotiations regarding misnomer and proper party defendant issues, and have reached agreement on those issues. Accordingly, Defendants and Renaissance Hotel Operating Company consent to Plaintiff's request for leave to file a Second Amended Complaint (copy attached as Exhibit A hereto), which names only Marriott and Renaissance Hotel Operating Company as Defendants. These defendants will then answer or otherwise respond to the Second Amended Complaint within the time prescribed by the Local Rules.

WHEREFORE, Plaintiff respectfully request that this Court grant Plaintiff permission to file a Second Amended Complaint. A proposed order is submitted herewith.

Respectfully submitted,

     */s/  Richard F. Silber*
Richard F. Silber  (D.C. Bar No. 395407)
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C.  20007
Phone:  (202) 338-0687
Facsimile:  (202) 333-0858

Leslie J. Hagin (admitted *pro hac vice*)
Michael D. Helgren (admitted *pro hac vice*)
MCNAUL EBEL NAWROT & HELGREN, PLLC
600 University Street
Suite 2700
Seattle, Washington  98101

***Counsel for Plaintiff***

Date:   October 24, 2006

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October 2006, a true and complete copy of the foregoing *Consent Motion for Leave to File Second Amended Complaint and proposed Order* was served by the Court's ECF filing system on the following:

>David W. Goewey, Esquire
>Danielle R. Foley, Esquire
>VENABLE LLP
>575 7th Street, N.W.
>Washington, D.C. 20004
>
>***Counsel for Defendants***
>***Marriott International, Inc. and***
>***Renaissance Hotel Operating Company***

                                      */s/ Richard F. Silber*
                                      Richard F. Silber