UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, )<br>(Individually and as Personal Representative )<br>of the Estate of JAMES LEON WATERS, deceased), )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>MARRIOTT INTERNATIONAL, INC., <u>et al.</u>, )<br>  )<br>Defendants. ) | Case No.   06-cv-01310 (GK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for Leave to File Second Amended Complaint, and for good cause shown, it is this _____ day of October 2006, hereby

ORDERED that Plaintiff is granted leave to file a Second Amended Complaint. Defendants in said Second Amended Complaint, Marriott International Inc. and Renaissance Hotel Operating Company, shall answer or otherwise respond to the Second Amended Complaint within the time prescribed by the Local Rules.  The consent of Marriott and Renaissance to Plaintiff's Motion shall not serve to waive any rights of these parties or defenses to this action and all defenses are specifically reserved by these Defendants.

IT IS SO ORDERED.

_____
The Honorable Gladys Kessler
United States District Court Judge

#787423v4/DC2
014562-235530

-2-

**copies to:**

David W. Goewey, Esquire
Danielle R. Foley, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004


Richard F. Silber, Esquire
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C. 20007


Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
MCNAUL EBEL NAWROT & HELGREN, PLLC
600 University Street
Suite 2700
Seattle, WA 98101