UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, )<br>(Individually and as Personal Representative )<br>of the Estate of JAMES LEON WATERS, deceased), )<br>  )<br>      **Plaintiff,** )<br>  )<br>   v.   ) | Case No.   06-cv-01310 (GK) |
| )<br>MARRIOTT INTERNATIONAL, INC., <u>et al.</u>,   )<br>  )<br>      **Defendants.** ) | |

**RULE 7.1 DISCLOSURE STATEMENT
OF DEFENDANTS MARRIOTT INTERNATIONAL, INC.
<u>AND RENAISSANCE HOTEL OPERATING COMPANY</u>**

I, the undersigned, counsel of record for Defendants Marriott International, Inc. and Renaissance Hotel Operating Company, certify that to the best of my knowledge and belief, that Renaissance Hotel Operating Company is a subsidiary of Marriott International, Inc. and further certify that Marriott International, Inc. has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Respectfully submitted,

                                              _/s/_____
                                              David W. Goewey (D.C. Bar No. 414257)
                                              Danielle R. Foley  (D.C. Bar No. 464482)
                                              VENABLE  LLP
                                              575 7th Street, N.W.
                                              Washington, D.C.  20004
                                              Telephone:  (202) 344-4583
                                              Facsimile:   (202) 344-8300

                                              *Counsel for Defendants*
                                              *Marriott International, Inc. and*
                                              *Renaissance Hotel Operating Company*

Date:   <u>November 16, 2006</u>

#802564/DC2
014562-235530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2006, a true and correct copy of the foregoing *Rule 7.1 Disclosure Statement of Defendants Marriott International, Inc. and Renaissance Hotel Operating Company* was served by the Court's ECF filing system on the following:

Richard F. Silber, Esquire
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C.  20007
***Counsel for Plaintiff***

Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
MCNAUL EBEL NAWROT & HELGREN, PLLC
600 University Street
Suite 2700
Seattle, WA  98101
***Counsel for Plaintiff***

_____
Teresa E. Huguley