UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS,  )<br>(Individually and as Personal Representative  )<br>of the Estate of JAMES LEON WATERS, deceased),  )<br>    )<br>    Plaintiff,  )<br>    )<br>    v.  )<br>    )<br>MARRIOTT INTERNATIONAL, INC., **et al.**,  )<br>    )<br>    Defendants.  ) | Case No.   06-cv-01310 (GK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss and any opposition and reply relating thereto, and the entire record in this case, and for good cause shown, it is this _____ day of _____ 2006, hereby

ORDERED that Plaintiff Gail Eugene Phillips-Waters' Complaint in this matter is hereby dismissed *with prejudice*.

IT IS SO ORDERED.

_____
The Honorable Gladys Kessler
United States District Court Judge

#803555/DC2
014562-235530

-2-

**copies to:**

David W. Goewey, Esquire
Danielle R. Foley, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004


Richard F. Silber, Esquire
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C. 20007


Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
MCNAUL EBEL NAWROT & HELGREN, PLLC
600 University Street
Suite 2700
Seattle, WA 98101