UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS,<br><br>         Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>         Defendants. | Case No. 06 1310(GK) |

[PROPOSED] ORDER RE MOTION TO DISMISS

Upon consideration of Defendants' Motion to Dismiss, Plaintiff's Opposition and any Reply relating thereto, and the entire record in this case, and for good cause shown, it is this _____ _____ day of _____, 200__, hereby

ORDERED that defendants' Motion to Dismiss is DENIED.

IT IS SO ORDERED.

_____
The Honorable Gladys Kessler
United States District Court Judge

ORDER RE MOTION TO DISMISS – Page 1

Copies to:

Mr. Richard F. Silber
3221 M Street, N.W.
Washington, DC 20007

Leslie J. Hagin, Esq.
Michael D. Helgren, Esq.
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA  98101

David W. Goewey, Esq.
Danielle Foley, Esq.
Venable LLP
575 - 7th Street, N.W.
Washington, D.C.  20004-1601

ORDER RE MOTION TO DISMISS – Page 2