# IHRSA MEMBERSHIP REVIEW COMPLAINT

*(Please type or print all information.)*

**Name and address of complaining IHRSA Member Club or Company (the "Complainant"):**

Your Name:_____ Title:_____

Club Name:_____

Address: _____

_____

Phone: _____

**Name of the IHRSA Member about which you are complaining (the "Respondent"):**

Club Name:_____

Address: _____

_____

*On a separate sheet(s), please state why you believe that the respondent has violated the By-Laws or the Membership Eligibility Standards. Specify each part of the By-Laws or the Membership Eligibility Standards that you feel the respondent has violated and list any witnesses who would supply supporting testimony to your claim. Attach any documents or other materials that will be helpful to the Membership & Standards Review Committee in understanding your complaint.*

_____
Your Signature *(cannot be processed without signature)*          Date

**Mail or fax your completed complaint to:**

IHRSA
263 Summer Street
Boston, MA 02210
Attn: John McCarthy
(617) 951-0055
(617) 951-0056 (fax)

10/28/97

## ASSOCIATE MEMBER CODE OF CONDUCT

*As an Associate Member of IHRSA, we consider it our mission to enhance the quality of life through physical fitness and sports. To this end, we endeavor to provide quality products and services. We further strive to instill in those we serve an understanding of the value of physical fitness and sports for their lives.*

**In order to fulfill our mission, we pledge the following:**

- That we produce quality products and services;
- That we deliver on our commitments;
- That we are an equal-opportunity employer;
- That we will cooperate with our customers toward the continual expansion of the club and fitness industries;
- That we will utilize our benefits of IHRSA membership solely for the purposes and under the guidelines for which they were established;
- That we agree to conduct our business in a manner which commands the respect of those we serve;
- That customer satisfaction will be the determining factor in all our business dealings.

## ASSOCIATE MEMBER REVIEW PROCESS

*This Associate Member Review Process is designed to help IHRSA enforce the Associate Member "Code of Conduct," and to provide Associate Members with a fair process of peer review and appeal.*

1. A complaint against an Associate Member must be made in writing to IHRSA's executive director by a Member Club or Member Associate.

2. IHRSA's executive director will immediately forward the written complaint to the Associate Member. The Associate Member will have 30 days to respond in writing to the complaint and to any subsequent action taken by IHRSA.

3. Copies of the complaint and the response will be forwarded by the executive director to the chairperson of the Associate Council.

4. This information will be submitted to an Associate Council Review Committee selected by the Associate chairperson.

5. The Associate Council Review Committee will review the data and recommend to the executive director any disciplinary action beyond what may already have been taken.

6. IHRSA's executive director will notify the Associate Member of any further disciplinary action to be taken.

7. The Associate Member may appeal the decision to the executive director in writing within 30 days, and may request a hearing in front of the full Associate Council at its next regular meeting.

8. After the hearing, at which the executive director will be present, the Associate Council Review Committee will make a final recommendation to the executive director regarding the matter.

9. The Executive Director will notify the Associate Member of the result of the hearing.

# ETHICAL STANDARDS



### Standard 1

The club will open its membership to persons of all races, creeds, and places of national origin.

#### Interpretation

Nondiscriminatory membership admission policies have been a cornerstone of the association's Code of Conduct, which was adopted by the membership in 1988. This standard sets a minimum level of conduct, and does not supercede local, state, or federal discrimination laws, which may be more comprehensive.State or federal discrimination agencies are good sources of information in this area, and are listed in local telephone directories.

### Standard 2

The club responds to, and endeavors to resolve within 60 days, any consumer complaints made to the Better Business Bureau or to state or local Consumer Protection Agencies (or other such agencies).

#### Interpretation

This standard requires clubs both to respond to consumer complaints made through third-party agencies, and to endeavor to resolve such complaints. IHRSA recognizes that, occasionally, consumers complain about circumstances that cannot, and perhaps, should not be resolved. Quality clubs will certainly respond to complaints made by members directly.

The application of this standard will take into account the specific nature of the complaint(s), whether the complaint has been resolved, or is part of a pattern or practice of illegal or unethical behavior.

### Standard 3

The club will place all presell membership fees in a segregated escrow account.

#### Interpretation

This standard applies to clubs that are in the process of being built and are not yet open, as well as to operating clubs that are building another club which is not yet open. For the purposes of this standard, the term "presell membership fees" means any monies collected from members before a club is operational, including initiation fees and dues. A club can generally be considered "operational" when its major facilities are open and available for use.

Most states regulate preopening sales and advance deposits by members, so clubs should be familiar with any additional requirements in their state.

See page 14 for a chart of states where a segregated escrow account for presell membership fees or other actions are required by law.



| Ethical Standards ... *continued* |
|---|

### Standard 4

The club will not sell prepaid, lifetime memberships.

#### Interpretation

This standard prohibits clubs from selling new memberships, or memberships to existing members, with a one-time, up-front fee in exchange for lifetime, unlimited use of the club. While this practice is generally illegal in every state which has addressed the issue, such contracts are still being sold. For the purposes of this standard, the term "lifetime" specifically refers to the individual member's lifetime, and should not be construed to mean the length of time the club is in operation.

Clubs may be obligated to continue to honor such contracts that have already been sold, or that existed when the club was purchased. An attorney can advise clubs of their responsibility in this area.

See page 14 for a chart which shows the length of contracts allowed in the listed states.

### Standard 5

A club must conform to all relevant laws, regulations, and published standards.

#### Interpretation

This standard requires clubs, at the least, to comply with all state and local laws governing membership cancellation and refunds. The laws in many states have very detailed requirements in this area.

See page 14 for a chart which outlines state laws in this area as of February 1998. For updated information in this format, visit the IHRSA website at www.ihrsa.org or call IHRSA Government Relations.

#### Recommendation

Clubs may want to check the law in their particular state, since failure to include any required language about membership cancellation and refunds are two factors that can void a contract.

# IHRSA's Summary of Health Club Consumer Protection Laws

*(By State)*

| State | Registration | Non-profits excluded? | Maximum contract length (months) | Maximum length of financing (months) | Maximum contract amount | Contract renewal restrictions | Cooling-off period | Club moves (miles) | Member moves (miles) | Member death or disability | Bond or escrow required | Preopening payment limitation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | yes | yes | n/a | 24 | | no | 3 | 5 | 15 | yes | yes | yes |
| Alaska | | | | | | | | | | | | |
| Arizona | yes | yes | 36 | n/a | | no | 3 | n/a | 25 | yes | no | yes |
| Arkansas | yes | yes | 24 | 25 | | yes | 3 | n/a | 50 | yes | no | yes |
| California | no | yes | 36 | 36 | $1,000 | no | 3 | n/a | 25 | yes | no | yes |
| Colorado | no | yes | 24/36 | 24/36 | | yes | 3 | 5 | n/a | yes | yes | yes |
| Connecticut | yes | yes | 24 | n/a | | yes | 3 | n/a | 25 | yes | no | no |
| Delaware | yes | yes | 36 | n/a | | yes | 3 | 15 | n/a | n/a | yes | yes |
| D.C. | yes | yes | n/a | n/a | | yes | 15 | n/a | yes | yes | yes | yes |
| Florida | yes | yes | 36 | n/a | | yes | 3 | 5 | n/a | yes | yes | yes |
| Georgia | yes | yes | 36 | 36 | | yes | 7 | 10 | n/a | yes | yes | yes |
| Hawaii | no | yes | 36 | n/a | | yes | 5 | n/a | n/a | yes | yes | yes |
| Idaho | | | | | | | | | | | | |
| Illinois | no | yes | 24 | 36 | $2,500 | yes | 3 | n/a | 25 | yes | yes | yes |
| Indiana | no | yes | 36 | n/a | | yes | 3 | 5 | n/a | yes | yes | yes |
| Iowa | yes | partially | 36 | n/a | | yes | 3 | n/a | n/a | optional | yes | yes |
| Kansas | | | | | | | | | | | | |
| Kentucky | yes | yes | 36 | 36 | | no | 3 | 5 | 25 | yes | yes | yes |
| Louisiana | yes | yes | 36 | n/a | | no | 3 | 10 | n/a | n/a | yes | yes |
| Maine | | | | | | | | | | | | |
| Maryland | yes | yes | n/a | n/a | | yes | 3 | n/a | n/a | yes | yes | yes |
| Massachusetts | yes | yes | 36 | 37 | | yes | 3 | n/a | 25 | yes | yes | yes |
| Michigan | | | | | | | | | | | | |
| Minnesota | yes | yes | 18 | n/a | | no | 3 | n/a | n/a | n/a | yes | yes |
| Mississippi | yes | yes | 36 | n/a | | no | 5 | n/a | n/a | yes | yes | yes |
| Missouri | yes | yes | 36 | n/a | | yes | 3 | 10 | n/a | yes | yes | yes |
| Montana | | | | | | | | | | | | |
| Nebraska | | | | | | | | | | | | |
| Nevada | yes | yes | n/a | n/a | | yes | 3 | 20 | n/a | yes | yes | yes |
| New Hampshire | yes | yes | 24 | 24 | | yes | 3 | 8 | n/a | yes | yes | yes |
| New Jersey | yes | yes | 36 | n/a | | yes | 3 | n/a | 25 | yes | yes | yes |
| New Mexico | | | | | | | | | | | | |
| New York | yes | yes | 36 | 37 | $3,600 | yes | 3 | n/a | 25 | yes | yes | yes |
| North Carolina | no | yes | 36 | n/a | | no | 3 | 8 | 30 | yes | yes | yes |
| North Dakota | | | | | | | | | | | | |
| Ohio | no | yes | 36 | n/a | | no | 3 (7-pre) | 25 | 25 | yes | yes | yes |
| Oklahoma | yes | yes | 36 | n/a | | no | 3 | 8 | n/a | yes | yes | yes |
| Oregon | no | no | 36 | n/a | | no | 3 | 5 | n/a | yes | yes | yes |
| Pennsylvania | yes | yes | 36 | n/a | | yes | 3 | n/a | 25 | yes | yes | yes |
| Rhode Island | yes | yes | 24 | n/a | | no | 10 | 15 | 15 | yes | yes | yes |
| South Carolina | yes | yes | 24 | n/a | | yes | 3 | n/a | 50 | yes | yes | yes |
| South Dakota | | | | | | | | | | | | |
| Tennessee | yes | yes | 36 | n/a | | yes | 3 | 15 | n/a | n/a | no | yes |
| Texas | yes | yes | 3 or 5 yr. | 60 | | no | 4 | 10 | n/a | yes | yes | yes |
| Utah | yes | no | 36 | n/a | | yes | 3 | 10 | n/a | yes | yes | yes |
| Vermont | | | | | | | | | | | | |
| Virginia | yes | yes | 36 | n/a | | yes | 3 | 5 | n/a | yes | yes | yes |
| Washington | no | yes | n/a | 36 | | no | 3 (5-pre) | 10 | 25 | yes | no | yes |
| West Virginia | yes | yes | 24 | n/a | | no | 3 | 10 | n/a | yes | yes | yes |
| Wisconsin | no | yes | 24 | n/a | | no | 3 | n/a | n/a | yes | yes | yes |
| Wyoming | | | | | | | | | | | | |

# HEALTH AND SAFETY STANDARDS



## Standard 6

A club must be able to respond in a timely manner to any reasonably foreseeable emergency event that threatens the health and safety of club users. Toward this end, a club must have an appropriate emergency plan that can be executed by qualified personnel in a timely manner.

### Interpretation

This standard is designed to provide clubs with a benchmark that can be employed to ensure members' safety. The key to utilizing it successfully is to understand how to provide the three critical components: (1) a timely response; (2) an appropriate plan; and (3) qualified personnel.

The ability to respond in a timely manner to any reasonably foreseeable emergency depends on a good risk-management program and an appropriate emergency plan. Preparing such a plan may be your most important preparation for being able to respond to emergencies. Qualified personnel who are capable of executing the plan must meet certain specific conditions.

### Recommendation

Set up a good risk-management program that includes, among other thing: signage alerting members to any hazardous areas, equipment, or situations in the club; a preventative maintenance schedule for equipment and activity areas; and full compliance with all applicable OSHA guidelines.

Prepare a detailed and appropriate emergency plan, and communicate it clearly, and consistently, to your staff.

Make sure that your employees are ready and qualified to deal with emergency situations by: having a minimum of one CPR-certified person on staff at all times; having at least one employee, certified in basic first-aid, provide basic instruction to all other staffers about how to deal with minor incidents and emergencies; and thoroughly training all staff in the club's emergency plan and procedures.

### Q & A

Q: What other steps can I take to make sure that my club is safe for members?

A: In addition to clear and comprehensive signage, proper maintenance of facility and equipment, and adherence to OSHA standards, you can also:

- Provide clear pathways (at least three feet wide) to and from all areas of your club.

- Create clear observation points for club staff.

- Post easy-to-read maps indicating emergency exits from the club.

- Put down mats in areas that are prone to slip-and-fall accidents (e.g., wet areas, pool, steam room).

- Use preactivity screening to head off risk factors at the outset. (See Standard # 7.)

## Health and Safety Standards ... *continued*

Q & A

Q: What are the principal components of a responsible and workable emergency plan?

A: The elements of a good emergency plan include the following:

(a) maps clearly directing occupants to emergency exits on every floor;

(b) a written plan, which has been reviewed by a healthcare practitioner, and is reviewed regularly by staff, describing in detail how each type of emergency is to be handled;

(c) a readily accessible, clearly written list of important, emergency telephone numbers;

(d) designated roles for staffers in the event of an emergency;

(e) a log book that documents all emergency practice sesssions;

(f) documentation of all actual emergency situations; and telephones conveniently located throughout the club.

## In Case Of An Emergency

Call (1): _____

Call (2): _____

FIRE: _____

POLICE: _____

**Stay on line for instructions!!**

**INFORMATION TO GIVE OPERATOR**

The Address Is: _____

_____

_____

**The Nearest Cross Streets Are:**

1._____

2._____

The Telephone Number Here Is: _____

Entry Points Are: _____

_____

_____

Nature Of The Injury Is: _____

_____

What Is Being Done For The Victim: _____

_____

*Ask For Estimated Time Of Arrival

### DO NOT HANG UP UNTIL YOU
### ARE TOLD TO DO SO BY THE OPERATOR



## Health and Safety Standards ... *continued*

### Standard 7

A club must offer each adult member a preactivity screening that is appropriate to the physical activities to be performed by the member.

#### Interpretation

This standard requires clubs to provide a preactivity screening device to its adult members that will allow them to determine whether they have medical conditions or risk factors that would require particular actions to be undertaken (e.g., physician approval, fitness testing, program modification) before they would be permitted to engage in physical activity.

#### Q & A

Q: How can my club offer a preactivity screening to all members?

A: Each club must, in some systematic way, inform its adult members of any potential risks for participating in physical activity. Clubs could comply with this standard by including a preactivity screening device, such as the Par-Q, with each new member's contract or membership agreement, and as part of the membership renewal procedure. Alternately, clubs could post the preactivity screening device in appropriate areas of the club, and/or have copies available for members to read prior to participating in an activity.

Q: What if we determine that a member has a medical condition or risk factor that would require particular actions to be taken?

A: A club can require a member to receive clearance from a physician or agree to assume personal responsibility for their decisions to participate in physical activity. Accordingly, each club should have the prerogative to require an individual to execute an assumption-of-risk, or prospective-release, or waiver-of-claims document, should that member fail to obtain clearance from a physician. Furthermore, a club should have the option of denying a member the opportunity of participating in its program offerings if that member fails to secure medical clearance or sign the applicable form.

Q: What about members with disabilities? Are they subject to the same requirements?

A: It is important to note that the Americans with Disabilities Act (ADA) may preclude a club from denying any individual access to their club. Please obtain appropriate legal advice before deciding whether to deny access to individuals who fail to secure medical clearance or sign the applicable form.

# PHYSICAL ACTIVITY READINESS QUESTIONNAIRE (PAR-Q)

Name of Participant _____ Signature _____ Date _____

### PAR-Q & You

PAR-Q is designed to help you help yourself. Many health benefits are associated with regular exercise, and the completion of PAR-Q is a sensible first step to take if you are planning to increase the amount of physical activity in your life.

For most people, activity should not pose any problem or hazard. PAR-Q has been designed to identify the small number of adults for whom physical activity might be inappropriate, or those who should have medical advice concerning the type of activity most suitable for them.

Common sense is your best guide in answering these few questions. Please read them carefully and check the answer that applies to you.

| YES | NO | | |
|-----|----|---|---|
| ☐ | ☐ | 1. | Has your doctor ever said you have heart trouble? |
| ☐ | ☐ | 2. | Do you frequently have pains in your heart and chest? |
| ☐ | ☐ | 3. | Do you often feel faint or have spells of severe dizziness? |
| ☐ | ☐ | 4. | Has a doctor ever said your blood pressure was too high? |
| ☐ | ☐ | 5. | Has your doctor ever told you that you have a bone or joint problems such as arthritis, that has been aggravated by exercise or might be made worse with exercise? |
| ☐ | ☐ | 6. | Is there a good physical reason not mentioned here why you should not follow an activity program even if you wanted to? |
| ☐ | ☐ | 7. | Are you over age 65 and not accustomed to vigorous exercise? |

**If you answered** ➤ Yes to one or more questions

**If you answered** ➤ No to all questions

If you have not recently done so, consult with your personal physician by telephone or in person before increasing your physical activity and/or taking a fitness appraisal. Tell your physician what questions you answered "yes" to on PAR-Q or present your PAR-Q copy.

**Programs**

After medical evaluation, seek advice from your physician as to your suitability for:

- unrestricted physical activity starting off easily and progressing gradually;
- and restricted or supervised activity to meet your specific needs, at least on an initial basis. Check in your community for special programs or services.

If you answered PAR-Q accurately, you have reasonable assurance of your present suitability for:

- a graduated exercise program—a gradual increase in proper exercise promotes good fitness development while minimizing or eliminating discomfort;
- and a fitness appraisal—the Canadian Standardized Test of Fitness (CSTF).

**Postpone**

If you have a temporary minor illness, such as a common cold.

*Used with the permission of the British Columbia Ministry of Health (1993).*

# HEALTH HISTORY QUESTIONNAIRE

Name _____    Company _____

Home Address _____

Position _____

Telephone:  Home_____    Work _____

Height _____    Weight _____

Gender _____    Birth Date _____    Age _____

Emergency Contact _____    Phone _____

Regular physical activity is safe for most people. However, some individuals should check with their doctor before they start an exercise program. To help determine if you should consult with your doctor before starting to exercise, please read the following questions carefully and answer each one honestly. All information will be kept confidential. Please check YES or NO:

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | 1. Do you have a heart condition? |
| ☐ | ☐ | 2. Have you ever experienced a stroke? |
| ☐ | ☐ | 3. Do you have epilepsy? |
| ☐ | ☐ | 4. Are you pregnant? |
| ☐ | ☐ | 5. Do you have diabetes? |
| ☐ | ☐ | 6. Do you have emphysema? |
| ☐ | ☐ | 7. Do you feel pain in your chest when you engage in physical activity? |
| ☐ | ☐ | 8. Do you have chronic bronchitis? |
| ☐ | ☐ | 9. In the past month, have you had chest pain when you were not doing physical activity? |
| ☐ | ☐ | 10. Do you ever lose consciousness, or do you ever lose control of your balance due to chronic dizziness? |
| ☐ | ☐ | 11. Are you currently being treated for a bone or joint problem that restricts you from engaging in physical activity? |
| ☐ | ☐ | 12. Has a physician ever told you, or are you aware, that you have high blood pressure? |
| ☐ | ☐ | 13. Has anyone in your immediate family (parents/brothers/sisters) had a heart attack, stroke, or cardiovascular disease before age 55? |
| ☐ | ☐ | 14. Has a physician ever told you, or are you aware, that you have a high cholesterol level? |
| ☐ | ☐ | 15. Do you currently smoke? |
| ☐ | ☐ | 16. Are you a male over 44 years of age? |
| ☐ | ☐ | 17. Are you a female over 54 years of age? |
| ☐ | ☐ | 18. Are you currently exercising LESS than 1 hour per week? If you answered no, please list your activities._____ |
| ☐ | ☐ | 19. Are you currently taking any medication? Please list the medication and its purpose _____ |

## Health History Questionnaire ... *continued*

What are your specific fitness goals at the club? (Indicate all that apply.)

☐ Increase strength and endurance      ☐ Improve flexibility

☐ Improve cardiovascular fitness      ☐ Improve muscle tone

☐ Reduce body fat                     ☐ Increase muscle mass

☐ Exercise regularly                  ☐ Injury rehabilitation

☐ Sports conditioning                 ☐ Other _____

What are your specific health goals at the club? (Indicate all that apply.)

☐ Reduce stress                       ☐ Improve nutritional habits

☐ Control blood pressure              ☐ Control cholesterol

☐ Stop smoking                        ☐ Achieve balance in life

☐ Improve productivity                ☐ Reduce back pain

☐ Feel better overall                 ☐ Increase my health awareness

Other (please be specific) _____

What motivated you to join the club? (Indicate all that apply.)

☐ Convenience/location

☐ Membership promotion

☐ Attended a club health-promotion event at work

☐ Peer support

☐ Medical reasons

☐ Tried club as a guest

☐ Corporate membership

Other _____

I have read, understood, and completed this questionnaire. Any questions that I had were answered to my full satisfaction.

Name: _____     Date: _____

Signature: _____

STAFF USE ONLY----------------------------------------------------------------------

Cleared to exercise _____     Not cleared to exercise _____

Reason _____

Staff Signature _____ Date: _____

Resting Heart Rate _____

Resting Blood Pressure _____

# PHYSICIAN'S STATEMENT AND CLEARANCE FORM

Your safety is our primary concern. For that reason, we comply with the health and fitness standards of the the American College of Sports Medicine (ACSM) and the International Health, Racquet and Sportsclub Association (IHRSA).

On the Health History Questionnaire you just completed, you identified that you have one or more coronary and/or other medical risk factors which may impair your ability to exercise safely. For this reason, you need to have a physician complete and return this medical clearance form before you can begin exercising at the club.

We recognize that you are eager to start your fitness program, and we sincerely regret any inconvenience that this may cause you. However, please keep in mind that we want your exercise experience at the club to be as safe as possible.

In order to expedite this process, we will gladly fax this form diretly to the physician of your choice. If the doctor is aware of your medical history, he/she may be able to complete this form and fax it right back to us. In many cases, the delay is only one day.

**I hereby give my physician permission to release any pertinent medical information from any medical records to the staff at the club. All information will be kept confidential.**

_____      _____
**Patient's Signature**                                      **Date**

Information Requested For:_____

Reason For Medical Clearance: _____

Physician's Name: _____ Phone: _____ Fax: _____

Address: _____

**For Physician Use Only**————————————————————————————————

Please check one of the following statements:

☐ I concure with my patient's participation with no restrictions.

☐ I concure with my patient's participation in an exercise program if he/she restricts activities to:
_____
_____

☐ I do not concur with my patient's participation in an exercise program (if checked, the individual will not be allowed to join the club).
Reason: _____
_____

Physician's Name (Type or Print):_____

Physician's Signature: _____ Date: _____

**Please return/Fax to: General Manager**

Phone:_____ Fax: _____

## SUBJECT: CODE-ONE LIFE THREATENING EMERGENCY

**POLICY**      In the event of a Code-One anywhere in the club each respondent will have certain obligations or delegated tasks.

**PURPOSE:**    To insure that all employees know what should be done in the event of a life-threatening emergency situation familiarize yourself with this flow chart so everyone will know what basics need to be covered.

**PROCEDURES:**    **All staff should respond to the call.**

### RESPONDENT FLOW CHART

| I.<br>Primary Responder | II.<br>SECONDARY RESPONDER | III.<br>ALL OTHER RESPONDENTS |
|---|---|---|
| 1. ACTIVATE EMS outside line 911, contact Front Desk to announce Code-One.<br><br>2. BEGIN BASIC CARDIAC LIFE SUPPORT. | 1. Check primary responder for any emergency needs.<br><br>2. Call Front Desk to confirm 911 has been called.<br><br>3. Delegate responsibilities to other respondents.<br><br>a: Clear the area and section it off from members and staff not directly involved.<br><br>b: Document time of event, patient condition, caregivers, respondents, etc. | *In the event of confusion, remember the following things which need to be done:*<br><br>1. Double-check emergency call to 911.<br><br>2. Isolate area.<br><br>3. Document the incident.<br><br>4. Wait at front door for EMS to arrive. |



Health and Safety Standards ... *continued*

### Standard 8

Each person who has supervisory responsibility for a physical-activity program or area at a club must have demonstrable professional competence in that physical-activity program or area.

#### Interpretation

The principal objective of this standard is to ensure that IHRSA facilities provide credible and professional supervision of all physical-activity areas and programs. In order to implement it successfully, club operators need to understand exactly what constitutes "supervisory responsibility," and what is meant by "demonstrable professional competence."

In general, what is implied by supervisory responsibility is accountability for one or more of the following components: program scheduling, content and execution of content, program staffing and training, and the space in which programming takes place.

The requirement relating to demonstrable professional competence suggests a combination of educational and professional experience that would be accepted—by both the industry and the public at large—as representing a relatively high level of competence and credibility.

#### Recommendation

Within the health and fitness club industry, you may generally assume that individuals who have earned the title of fitness director, aerobics coordinator, or aquatics director have adequately demonstrated their professional competence.

When assessing candidates for these three positions, look for the following qualifications: *Fitness director:* a four-year college education in a health- or fitness-related field; certification from a recognized industry association or organization; CPR certification; and one year of work experience in the fitness industry. *Aerobics coordinator:* a two-year college education in a health- or fitness related field, or equivalent work experience; certification from a recognized industry association or organization; and CPR certification. *Aquatics director:* certification in advanced lifesaving and water-safety instruction; one year of aquatics work experience; pool-operation training; and CPR certification.

#### Q & A

Q: What bachelor's degrees in areas other than "exercise science" or "physical education" might be equivalent?

A: Other relevent areas of study include kinesiology and exercise physiology. Clubs should carefully review the requirements for other degrees to determine if they qualify (key courses might include anatomy, nutrition, and psychology).

Q: What about an aerobics/fitness supervisor who has years of experience, but no degree or formal certification?

A: Such an employee should obtain certification from a recognized industry association or organization, as stipulated by standard No. 8. While such an individual may be highly qualified, certification is the recommended public standard.

Q: What if my aerobics/fitness supervisor is a student working towards an appropriate degree?

A: If a club hires a strong candidate without the required educational credentials, that employee should obtain those credentials as quickly as possible. Therefore, their education must be ongoing and continuous.

# PARTIAL LIST OF CLUB PROFESSIONAL CERTIFYING ORGANIZATIONS

**Group Exercise and Fitness**

**AAAI/ISMA**
American Aerobics Association
International/International
Sports Medicine Association
P.O. Box 663
New Hope, PA 18938
(609) 397-2139
www.modelfitness.com

**AFAA**
Aerobics and Fitness
Association of America
15250 Ventura Boulevard
Suite 200
Sherman Oaks, CA
(800) 445-5950
www.afaa.com

**ACE**
American Council on Exercise
5820 Oberlin Drive
Suite 102
San Diego, CA
(800) 825-3636
www.acefitness.org

**ACSM**
American College of Sports
Medicine
National Center Library
401 West Michigan Street
Indianapolis, IN 46202
(317) 637-9200
www.acsm.org/sportsmed

**Aerobic Pipeline International**
3617 Drakeshire Drive
Modesto, CA 95356
(209) 576-2611

**American Heart Association**
7272 Greenville Avenue
Dallas, TX 75231
(800) AHA-USA1
www.amhrt.org

**American Red Cross**
8111 Gatehouse Road
Falls Church, VA 22042
(703) 206-7090
www.redcross.org

**Arthritis Foundation**
1330 West Peachtree Street
Atlanta, GA 30309
(404) 872-7100
www.arthritis.org

**Body Pump**
The Step Company
2250 Newmarket Parkway
Suite 130
Marietta, GA 30067
(800) SAY-STEP
www.bodypump.com

**Cooper Fitness Institute**
12100 Preston Road
Dallas, TX 74230
(800) 635-7050
www.cooperinst.org

**IDEA**
The Health & Fitness Source
6190 Cornerstone Court East.
Suite 204
San Diego, CA 92121
(800) 999-4332
www.ideafit.com

**IFNI**
International Fitness and
Nutrition Institute
6322 Sovereign Rd.
Suite 176
San Antonio, TX 78229
(800) 440-2348

**IFPA**
International Fitness
Professionals Association
905 E. Martin Luther King Blvd.
Suite 500
Tarpon Springs, FL 34689-4830
(800) 785-1924
www.ifpa-fitness.com

**ISAT Fitness Training**
6540 Lusk Boulevard
Suite C-214
San Diego, CA 92121
(800) 475-4728
www.atafitness.com/isat

**ISSA**
International Sports Science
Association
1035 Santa Barbara Street
Suite 7

Santa Barbara, CA 93101
(800) 892-ISSA
www.issa-usa.com

**Jazzercise, Inc.**
2808 Roosevelt Street
Carlsbad, CA 92008
(800) 348-4748
www.jazzercise.com

**KEISER**
2470 South Cherry Avenue
Fresno, CA 93706
(800) 888-7009
www.keiser.com
(Power Pacing Cert.)

**NAFC**
National Association of Fitness
Certifications
1166 6th Ave.
Suite 22B
Vero Beach, FL 32960
(800) 762-6232

**NDEITA**
National Dance Exercise
Instructors Training Association
1503 S. Washington Avenue
Suite 208
Minneapolis, MN 55454
(612) 340-1306
www.ndeita.com

**NFPT**
National Federation of
Professional Trainers
P.O. Box 4579
LaFayette, IN 47903
(800) 729-6378
www.nfpt.com

**National Health Club Association**
12596 W. Bayaud Avenue
Denver, CO 80228
(303) 753-6422
www.aff4clubs.com

**NSCA**
National Strength and
Conditioning Association
530 Communication Circle
Suite 204
Colorado Springs, CO 80905
(719) 632-6722
www.colosoft.com/nsca



## List of Certifying Organizations ... *continued*

**Ontario Fitness Council**
1185 Eglington Avenue East
Suite 302
North York, Ontario M3C 3C6
CANADA
(416) 426-7127

**PFIT**
Professional Fitness Instructor
Training
P.O. BOX 130258
Houston, TX 77219-0258
(800) 899-PFIT
www.pfit.com

**Reebok International, Ltd.**
100 Technology Center Drive
Stoughton, MA
(617) 401-5000
www.reebok.com

**Schwinn Cycling &**
**Fitness, Inc.**
1690 38th Street
Boulder, CO 80301
(800) SCH-WINN
www.schwinnfitness.com
(Spinning Certification)

**SFA**
Senior Fitness Association
P.O. Box 2575
New Smyrna Beach, FL 32170
(800) 243-1478

**Sinai Corporate Health**
1502 Joh Avenue
Baltimore, MD 21227
(410) 902-7800
www.sinai-balt.com

**Strong Stretched & Centered**
P.O. Box 758 A
Paia, Maui, HI 96779
(808) 575-2178
www.mauifitness.com

**WITS**
World Instructor Training
School
206 76th
Suite A
Virginia Beach, VA 23451
(757) 428-4796

**Racquet Sports**

**USRA**
United States Racquetball
Association
1685 West Uintah
Colorado Springs, CO 80904
(719) 635-5396
www.racquetball.org

**TIA**
Tennis Industry Association
200 Castlewood Drive
North Palm Beach, FL 33408
(561) 840-1127

**USPTR**
United States Professional
Tennis Registry
Box 4739
Hilton Head Island, SC 29938
(800) 421-6289
www.usptr.org

**USSRA**
United States Squash Racquets
Association
P.O. Box 1216
Bala-Cynwyd, PA 19004
(610) 667-4006

**USPTA**
United States Professional
Tennis Association
One USPTA Centre
3535 Briarpark Drive
Houston, TX 77042
(800) 877-8248
www.uspta.org

**USTA**
United States Tennis
Association
70 West Red Oak Lane
White Plains, NY 10604
(914) 696-7000

**Aquatics**

**AAI**
Aquatic Alliance International
115 Old Forest Circle
Winchester, VA 22602
(888) 775-2744
www.mindspring.com/~aai_get
wet

**AEA**
Aquatic Exercise Association,
Inc.
P.O. Box 1609
Nokomis, FL 34274
(888) AEA-WAVE
www.aeawave.com

**AFAA**
Aerobics and Fitness
Association of America
15250 Ventura Boulevard
Suite 200
Sherman Oaks, CA
(800) 445-5950
www.afaa.com

**AFPA**
Aquatic Fitness Professionals
Association
P.O. Box 441122
Aurora, CO 80044-1122
(800) 494-7782
www.afpafitness.com

**Carney, Frick & Associates**
P.O. Box 35633
Richmond, VA 23235
(800) 861-6080

**NSPI**
National Spa & Pool Institute
2111 Eisenhower Avenue
Alexandria, VA 22314
(703) 838-0083

**Pool Operation**
**Management, Inc.**
15 Hidden Lake Circle
Sacramento, CA 95831
(800) 922-0530
www.POOLSPAWORLD.com

**USWFA**
United States Water Fitness
Association
P.O. Box 3279
200 Knuth Road
Suite 224-D
Boynton Beach, FL 33424
(561) 732-9908
www.emi.net/~uswfa/



## Health and Safety Standards ... *continued*

### Standard 10

A club that provides youth services or programs must provide appropriate supervision.

### Interpretation

This standard has three primary goals: (1) It aims to make each young person's club experience both a safe and enjoyable one. (2) It reassures the parents of these children that the club has instituted policies and enforces practices that ensure their offspring's safety. (3) It suggests guidelines that allow clubs to operate more efficiently.

### Recommendation

Draft a concise, but comprehensive statement of childcare policies to educate both staff and the parents of children who make use of the club. The statement should cover such details as staffing, eligibility, time limits, restrictions, and sick policy. After parents have read a copy, they should sign it, and it should then be kept on file by the club.

The childcare policy statement should clearly identify, and place off limits, any club areas, equipment, or activities, that might pose a hazard to youngsters—e.g., locker rooms, racquetball courts, aerobics or fitness centers, and saunas and whirlpools.

Individuals hired to oversee children at the club should be carefully screened, appropriately accredited, thoroughly trained, and closely supervised. Background checks, including police inquiries, are appropriate. At least one individual certified in CPR and first aid should be available at all times.

Make sure that you comply with any and all legal requirements relating to the supervision of children in the club's custody.

### Q & A

Q: I'd like to permit children to have some access to club areas they're not normally permitted in, such as the fitness center. How can I do so?

A: By providing appropriate training and attentive supervision. At the Columbia Association in Columbia, Maryland, for instance, 12- and 13-year-olds who want to use the fitness area are required to complete a two-day, introductory course that familiarizes them with the proper use of the equipment, as well as the appropriate behavior for this area.

Q: Where can I obtain more detailed information about my club's responsibilities with respect to the supervision of children?

A: A particularly valuable reference is the IHRSA publication, *Kids In Your Club and the Laws that Protect Them*, available from the government relations department.



# HEALTH CLUB CHILDCARE POLICY STATEMENT

## WELCOME TO KIDS CARE

*Club Childcare Policies*

Hours:  Monday to Friday, 8:30 a.m. to noon; 4 to 8 p.m.
Saturday, 9 a.m. to noon
Sunday, 10 a.m. to 12:30 p.m.

**General Information:** The following rules and regulations were developed with the safety and concern of *your children* in mind. Please keep in mind that we have many, many children using our childcare throughout the day. It is important to follow these guidelines so that each child's experience is an enjoyable one. This service is available for your child(ren) when they are using the club. You must remain on the premises during this time.

**Staffing:** Adequate staffing will be provided at all times. Most are mothers and some teenagers. Walkers and small cribs are provided for your baby's comfort. During the evening and weekend shifts, we provide only one childcare sitter.

**Ages:** Children six (6) months and older are required to be in the Childcare Room. If your child is 14 years or younger and has a club membership, they must return to the Childcare Room *after* their work-out. Children under six months must have the supervisor's approval for admission. Upon approval, the supervisor will inform you of our "off-peak" hours. During these hours, our staff is available to give your child the best care.

**Infants and Toddlers:** Please make sure your child is clean and dry upon arrival to our Childcare Room. You must provide diapers and wipes in case a change is necessary during your child's stay.

**Time Limits:** Children under four years of age—a maximum of 1.5 hours. Children four years of age and older—a maximum of 2 hours. Please be courteous in observing this policy. Your child may get tired or hungry after this period of time. Our time limit is based on the *youngest* child in your family.

**Sign In/Sign Out:** You are required to sign in/out your children in the "Sign-In Book." We expect honesty from all our parents. At time of signing in, please pull your card from our Rolodex and put it in our "In Box." This allows us to have your information readily available to us.

Upon signing out, we expect you to leave the club facilities. It is not safe for children to be running around the club or lobby.

**Other Club Areas:** Children are not allowed in the locker rooms, racquetball courts, aerobics and fit-ness areas. Again, safety is our concern. In addition, our members do not expect to have children running around their health club. Wet floors, hot sauna rocks, whirlpools, weights, etc., make these areas a potential hazard.

**Children are required to wear shoes in the Childcare Room.**

*(Continued)*

## Childcare Policy Statement ... *continued*

**Sick Policy:** No child is permitted in our Childcare Room if any of the following symptoms are present:

- A deep, thick cough
- Coughing or sneezing along with green/yellow discharge
- Sore throat
- Red, runny eyes that could possibly be conjunctivitis
- Diarrhea
- Chicken pox—children with chicken pox may not return to the Childcare Room until they have had the illness for at least 6 days, and all lesions are completely scabbed over
- A rash of any kind until diagnosed, treated, or declared harmless by a physician
- If your child is sent home or stays home from school due to illness, then that child is not permitted in the Childcare Room that day
- Simply being under the weather

**Special Toys:** We allow "special" toys, but please be conscious of inappropriate toys. We are not responsible for lost toys. Movies must be rated "G" for showing.

**Labels:** Please label bottles, juice cups, diaper bags, jackets, etc. We want your children to get their belongings.

**Items Not Permitted:** Gum, hard candy, raisins, peanuts, and coins. Absolutely no glass containers of any kind, or small items that might be a hazard to younger children.

**Guests:** You are permitted to bring "guests." However, the club must receive a written liability waiver from the child's parent for admission. There is a fee of $1 per child/per visit, to be paid at the front desk.

**We reserve the right to refuse any child who is unable to adjust to our childcare service and/or continually causes problems. Thank you for your cooperation.**

_____

PARENT'S SIGNATURE

## REFERENCES TO OTHER, RELEVANT IHRSA PUBLICATIONS AND RESOURCES 

### 1. Know the Law: Legal Issues Affecting Health & Fitness Clubs (IHRSA 1998)

**Issues Covered:**

- Acquired Immune Deficiency Syndrome (AIDS)
- The Americans with Disabilities Act
- Couples Memberships
- Eating Disorders
- Employment Law
- Injury Liability
- Independent Contractors
- Kids in Your Club
- Managing Difficult Members
- Music Copyright Fees
- Sexual Harassment
- Women-Only Health Clubs

### 2. ACSM's Health/Fitness Facility Standards and Guidelines

(Second Edition, 1997, Human Kinetics: 1-800-747-4457; email human@hkusa.com; website: www.humankinetics.com)

Editors: Stephen J. Tharrett, MS, and James A. Peterson, Ph.D.

## NOTES



263 Summer Street, Boston, MA 02210
800-228-4772 (U.S. and Canada), 617-951-0055 (Massachusetts and International), 617-951-0056 (Fax), 888-558-8611 (Fax on Demand),
info@ihrsa.org (E-mail), http://www.ihrsa.org (Web site)





SEARCH)

ADVANCED SEARCH

DONATE · HELP · CONTACT · SITE INDEX · HOME

January 28, 2005

American I
Associ

*Learn*

**Warning Signs**

**American Stroke Association**

**Diseases & Conditions**

**Children: Heart Disease & Health**

**CPR & ECC**

**En español**

**Healthy Lifestyle**

**Advocacy: You Can Make a Difference**

**Fund Raising**

**Publications & Resources**

**Heart & Stroke Encyclopedia**

**News**

**About Us**

**Science & Professional**

**Local Info**

## Sudden Cardiac Death

**AHA Scientific Position**

Sudden death from cardiac arrest is a major health problem that's received much less publicity than heart attack. The American Heart Association supports implementing the "chain of survival" to rescue people who suffer a cardiac arrest in the community. The adult chain consists of

- Early Access to Medical Care (calling 9-1-1 immediately)
- Early CPR
- Early Defibrillation
- Early Advanced Care

**What is sudden cardiac death?**

Sudden cardiac death (also called sudden arrest) is death resulting from an abrupt loss of heart function (cardiac arrest). The victim may or may not have diagnosed heart disease. The time and mode of death are *unexpected*. It occurs within minutes after symptoms appear. The most common underlying reason for patients to die suddenly from cardiac arrest is coronary heart disease (fatty buildups in the arteries that supply blood to the heart muscle).

About 340,000 people a year die of coronary heart disease without being hospitalized or admitted to an emergency room. That's about half of all deaths from CHD — more than 930 Americans each day. Most of these are sudden deaths caused by cardiac arrest.

**What causes sudden cardiac death?**

All known heart diseases can lead to cardiac arrest and sudden cardiac death. Most of the cardiac arrests that lead to sudden death occur when the electrical impulses in the diseased heart become rapid (ventricular tachycardia) or chaotic (ventricular fibrillation) or both. This irregular heart rhythm (arrhythmia) causes the heart to suddenly stop beating. Some cardiac arrests are due to extreme slowing of the heart. This is called bradycardia.

In 90 percent of adult victims of sudden cardiac death, two or more major coronary arteries are narrowed by fatty buildups. Scarring from a prior heart attack is found in two-thirds of victims. When sudden death occurs in young adults, other heart abnormalities are more likely causes. Adrenaline released during intense physical or athletic activity often acts as a trigger for sudden death when these abnormalities are present. Under certain conditions, various heart medications and other drugs — as well as illegal drug abuse — can lead to abnormal heart rhythms that cause sudden death.

The term "massive heart attack" is often wrongly used in the media to describe sudden death. The term "heart attack" refers to death of heart muscle tissue due to the loss of blood supply, not necessarily resulting in a

**RELATED IT**

Links on This
Get Hands On:

Get Hands On:
programs in yo

Arrhythmia

**DID YOU K**

Nearly 107 mill
have total chol
mg/dL or highe
which cardiova
begins to rise.

read more...



cardiac arrest or the death of the heart attack victim. A heart attack may cause cardiac arrest and sudden cardiac death, but the terms aren't synonymous.

**Can the cardiac arrest that causes sudden death be reversed?**

Brain death and permanent death start to occur in just four to six minutes after someone experiences cardiac arrest. Cardiac arrest is reversible in most victims if it's treated within a few minutes with an electric shock to the heart to restore a normal heartbeat. This process is called defibrillation. A victim's chances of survival are reduced by 7 to 10 percent with every minute that passes without defibrillation. Few attempts at resuscitation succeed after 10 minutes. If someone becomes unconscious, call 9-1-1 immediately.  They may be suffering from sudden cardiac arrest.

**What are treatments for survivors?**

If a cardiac arrest was due to ventricular tachycardia or ventricular fibrillation, survivors are at risk for another arrest, especially if they have underlying heart disease.

Survivors of cardiac arrest must have all causes corrected to prevent future episodes. Possible causes include myocardial ischemia (inadequate blood flow to the heart muscle), arrhythmia (abnormal heart rhythm), etc.

Possible tests and treatments include

- cardiac catheterization
- electrophysiologic tests
- coronary artery bypass surgery
- balloon angioplasty or PTCA
- antiarrhythmic medicine
- implantable cardioverter / defibrillator
- implantable pacemaker
- heart transplant

**Related AHA publications:**

- Heart and Stroke Facts
- Heart Disease and Stroke Statistics Update
- Heart Attack and Stroke: Signals and Actions (also in Spanish)

**Detailed Research**

AHA Scientific Statement: Improving Survival From Sudden Cardiac Arrest: The "Chain of Survival" Concept, #71-0003 Circulation. 1991;83:1832-1847

AHA Scientific Position Statement: Statement on Early Defibrillation, #71-0004 Circulation. 1991;83:2233

AHA Scientific Statement: Early Defibrillation: ILCOR Advisory Statement, #71-0110 Circulation. 1997;95:2183-2184

AHA Scientific Statement: Public Access Defibrillation, #71-0075



Sudden Cardiac Death

Circulation. 1995;92:2763

AHA Scientific Statement: Automatic External Defibrillators for Public
Access Defibrillation: Recommendations for Specifying and Reporting
Arrhythmia Analysis Algorithm Performance, Incorporating New
Waveforms, and Enhancing Safety, #71-0104 Circulation. 1997;95:1677-
1682

AHA Scientific Statement: Low-Energy Biphasic Waveform Defibrillation:
Evidence-Based Review Applied to Emergency Cardiovascular Care
Guidelines, #71-0138 Circulation. 1998;97:1654-1667

AHA Scientific Statement: Clinical Investigation of Antiarrhythmic Devices,
#71-0068 Circulation. 1995;91:2097-2109 (Published simultaneously in
PACE, JACC and Eur J Cardiol)

AHA Scientific Statement: Personal and Public Safety Issues Related to
Arrhythmias That May Affect Consciousness: Implications for Regulations
and Physician Recommendations, #71-0088 Circulation. 1996;94:1147-
1166

ACC/AHA Practice Guidelines for Implantation of Cardiac Pacemakers and
Antiarrhythmia Devices (Executive Summary, #71-0136 Circulation.
1998;97;1325-1335; Full Text, #71-0137 JACC. 1998;31:1175-1209)

AHA Scientific Statement: International Guidelines 2000 for
Cardiopulmonary Resuscitation and Emergency Cardiovascular Care: A
Consensus on Science, #70-2041 Circulation. 2000;102[Suppl I]:I-1--I-384

**AHA Scientific Statements:**

ILCOR Advisory Statements: Early Defibrillation
Public Access Defibrillation
Automatic External Defibrillators for Public Access Defibrillation:
Recommendations for Specifying and Reporting Arrhythmia Analysis
Algorithm Performance, Incorporating New Waveforms, and Enhancing
Safety
Low-Energy Biphasic Waveform Defibrillation: Evidence-Based Review
Applied to Emergency Cardiovascular Care Guidelines
Clinical Investigation of Antiarrhythmic Devices
Personal and Public Safety Issues Related to Arrhythmias That May Affect
Consciousness: Implications for Regulation and Physician
Recommendations

Privacy Statement | Use of Personal Information | Copyright | Ethics Policy | Conflict of Interest Po
©2005 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.

