**International Health, Racquet & Sportsclub Association** 
To Grow, Protect and Promote the Industry.

**Member Login**

e-mail address:

password:

[Login]

☑ Remember me

Forgot Your Password?

Need A Login?
Start Here

**About IHRSA**

**About the Industry**

- About IHRSA
- **Research**
  - Asia & Australia
  - Attendance
  - Club Type
  - Complaints
  - Europe
  - Facilities
  - FAQs
  - Gender
  - Growth & Attrition
  - Income
  - Latin America
  - **Membership by Age**
  - Membership Pricing
  - Memberships Added
  - Op. Benchmarks
  - Programs
  - Program/Profit Ctrs.
  - Scope of Industry
  - Sector
  - Trends Insight
  - Trend Reports
- Industry Initiatives

**Running Your Business**

**Promote Your**

## U.S. Health Club Membership by Age

*The following information represents a sample of findings from current ar IHRSA research. Additional historical data, more complete findings, and c statistics can be found in the 2004 Profiles of Success, available in pdf fo IHRSA's online bookstore to purchase (please call 800/228-4772 or 617/! 0055).*

Among adults, the aging of America is unmistakably evident. Since 1987, population of older health club patrons has skyrocketed by 343%, to nea million members in 2002 and 2003. The segment of Baby-Boomers has mushroomed by 180% -- to 14.8 million in 2003. This large growth rate i derivitive of demographics and the changes of American values.

Since 1998, the number of 18-34 year old health club members has incre 24% and represents 33% of the total health club member market.

Adults aged 35-54 now account for 14.8 million members, or 37% of the club population. In absolute terms, their numbers have jumped by 180% 1987, as a percentage of the population, 18 out of every 100 people in th group are health club members, up from only 9.5 in 1987.

Over the past 15 years, the defining characteristic of industry change ha: the growth in the population of older health club members. In 2003, ther 6.8 million members over the age of 55, still representing an absolute inc 343% over 1987.

In 2003, there were 4.5 million health club memberships among children 18 years old; an increase of 223%, since 1987 and an addition of almost million more members, since 1998.

IHRSA - Membership by Age                                    Page 2 of 2

**Business**

**News Room**

**Industry Calendar**

**Membership**

Search

*Join IHRSA!*
» Become a member today!

**Help Fight Inactivity &
Rising Healthcare Costs**



Health Club Membership By Age

Source: 2003 IHRSA / American Sports Data Health Club Trend Report. S
1987, American Sports Data, Inc., of Hartsdale, NY, has conducted a
comprehensive consumer survey tracking health club membership and
participation which IHRSA sponsors.

© International Health, Racquet & Sportsclub Association. Privacy Statement.
About the Industry | Running Your Business | Marketplace | News Room | Industry Calendar | Membership | Contact Us
| Site Map | Login



# To Start A
# HEART

## New study documents value of defibrillators in health clubs

Byline Craig Waters



The first major study of the use of automated external defibrillators (AEDs) in health clubs has demonstrated that, when utilized by trained staff, the devices can have a dramatic impact on the survival rate of individuals stricken with sudden cardiac arrest (SCA).

That was the conclusion of a study conducted by Kyle McInnis, a professor of exercise science at the University of Massachusetts, in Boston, and his colleagues, the results of which were presented recently at the annual meeting of the American Heart Association (AHA), in Orlando, Florida.

The yearlong study, which involved a chain of 76 facilities in the U.K. with some 50,000 adults members, revealed that AEDs produced a short-term survival rate of 75%, as opposed to what McInnis describes as the "dismal" rate of 2%-5% for those who suffer SCA outside a medical setting.

The difference represents a 15-to-37.5-factor increase in survival. ▶

# HEART *continued*

Several other papers presented at the AHA conference reported similar, striking results when AEDs were employed.

AEDs have become standard equipment in many fitness facilities, in part because of recommendations promulgated by AHA, the suggestion, by IHRSA, that clubs consider the technology, and the proliferating number of stories of members saved by prompt use of the device. Although the anecdotal evidence has been consistent and continues to mount, there had been no clear scientific evidence that AEDs increase survivability in health clubs. The goal of McInnis' study was to document the frequency with which cardiac arrest could be reversed and members' lives saved by AED programs.

## The evidence

The U.K. clubs involved were similar to U.S. facilities in terms of their formal safety guidelines, including the screening of new members, the CPR certification of staff, and the existence of an emergency response plan. The chain placed AEDs in its 76 clubs, trained fitness staff how to use them in concert with cardiopulmonary resuscitation (CPR), revised its response plan to include the use of AEDs, and periodically rehearsed its response procedures.

McInnis and his colleagues monitored the number of SCAs that occurred at the clubs, and gauged the success rate of attempted resuscitations in two ways, noting the percentage of cases in which: (1) SCA was reversed and the victim revived at the club; and (2) the member survived the catastrophic event until the time of their discharge from the hospital.



McInnis, Kyle

During the surveillance period, eight patrons suffered SCAs while exercising at their club, representing an annual occurrence rate of one incident per 6,250 adult members, or one per every 9.5 facilities. The victims ranged from 47 to 75 years in age, with an average age of 62. Seven of the eight had joined their club within the prior eight months, while the eighth had been a member for five years. One had a known history of heart

## MCINNIS INSIGHTS:

• The likelihood of surviving an SCA in facilities with an AED program in place is significantly higher than in the case of most SCAs that take place outside of a hospital setting (i.e., 75% versus less than 5%). Virtually no other approach can produce comparable results.

• The overall incidence of SCA in health clubs that tend to serve young and middle-aged people is low, as was the case with the U.K. clubs studied (only 10% of the members were 55 or older). However, with a greater number of older individuals now joining clubs, many of who have underlying health conditions, such as

diabetes or coronary heart diseases, the low statistical risk shouldn't be underestimated or applied, universally, to all clubs.

• The incidence of sudden cardiac death at the U.K. clubs was unpredictable on the basis of age, gender, length of club membership, or previous cardiac history. However, the SCAs occurred primarily in older adults who were new members and exercising vigorously close to the time of the event. Clubs are advised to adhere to industry standards in terms of properly screening all new members and providing appropriate exercise guidelines for them.

trouble (i.e., recent coronary artery bypass surgery), and one had diabetes. The remaining six had no major medical conditions identified via routine preparticipation questionnaires.

All were exercising—e.g., doing aerobics, strength training, or working out on a treadmill—when they suffered their SCA.

In each case, in response to the cardiovascular emergency, the club's staff employed an AED and CPR before paramedics arrived on the scene. (The average staff response time wasn't recorded.) Amazingly, six out of the eight victims (75%) were revived by staff at the club, but two (25%) died before emergency response technicians (ERTs) showed up. Two of the individuals who were transported to hospitals had subsequent cardiac arrests and didn't survive.

## Call out call out call out to go here call out to go here a Call out call out call out to go here

## The implications

"The results of the study are remarkable, and credit should be given to the staff who acted appropriately, according to their well-conceived emergency response plan," observes McInnis. "Clearly, of those eight people, the likelihood that any would have survived in this setting, without an AED program that was executed in a timely fashion, is minimal at best. The clubs had a 75% survival rate, in comparison to the average dismal rate of 2%-5% for those who suffer SCA outside a medical setting."

McInnis' findings reflect and support other earlier studies in which the availability of AEDs in airports and casinos generated a survival rate of approximately

**AEDS TAKING ACTION**

To help its member clubs institute AED programs, IHRSA has entered into a special agreement with Philips Medical Systems, of Andover, Massachusetts, the maker of the Heartstream AED. Participating clubs receive a 20%-33% discount on the standard Philips "ship set" (AED unit, case, extra battery, etc.) and complete training. For more information on the IHRSA Healthy Heart AED Program, call 800-453-6860, Ext. 1648.

**AEDS HONOR ROLE**

The following clubs are just a few of the IHRSA facilities that have utilized AEDs to save members' lives:

- Center for Health and Fitness, Vineland, New Jersey
- Colorado Athletic Club, Denver, Colorado
- Hampshire Hills Sports and Fitness, Milford, New Hampshire
- Healthtrax Fitness and Wellness, Avon, Connecticut
- Liberty Sports Complex, Ann Arbor, Michigan
- Little Rock Athletic Club, Little Rock, Arkansas
- Oak Brook Racquet and Fitness Club, Westmont, Illinois
- Omni 41 Health and Fitness Connection, Shererville, Indiana
- The Sporting Club at Windy Hill, Atlanta, Georgia
- The Sports Club/LA, Washington, D.C.
- White Bear Racquet and Swim, White Bear Lake, Minnesota

50%. "Our findings confirm what has been demonstrated in other public settings," McInnis points out. "In this case, equipping fitness staff with this technology, and providing them with basic training, greatly increases the likelihood that a member who experiences this sort of medical emergency will have the best possible chance of surviving and, hopefully, of continuing to live a normal, rewarding life."

Two other AHA presentations detailed similar results. One multi-center study indicated that, among a group of people who suffered SCA, 15 who were given CPR only lived, while nearly twice as many (29) who received both CPR and AED treatments survived. Another study, conducted in the state of Washington, reported a 50% survival rate for victims revived by laypeople using AEDs. "Survival rates were similar to, or better than, those of people treated by emergency medical services workers," reports *Cardiovascular Week.*

The AHA has recommended that larger fitness facilities, or ones with large senior populations, acquire AEDs and train their staffs to use them. IHRSA estimates that approximately 25% of all U.S. clubs have already done so, but notes that the technology may not be appropriate for facilities that are small or have limited staff.

"While, overall, the risk of sudden cardiac arrest in a health club is small," concludes McInnis, "the benefit of saving someone's life can't be underestimated." ∎

CRAIG R. WATERS *is the editor-in-chief of CBI and can be reached at c.waters@fit-etc.com.*



# DEFIBRILLATORS (AEDs) IN HEALTH CLUBS
## An IHRSA Briefing Paper

EXHIBIT
5
Mc Carthy  3/7/03

❖  **IHRSA's Position**

*IHRSA does not discourage health club operators from installing automated external defibrillators (AEDs), but the association's position is that there is not yet a standard of care that requires that AEDs be in all fitness centers. Only 50% of ambulances and a smaller percentage of fire department vehicles that have emergency "first-response" duties are equipped with AEDs. If most emergency response vehicles don't have AEDs. it seems unreasonable to expect that all fitness centers should have them.*

*Also, recommendations issued in 1998 by the American Heart Association and the American College of Sports Medicine (ACSM) urged fitness clubs to screen the cardiac health of their clients, but did not include an advisory to heath clubs to install AEDs. According to Gary J. Balady, MD, a cardiologist and professor of medicine at Boston University School of Medicine and the lead author of the recommendations. this is because the rate of heart attack emergencies at health clubs is not known, and most clubs have access to emergency services. [The ACSM recommendations separated facilities into five categories, ranging from level one ("unsupervised") up to level five ("supervised cardiac rehabilitation"). It was recommended that level five facilities have an AED on site.]*

*Clubs with cardiac rehabilitation programs are arguably more likely to need -- and therefore more likely to be found negligent for not having -- an AED, than clubs that don't cater to the older, deconditioned, or cardiac rehabilitation markets.*

❖  What is an AED?

An AED is a battery-driven device used to administer an electric shock through the chest wall to the heart of a person who has gone into cardiac arrest. An AED analyzes the heart's rhythm through adhesive electrodes and, if necessary, tells the user to deliver a shock to the victim. The shock, called defibrillation. may help the heart to reestablish an effective rhythm of its own. An AED is about the size of a laptop computer and weighs 4 to 7 pounds. They currently sell for around $3,000 each, but prices are going down as demand increases and technology improves.

Two IHRSA associate members supply AEDs: Agilent Technologies and Medtronic Physio-Control (see "Additional Resources" for contact information).

1

W/M 00047

❖ **What is cardiac arrest and how prevalent is it?**

One of the leading causes of death among American adults, sudden cardiac arrest (SCA) strikes nearly 1,000 people in the U.S. every day and kills more than 95% of them. SCA is unpredictable and can happen to anyone, anywhere. Risk increases with age, and the average age of a victim is 65. Although pre-existing heart disease is a common cause of cardiac arrest, many victims have never had any heart problems.

The most common cause of SCA is ventricular fibrillation -- an ineffective quivering of the heart muscle that makes it unable to pump blood through the body. Once the blood stops circulating, a person quickly loses consciousness and the ability to breathe, and will die without prompt, effective treatment.

SCA is *not* the same thing as a heart attack, although a person suffering a heart attack is more likely to develop abnormal heart rhythms and SCA. A heart attack is caused by blocked blood flow to the heart muscle so the muscle begins to die. SCA is caused by an abnormal heart rhythm. A heart attack is often preceded by chest, arm, upper abdomen, or jaw pain. Nausea and sweating are common. There is rarely a warning before SCA. Heart attack patients usually remain conscious. SCA victims always lose consciousness.

Nearly three-quarters of cardiac arrests occur at home. About 10% occur in hospitals. That leaves 15%, or 150 cardiac arrests per day, that occur in places other than the home or hospital. Data is not available on the number of cardiac arrests that occur in health clubs. Based on a study conducted in the state of Washington, the public places with the highest incidence of cardiac arrests include airports, jails, sports stadiums, shopping malls and golf courses.

❖ **How effective are AEDs in treating cardiac arrest?**

"Survival can be as high as 90 percent if defibrillation is provided during the first minute following collapse," according to Mary Fran Hazinski, R.N., M.S.N., chairperson of the American Heart Association's Emergency Cardiovascular Care Programs. For every minute that defibrillation is delayed, survival falls about 10%.

People who survive a sudden cardiac arrest have a good long-term outlook. About 80% are alive after one year and as many as 57% are alive at five years.

2

W/M 00048

❖    **Are AEDs safe to use?**

According to the American Heart Association, an AED is safe to use by anyone who has been trained to operate it, and using one is easier than administering CPR. Studies have shown the devices to be 90% sensitive (able 90% of the time to detect a rhythm that should be defibrillated) and 99% specific (able 99% of the time to recommend not shocking when defibrillation is not indicated). Because of the wide variety of situations in which it will typically be used, the AED is designed with multiple safeguards and warnings before any energy is released. The AED is programmed to deliver a shock only when it has detected ventricular fibrillation.

A June 1998 *Golf Course Management* article addressed safety fears this way. "If someone is in cardiac arrest, nothing you can do will make the situation any worse. The heart will not spontaneously regain a normal rhythm, and without defibrillation an SCA victim will die."

❖    **If AEDs are easy to use, why is formal training needed to use them?**

Emergency equipment alone doesn't save lives. Its presence in a club can give a false sense of security if the staff is not trained and prepared to use it.

AEDs are considered so user-friendly that untrained rescuers can generally succeed in attaching the pads, pressing "analyze" (if required), and delivering shocks. However, untrained rescuers may not know how to recognize the signs of SCA, and they may not use an AED safely, posing some danger of electric shock to themselves and others. Also, untrained rescuers probably would not know how to respond to the victim if the AED prompts "no shock indicated."

An AED operator must also know when to activate the EMS system and how to perform CPR. Early CPR is an integral part of providing lifesaving aid to people suffering from SCA. The ventilation and compression skills learned in a CPR class help to circulate oxygen-rich blood to the brain. After delivering a series of three shocks, the typical AED will prompt the operator to continue CPR while the device continues to analyze the patient.

3

WM 00049

❖   **How much training is required to use an AED?**

AED training requirements vary by state. (See the attached chart for your state's requirements.) Many states' AED laws list the American Red Cross and the American Heart Association as providers of courses that satisfy the states' training requirements.

The American Red Cross offers many AED courses including a 4 hour course designed for individuals with a job-related duty to act in an emergency. The American Heart Association offers a 3.5 – 4 hour BLS (Basic Life Support) Heartsaver AED Course. AED certification must be renewed after two years.

Some club operators offer more frequent "refresher" courses than is required by law. This can help make staff more comfortable with the idea of using an AED in an emergency. For example, managers at Little Rock Athletic Club in Arkansas undergo one-hour training and practice sessions every three months. The club's health director has even been trained to teach new staff members on the AED.

IHRSA members that have AEDs report having trained varying segments of their staff. Some have trained "all staff", others "just full-time staff", others "just managers." Other trained groups include lifeguards, tennis pros, front desk staff, personal trainers and fitness instructors.

If a club has an AED, it is strongly advised that at least one person who is trained in its use be on duty at all times. If a cardiac arrest occurs at a club that has an AED but no one is on duty who is trained to use it, the club could be found liable for negligence. The argument could be made that members had a false sense of security due to the presence of an AED, when in fact no one on duty at that time was qualified to use it.


❖   **Who is legally allowed to use an AED?**

Under current Food and Drug Administration (FDA) regulations and the law in most states, only doctors or people authorized by doctors (via a prescription) may buy and operate AEDs. This is a quality control mechanism. The licensed physician or medical authority will ensure that all designated responders are properly trained and that the AED is properly maintained. A club operator wishing to purchase an AED would need to work with a physician (or in some states a nurse or other medically trained individual) both before and after the purchase. Some clubs that already have AEDs have a physician member of their club who was willing to provide this service. Also, some AED suppliers offer programs that match clubs with physicians in their state that will, for a fee, act as that club's medical authority for a designated period of time.

4

W/M 00050

Emergency Medical Technicians (EMTs) are allowed to use AEDs in all states. Most states allow first responders, such as police, fire fighters and other law enforcement personnel to use AEDs. More and more states are allowing lay rescuers with proper training and medical supervision to use them.

❖ **Will obtaining an AED increase our responsibility and therefore our liability risk?**

According to IHRSA's survey of its members, concerns about potential liability have held back many clubs from looking into obtaining an AED.

"In most settings the medical benefits of AEDs far outweigh any legal risks," says Richard A. Lazar, an attorney and AED industry consultant. "As these devices become more widely used, there will potentially be greater liability risk for not adopting AED programs."

According to Medtronic Physio-Control Corporation, as of October 1999 there had been no lawsuits involving the use of an AED in a business setting, and most firms carry liability insurance as protection should such a lawsuit arise.

Check your state's law on the attached chart to determine if lay rescuers are given limited liability immunity. If not, they may not be protected from litigation. Use of AEDs by the public is generally not covered by state "good samaritan" laws, which protect amateur rescuers from liability.

At the federal level, the "Cardiac Arrest Survival Act of 1999" (H.R. 2498 and S. 1488) is pending in Congress. It would establish protections from civil liability for any personal injury or wrongful death resulting from the emergency use of AEDs. Not only would it protect the AED *user* from liability, but it would also protect any person who maintained the device, provided training in the device, tested the device, or acquired the device (in most cases) as well as the physician who provided medical oversight regarding the device.

Agilent Technologies offers an indemnification program for users of its ForeRunner® AED. It protects users from claims or actions arising from "the mechanical or electrical failure or malfunction of the ForeRunner." There are exceptions in cases of negligence, gross negligence, or improper acts, and in cases of AEDs that are not properly maintained or operated.

Medtronic Physio-Control Corporation offers an indemnity program to users of its LIFEPAK® 500 AED. The only exceptions are if the user is grossly negligent or

5

W/M 00051

intentionally misuses the device. Participants must agree to periodic inspection of the devices and ensure that the operator has received training from an American Heart Association Basic Life Support level trainer (or equivalent). For an additional charge, club operators can purchase a policy protecting themselves and AED users from liability for improper actions or even failure to act.

❖ **Will obtaining an AED mean that my club is "getting into the medical field?"**

Not necessarily. An AED is only used if a cardiac arrest incident occurs. Given that an event occurs, a club employee either uses an AED, if the club has one, or someone performs CPR until an ambulance or other response vehicle arrives. Either way, the club is providing medical attention. However, in the case of a cardiac arrest, CPR is generally ineffective without another link in the American Heart Association's "chain of survival": early defibrillation.

❖ **If I decide to install an AED, is one per facility enough?**

That depends on the size of the facility and how long it would take from the furthest point from the AED to reach it. The statistics to keep in mind are those from the American Heart Association. According to the AHA, every minute that passes before returning the heart to a normal rhythm after a cardiac arrest causes the chance of survival to fall by 10 percent.

Jim Debrick, sales representative for Agilent Technologies, recommends that AEDs be located so that no more than four minutes pass between the time of a victim's collapse and defibrillation.

Officials at Chicago's Midway and O'Hare Airports recently installed thirty-three AEDs into their corridor walls. The devices are no more than a minute apart at walking speed. The *Boston Herald* recently reported that between June 1 and November 1 of 1999, eight people were treated at these two airports with AEDs and seven survived to be discharged from the hospital.

6

W/M 00052

## ❖ Why are health clubs often mentioned as possible locations for AEDs?

Physical stress, such as that caused by intense exercise, can cause the heart rhythm in some people to become chaotic, which can lead to ventricular fibrillation.

In addition, the fastest-growing segment of health club members is people over age 34, an age when the risk of heart disease begins to rise, says Gary J. Balady, MD, the previously mentioned cardiologist and professor of medicine at Boston University School of Medicine. "Many Americans are surviving their heart attacks and are being told by their doctors to exercise more. So there may be more individuals showing up at health clubs who have heart disease."

Nearly one in four adult Americans has some form of cardiovascular disease. During exercise, people with heart disease are at 10 times higher risk of having a cardiac event than people who are disease free.

## ❖ How many health clubs have AEDs?

IHRSA surveyed its members about AEDs in October 1999. Of the 273 clubs responding, 16% (45) already have at least one installed, 26% (71) are planning to purchase one, and 58% (157) currently have no plans to obtain an AED.

A handful of health club chains, including Club Sports International and Australian Body Works, indicated that they plan to install an AED in each of their fitness facilities in the near future.

Common reasons cited by IHRSA clubs for having AEDs include:

- High number of older and/or deconditioned members;
- Belief that an AED is as essential as CPR training;
- Response time for local rescue squad is too long;
- Response to previous medical emergency at club;
- Prices have gone down in recent years;
- Media coverage of lives saved;
- Marketing value;
- State's "good samaritan" law protects facility from liability;
- Requests of members, including those in medical fields;
- The fact that AEDs are now virtually fool-proof;
- Concern that it is becoming an industry standard.

7

*The International Health, Racquet & Sportsclub Association (IHRSA)*
*263 Summer Street • Boston, MA 02210 • (800) 228-4772 • fax (617) 951-0056 • http://www.ihrsa.org*

W/M 00053

Common reasons cited by IHRSA clubs for *not* having AEDs include:

- Liability concerns if it's used improperly or ineffectively, or not used at all;
- High cost;
- Hospital/fire station/ambulance service located close to club;
- High staff turnover causes training problems;
- Difficulty in ensuring that someone who is trained is always on duty;
- Certification is too involved and time-consuming;
- Desire to keep club out of medical field;
- Concerns about insurance coverage.

❖    **Have any lives been saved in clubs with AEDs?**

Yes, according to news stories, AED suppliers, and surveys of IHRSA members.

A few examples:

- Health First Pro-Health and Fitness Center, a hospital-based health club in Florida, recently added AEDs to its facility. In January 1998, an elderly woman attending a physical therapy class collapsed, a victim of cardiac arrest. A Pro-Health employee was able to revive her with one shock, paving the way for full recovery from what might have otherwise been a fatal event.

- In March 1998, a 49-year-old man who went into cardiac arrest while playing basketball at Little Rock Athletic Club in Arkansas was saved with an AED which had been installed just three months earlier. Weeks after the incident, the man was back playing basketball at the club.

- Several clubs report that members have been successfully defibrillated with AEDs brought in by ambulances and other first-response services.

❖    **Has anyone died at a club that might have been saved by an AED?**

Yes. News stories as well as surveys of IHRSA clubs indicated that there have been some recent fatal cardiac arrests at fitness centers. Here are a few examples:

- An Army colonel was exercising in a Washington, DC club early one morning in 1998 when he experienced a sudden cardiac arrest. Paramedics were called and bystanders performed CPR. Medics arrived more than 20 minutes after his

8

W/M 00054



collapse and defibrillated him. They started his heart, but by that time he had suffered irreversible brain damage. He died two weeks later.

- A Miami, Florida club didn't have an AED on site in the fall of 1997 when a 35-year-old man collapsed and died from cardiac arrest after a basketball game.

- EMTs couldn't save the life of the 55-year-old man whose heart stopped while he worked out in a New York City gym in 1996 since it took their ambulance 16 minutes to wind its way through the traffic-clogged streets. Theoretically, his odds of survival were high, since a doctor who was exercising nearby and a club employee who was a trained paramedic began working on him immediately, and the hospital was only 10 blocks away.

  This is not an uncommon scenario. In New York City it takes an average of 11.4 minutes for an ambulance to arrive at the scene of a cardiac arrest and another minute before emergency personnel can administer the needed shock. Coupled with the average two-minute delay in calling 911 after a person collapses, it's no wonder that fewer than 1% of New York City SCA victims survive.

❖ **Have any facilities been sued for not having an AED?**

Yes, including one health club. In 1991, an experienced racquetball player was playing in a tournament at a New York health club when he collapsed. CPR was performed by a bystander and a doctor who was in the tournament. An ambulance took him to a hospital, but attempts to revive him were unsuccessful. The cause of death was cardiac arrest, a consequence of atherosclerotic heart disease. His estate sued the club for wrongful death, claiming among other things that it failed to have proper procedures, personnel and equipment (*i.e.* an AED) ready to respond to medical emergencies.

The New York Supreme Court of Appeals upheld a lower court's ruling that the participant assumed the risk of playing in the tournament. The court noted that the entire staff of the club was trained in CPR, 911 was called shortly after his collapse, and a rescue squad arrived within five minutes. The court wrote, "Plaintiff's contention that defendants were negligent in failing to have a defibrillator present during the tournament for immediate use lacks merit." *[Note: The incident in this case occurred in 1991, when AEDs were more expensive and less user-friendly than today. In 1998, New York enacted AED legislation that allows entities such as clubs to possess and operate AEDs and releases users from liability for negligence. The ruling in this case should be considered with these facts in mind.]*

9

WM 00055

A Philadelphia tennis club was recently sued by a man who went into cardiac arrest at the facility and incurred brain damage because he was in ventricular fibrillation and too much time passed before he was resuscitated. The club's legal counsel persuaded the judge that the club did not have an obligation to have an AED with a person trained to use it on the premises. (The case will likely be appealed.) Helping the case was the fact that in Pennsylvania, at the time of the incident in question, tennis personnel were not permitted to use an AED without having certain certifications from the Department of Health.

Not all facilities fared so well in court. In June 1996, a Florida jury found Busch Gardens negligent for not properly training its employees to provide emergency care – and for failing to have essential medical equipment, including an AED, on the premises. The plaintiff was awarded $500,000 in damages for the death of her teenage daughter.

In another recent case, a federal judge found Lufthansa Airlines negligent for failing to provide timely treatment to a passenger who suffered a cardiac emergency. The damage award in that case was $2.7 million.

## ❖ Will having an AED affect my liability insurance coverage?

It may. According to Fitness Pak – InterWest Insurance Services, Inc., "the standard commercial liability policy provides protection for the insured club against bodily injury caused by negligence with employees included as additional insureds. Employees are generally not covered for their performance of 'health care professional services;' however the exclusion does not apply to an employee providing first aid." Fitness Pak recognizes the use of an AED as first aid response, so non-physician club employees are covered.

If you are considering obtaining an AED, contact your insurance agent to determine if there are any potential coverage issues specific to your insurance policy.

DISCLAIMER: The information in this paper is intended for the education of IHRSA members and should not be considered legal advice. Individuals needing legal advice should consult an attorney who is competent in this area. Laws on AEDs are constantly changing. Visit www.medicalconsulting.net/docs/PADLaws.html for updates to the attached chart.

10

W/M 00056

# ADDITIONAL RESOURCES

**Agilent Technologies**
(800) 263-3342
*http://www.heartstream.com*

**American Heart Association**
(800) AHA-USA1
*http://www.americanheart.org*

**American Red Cross**
(703) 248-4222
*http://www.redcross.org*

**Medtronic Physio-Control Corporation**
(800) 442-1142
attn: Doug Hakala, Business Development Manager for Commercial Accounts
*http://www.aedhelp.com*

**Public Access Defibrillation League (PADL)**
*http://www.padl.org*

*Last updated 12/10/99*

11

W/M 00057



# STANDARDS AND GUIDELINES FOR CARDIOPULMONARY RESUSCITATION AND EMERGENCY CARDIAC CARE

 American Heart Association





Reprinted from The Journal of the American Medical Association,
June 6, 1986, Volume 255, Number 21, Pages 2841-3044. Copyright
1986, American Medical Association.

The standards and guidelines for cardiopulmonary resuscitation and emergency cardiac care have evolved through three conferences. The process was begun in 1973, with later conferences held to review and update the published materials (*JAMA* 1974 and 1980) in light of practical experience and scientific advances. The most recent conference, under the sponsorship of the American College of Cardiology, the American Heart Association, the American Red Cross, and the National Heart, Lung, and Blood Institute, met in Dallas in July of 1985 and produced a consensus for change in several areas of basic life support and advanced cardiac life support.

The recommendations of the 1985 National Conference on Standards and Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiac Care do not represent broad changes, nor do they suggest that care delivered under past guidelines is either unsafe or ineffective. The standards and guidelines promulgated herewith are considered the most effective and the most easily teachable that current knowledge and experience can provide.

The printing of these standards and guidelines
was supported by a grant from
ASMUND S. LAERDAL

# JAMA®

The Journal of the American Medical Association

THE JOURNAL is a forum for open and responsible discussion of matters relevant to the field of medicine. Its mission is education: to inform its readers of progress in clinical medicine, medical research, and of developments in other fields of interest to physicians.

*102 Years*
of
Continuous Publication

**June 6, 1986**
**Vol 255, No. 21**

Editor: George D. Lundberg, MD
Deputy Editor: M. Therese Southgate, MD
Senior Editors: John D. Archer, MD, Helene M. Cole, MD, Bruce B. Dan, MD
Senior Contributing Editor: Drummond Rennie, MD
Contributing Editors: Charles B. Clayman, MD, Lawrence D. Grouse, MD, PhD, Lester S. King, MD, Harriet S. Meyer, MD, Carlotta M. Rinke, MD
Statistical Editor: Naomi Vaisrub, PhD
Morris Fishbein Fellow: Don Riesenberg, MD
Medical News—Editor: Phil Gunby; Associate Editors: Kimberly Glassbrenner, Marsha F. Goldsmith, Charles Marwick (Washington, DC), Beverly Merz; Assistant Editor: Chris Anne Raymond, PhD
Associate Editor: Roxanne K. Young
Assistant Editors: Charlene Breedlove, Sharon Iverson (Letters to the Editor), Elizabeth Knoll
Editorial Services Manager: Martha Carney
Production Manager: Marlene M. Hinsch
Assistant Production Manager: John R. Sayban
Editorial Processing Manager: Cheryl Iverson
Assistant Editorial Processing Manager: Paula Glitman
Permissions and Graphic Design: Dennis J. Shipley
Production Supervisors: Lori A. Barba (Copy Editing), Thomas J. Handrigan (Illustrations), Elizabeth Petrikenas (Proofreading), John R. Sayban (Advertising), Mary C. Steermann (Editorial), Jo Anne Weiskopf (Layout)
Copy Editing: James Zrinsek
Proofreading: Hernanee Bhoyroo, Patricia Coyne, Lisette Sabbach, Barbara Wojtowicz
Senior Production Assistants: Karen Branham, Diane Darnell, Jerri Hall-Gortowski, Jill Harvey, Debra Lucas, Terese Noto, Susan Price, Helen Sorrel, Ellen Yoshihara
Production Assistant: Darlene E. Filips
Illustrations and Layout: Donna Hapler, Mary Planek-Vance, Sandra Williams
Cover Editor: M. Therese Southgate, MD
Editorial Coordinator: Cathy Watkins
Editorial Supervisor: Cassandra Johnson
Editorial Assistants: Mary Cannon, Michele Knutsen, Mary Ann Lilly, Rosemary Navarro, Annette Nunnally, Ethel Pinkston, Theresa Raines, Diane Theriault
Senior Secretary: Shirley Goins
Indexing: Norman Frankel (Supervisor), Mary Kay Tinerella, Pam Wood

All articles published, including editorials, letters, and book reviews, represent the opinions of the authors and do not reflect the official policy of the American Medical Association or the institution with which the author is affiliated, unless this is clearly specified.

JAMA, THE JOURNAL of the American Medical Association (ISSN 0098-7484), is published four issues per month by the American Medical Association, 535 N Dearborn St, Chicago, IL 60610. Phone (312) 645-5000. Cable address "Medic" Chicago.
SUBSCRIPTION RATES—The subscription rate per year for members of the AMA is $2 included in the annual membership dues. The subscription rate per year for nonmembers is $52 for one year, $90 for two years in the United States and US possessions; in all other countries, one year, $68; two years, $110 (add $30 surcharge to each one-year subscription and $60 surcharge to each two-year subscription for air delivery to the United Kingdom and Europe only). Rates to medical students and residents, $26 for one year; $45 for two years in the United States and US possessions. Rates for subscriptions for delivery to Australia, Bangladesh, India, Japan, Nepal, New Zealand, South Korea, and Sri Lanka are available through respective exclusive agents. Address all subscription communications to American Medical Association, Circulation and Fulfillment Division, 535 N Dearborn St, Chicago, IL 60610. Phone: (312) 280-7154.
CHANGE OF ADDRESS—POSTMASTER, send all address changes to Caryl L. Wertheimer, Director of Fulfillment, 535 N Dearborn St, Chicago, IL 60610. Notification of address change must be made at least six weeks in advance; include both old and new addresses, a recent mailing label, and your new zip code.
Second-class postage paid at Chicago and additional mailing offices.
JAMA® Registered in the US Patent and Trademark Office.
Copyright © 1986 by the American Medical Association

▽BPA

## STANDARDS AND GUIDELINES FOR CARDIOPULMONARY RESUSCITATION (CPR) AND EMERGENCY CARDIAC CARE (ECC)

**Part I—Introduction** .......................................................... 2905

  A Historical Perspective .................................................. 2905
  The 1979 National Conference Recommendations ......................... 2906
  Definitions and Intent: Standards, Guidelines, and Certification ...... 2906
  The 1985 National Conference ............................................ 2907
  Emergency Cardiac Care .................................................. 2909
  Education and Evaluation ................................................ 2910
  Role of the AHA .......................................................... 2912
  Implementation of Standards and Guidelines ............................. 2912


**Part II—Adult Basic Life Support** ........................................... 2915

  Indications for BLS ....................................................... 2915
  The Sequence of BLS: Assessment and the *ABCs* of CPR .................. 2915
  CPR Performed by One Rescuer and by Two Rescuers ..................... 2921
  Foreign-Body Airway Obstruction Management ............................ 2922
  Warning Signs of Stroke ................................................. 2925
  Unique Situations ........................................................ 2925
  Pitfalls and Complications ............................................... 2925
  Safety in Training for and Providing CPR ............................... 2926
  The Physically Challenged CPR Student ................................. 2928
  Special Resuscitation Situations ....................................... 2929
    Near Drowning ......................................................... 2929
    Traumatic Injury ...................................................... 2929
    Electric Shock ........................................................ 2930
    Hypothermia ........................................................... 2931


**Part III—Adult Advanced Cardiac Life Support** ............................. 2933

  Basic Life Support ....................................................... 2933
  Adjuncts .................................................................. 2933
  Cardiac Monitoring and Arrhythmia Recognition ......................... 2937
  Drug Therapy ............................................................. 2937
  Electrical Therapy ....................................................... 2942
  Patient Management: Application of ACLS ................................ 2944
  Specific Cardiac Arrest Sequences ...................................... 2945
  Postresuscitation Care .................................................. 2949
  Termination of BLS or ACLS ............................................. 2951


**Part IV—Pediatric Basic Life Support** ..................................... 2954

  Causes of Cardiopulmonary Arrest ....................................... 2954
  The Sequence of CPR ...................................................... 2955
  Airway Obstruction Management .......................................... 2959

and allied health associations, for issuing statements jointly or individually for maximum dissemination, to ensure uniformity in their application and to protect both those who act in accordance with them and the emergency victim; (3) the AHA (by taking all necessary steps to disseminate these standards and guidelines broadly, including programs, training materials, and publications, and by seeking support for dissemination from appropriate foundations, federal agencies, medical organizations, and other sources); (4) the American Red Cross and other agencies charged with the responsibility of providing training to nonprofessional rescuers and the general public; (5) all government agencies, services, and facilities; (6) other responsible agencies and organizations, including medical, dental, and nursing schools, secondary schools and colleges, airlines, industries, and sports centers; (7) all emergency medical care units; (8) all county, state, and national medical organizations by establishing a mechanism to approve CPR courses given in accordance with AHA standards and by instructors certified according to AHA standards.

### Special Recommendations: Captive Populations

A BLS capability should be immediately available and an ACLS capability be either immediately available or available within an acceptable response time (within six to ten minutes) for facilities in which large captive populations are regularly present or can be reasonably anticipated, including factories, schools, office buildings, and stadiums. The conference bases this recommendation on the following: (1) Sudden death via cardiac or respiratory arrest or respiratory obstruction can be successfully treated in a high percentage of cases. (2) Successful treatment often depends on immediate or prompt treatment with BLS, followed shortly thereafter by ACLS. (3) The number of cardiac arrests and respiratory emergencies are reasonably predictable, per unit population per 24 hours. (4) Costs of BLS training can be small on a per-person basis. (5) An ACLS capability can be relatively inexpensive, and an investigation of ACLS resources in one's immediate area may provide an acceptable solution without additional costs. (6) There is, increasingly, reasonable expectancy on the part of the public that such a lifesaving capability should be available. (7) Failure to have such a readily achievable lifesaving capability may be found to represent legally actionable negligence on the part of such an agency.

This statement should be given the widest possible publication, republication, and distribution in its complete form, or in its individual parts, provided proper procedures are followed.

### References

1. Standards for cardiopulmonary resuscitation (CPR) and emergency cardiac care (ECC). *JAMA* 1974;227(suppl):833-868.
2. Standards and guidelines for cardiopulmonary resuscitation (CPR) and emergency cardiac care (ECC). *JAMA* 1980;244:453-509.
3. Kouwenhoven WB, Jude JR, Knickerbocker GG: Closed-chest cardiac massage. *JAMA* 1960;173:1064-1067.
4. Cardiopulmonary resuscitation: Statement by the Ad Hoc Committee on Cardiopulmonary Resuscitation of the Division of Medical Sciences, National Academy of Sciences-National Research Council. *JAMA* 1966; 198:372-379.
5. *Cardiopulmonary Resuscitation: Conference Proceedings, May 23,* 1966. National Academy of Sciences, National Research Council, 1967.
6. *Emergency Resuscitation Team Manual: A Hospital Plan.* New York, American Heart Association, 1968.
7. *Emergency Measures in Cardiopulmonary Resuscitation.* New York, American Heart Association, 1971.
8. *Definitive Therapy in Cardiopulmonary Resuscitation.* New York, American Heart Association, 1971.
9. *Cardiopulmonary Resuscitation: A Manual for Instructors.* New York, American Heart Association, 1971.
10. *Training of Ambulance Personnel in Cardiopulmonary Resuscitation.* New York, American Heart Association, 1965.
11. *The Dentist's Role in Cardiopulmonary Resuscitation.* New York, American Heart Association, 1968.
12. *Training of Lifeguards in Cardiopulmonary Resuscitation.* New York, American Heart Association, 1970.
13. Committee on Trauma and Committee on Shock, Division of Medical Sciences: *Accidental Death and Disability: The Neglected Disease of Modern Society.* National Academy of Sciences, National Research Council, 1966.
14. Committee on Emergency Medical Services, Division of Medical Sciences: *Medical Requirements for Ambulance Design and Equipment,* bulletin 8774. National Academy of Sciences, National Research Council, 1970.
15. Committee on Ambulance Design Criteria of the Highway Research Board, Division of Engineering: *Ambulance Design Criteria,* bulletin 6032. National Academy of Sciences, National Research Council, 1969.
16. Committee on Emergency Medical Services, Division of Medical Sciences: *Training of Ambulance Personnel and Others Responsible for Emergency Care of the Sick and Injured at the Scene and During Transport,* bulletin 8775. National Academy of Sciences, National Research Council, 1970.
17. *Refresher Training Program for Emergency Medical Technician-Ambulance.* Dept of Transportation bulletin 9984. National Highway Traffic Safety Administration, 1971.
18. *Roles and Resources of Federal Agencies in Support of Comprehensive Emergency Medical Services,* Dept of Health, Education, and Welfare bulletin 25269. National Academy of Sciences, National Research Council, 1972.
19. Wright IS, Frederickson DT: Cardiovascular disease acute care: Introduction: Inter-relationship among health facilities: Future role of modern communication and transportation; electronic equipment in critical care areas: Status of devices currently in use; resources for the optimal acute care of patients with congenital heart disease: Report of Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1971;43:97-99, 101-133.
20. Cardiovascular disease, acute care: Resources for the management of emergencies in hypertension, report of Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1971;43:157-160.
21. Cardiovascular disease, acute care: Resources for the acute care of peripheral vascular diseases, report of Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1971;43:161-169.
22. Cardiovascular disease, acute care: Resources for the optimal care of patients with acute myocardial infarction, report of the Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1971; 43:171-183.
23. Cardiovascular disease, acute care: Resources for the optimal care of acute respiratory failure, report of Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1971;43:185-195.
24. Cardiovascular disease, electronic equipment in critical care areas: Part II: The electrical environment report by the Instrumentation Study Group of the Inter-Society for Heart Disease Resources, abstracted. *Circulation* 1971;44:237-246.
25. Critical performance criteria, defibrillators: Report by the Instrumentation Study Group of the Inter-Society Commission for Heart Disease Resources, abstracted. *Circulation* 1973;47:359-361.
26. *Basic Training Program for Emergency Medical Technician-Ambulance: Concepts and Recommendations,* Dept of Transportation bulletin 7802. National Highway Safety Bureau, 1970.
27. *Basic Training Program for Emergency Medical Technician-Ambulance: Instructor's Lesson Plans,* Dept of Transportation bulletin 14958. National Highway Safety Bureau, 1970.
28. Department of Transportation: *Communications-Guidelines for Emergency Medical Services.* National Highway Traffic Safety Administration, 1972.
29. *Emergency Medical Services Communications Systems,* Dept of Health, Education, and Welfare bulletin 20369. Health Services and Mental Health Administration, 1972.
30. Division of Emergency Health Services: *Compendium of State Statutes on the Regulation of Ambulance Services, Operation of Department Vehicles, and Good Samaritan Laws,* bulletin 13341. Health Services and Mental Health Administration, 1969.
31. Division of Emergency Health Services: *Emergency Health Services Selected Bibliography.* Health Services and Mental Health Administration, 1970.
32. American College of Surgeons Committee on Trauma: *Essential*

## DEFIBRILLATION
### Defibrillation by EMTs and Others

The use of defibrillation by EMTs who have been trained in the recognition of ventricular fibrillation has been shown to improve survival significantly in areas without ALS paramedic service or where the response time for paramedics is relatively long.[44] This concept has been proved and should be implemented in many areas. However, strong medical control must be maintained. Although some EMT systems have no medical control, such is to be discouraged in the future so that all self-standing EMT programs are under strong medical control before they are allowed to use defibrillation. This must be under the direction of a responsible and participatory physician. Training must be adequate to ensure that the EMT can recognize ventricular fibrillation and properly and safely use a defibrillator. A national EMT-defibrillation training curriculum should be developed. Automatic or semiautomatic defibrillators that can analyze the rhythm may be used by EMTs, but medical control and quality assurance must be maintained. Precise protocols must be developed so that the units are used properly, with minimal interruption of CPR. Training and ongoing quality assurance are the responsibility of the physician medical director. Local, regional, or statewide advanced training programs, if available, can be of assistance. These activities should not be assumed to be the province or responsibility of equipment manufacturers.

Quality assurance measures are essential for the implementation and maintenance of successful EMT-defibrillation programs. They can be accomplished by regular review of all runs in which defibrillation is used. Written run reports should be prepared for each case, and there must be objective documentation of all events by means of electrocardiogram and voice recording or a comparable form of documentation dependent on future technologic advances in equipment. In addition, there should be equipment quality assurance, including a regular schedule of assessment of defibrillator energy output when appropriate for the type of defibrillator used.

Continuing field experience will define more precisely the efficacy of sequences of procedures, but currently available evidence suggests that defibrillation attempts should be limited to three defibrillations for persistent ventricular fibrillation before transport. Recurrent ventricular fibrillation during transport should be treated by repeated defibrillation according to local medical protocols.

### Defibrillation by Nonprofessionals

Defibrillation using automatic, automatic advisory, or semiautomatic defibrillators has been shown to be effective.[1,1,2] These devices analyze the rhythm and either automatically defibrillate or advise the operator to defibrillate. They could be used by family members, health club personnel, first responders, or designated individuals in public and commercial locations. If the device is used by nonprofessionals, it must be adequately sensitive and specific and must satisfy electrical, wave-form, or other criteria for ventricular fibrillation. It must also have a second verification system, such as impedance determination or other technological means, to increase the likelihood that cardiac arrest is present. The individual must be trained in CPR and in the application of the device to ensure proper use. The device must be used under physician direction. Family use must be on a prescription basis. Health club personnel or other such first responders must have a medical director who is responsible for the use of the device. The physician should review each use, preferably by tape recordings of both voice and electrocardiogram. The equipment manufacturer must ensure that these devices are known to the local EMS system and is responsible for providing sufficient information to ensure that local EMS personnel can interact with the devices competently and know where each is located. The manufacturer should inform the EMS entity of the identity of the medical control physician for each device placed.

## STANDARDS AND GUIDELINES FOR FIXED ECC UNITS
### Structure and Access

The logical site for an ECC unit is where cardiopulmonary emergencies reasonably can be anticipated, such as the hospital and areas where large numbers of people congregate. In hospitals, such a unit is often referred to as the emergency department or critical care unit, cardiac unit, or coronary care unit; in a large public office building, stadium, or other similar structure, it is often referred to as an emergency care area.

The fixed ECC unit must have accessible approaches and be clearly identified by conspicuous markers. In the absence of a physician, it must be linked by appropriate communications with other ECC units with physician coverage and be equipped to provide BLS or both BLS and ACLS.

### In Hospitals

There should be effective triage for a patient with early symptoms and signs of heart attack in all hospitals with acute care facilities. The emergency department may be used to screen, monitor, and treat persons who arrive on their own or by referral.

Every general hospital with acute care facilities should provide ACLS capability in its emergency department so that any patient who has symptoms suggestive of acute myocardial infarction or other cardiopulmonary emergency can be immediately monitored and observed until a physician-endorsed decision is made for treatment. Cardiac monitoring should precede any administrative detail or the taking of a medical history.

The clinical diagnosis of acute myocardial infarction is often difficult in the emergency department. If there is a strong suspicion that a patient has sustained an acute myocardial infarction, the patient should be stabilized and transferred to an intensive care unit or other similar area as soon as possible. It cannot be overemphasized that a patient with a history compatible with acute myocardial infarction should not be discharged from the emergency area merely because the initial electrocardiogram is normal. When the diagnosis is in doubt, it is always prudent to continue observation and monitoring. During transfer to the coronary care unit by trained personnel, a patient should be continuously monitored via a battery-operated monitor-defibrillator, have an intravenous life-

line in place, and be accompanied by ACLS personnel with appropriate drugs and other ACLS equipment.

### Out of Hospitals

*Sports Arenas, Convention Centers, Stadiums, Civic Auditoriums.*—Areas where large numbers of people congregate, such as sports arenas, convention halls, stadiums, and auditoriums, should provide BLS units. Ideally, an ALS unit should also be present or immediately available. When ACLS from a mobile unit is available within eight to ten minutes, a BLS unit is probably all that is needed. In these areas, BLS should be available in 60 seconds or less. This will be increasingly possible with widespread public training in CPR. When ACLS is available in five minutes or less, an 80% rate of successful resuscitation of patients with ventricular fibrillation may be possible." Once such a unit is established, it must be identified and a diagram of its location printed in the program and the preprogram fliers.

Emergency cardiac care units should be located in a place with a high degree of visibility, such as near the entrance or exit. Consideration should be given to proximity to major pedestrian traffic and accessibility to all persons. All personnel employed by the facility should know of the existence and location of the ECC unit and should be proficient in CPR.

The unit should be identified by a sign reading "Emergency Cardiac Care Unit" or "Emergency Care Area" to emphasize its function. At either the entry or the registration area, a large sign should be provided to define the method of access to the ECC unit or to define what action to take if a life-threatening emergency occurs.

Where the physical layout lends itself to the use of small mobile transport units, such as a modified mobile cart, consideration should be given to a completely mobile system integrated within the ECC or with several ECC units. The plan of action for the ECC unit in a public facility must include integration into a communitywide EMS system.

*Industrial Plants and Office Buildings.*—In areas where a large number of people work, steps comparable with those for public facilities must be taken. A plan of action should be formulated as part of the total EMS system, which includes rapid access to the ECC unit. In large building complexes, a more permanent ECC facility should be present."

*Areas With Large In-transit Populations.*—Airports and major ground transportation terminals must be integrated into the community EMS system so that BLS is available in three to four minutes and ACLS in eight to ten minutes." When neither of these is possible, it is the responsibility of the ground transportation facility to provide EMS units on the premises.

Provisions must be made for passengers aboard aircraft to have access to the same emergency medical services. All airline carriers need to develop an in-flight emergency protocol to treat efficiently the passenger with a cardiac or pulmonary emergency. All flight attendants and pilots should have CPR training and annual retraining. The Federal Aviation Administration should adopt rules and policies that will allow airlines to implement such in-flight CPR protocols to ensure passenger and flight crew

cardiac safety. Airlines that cannot provide ACLS in eight to ten minutes should carry emergency ACLS kits for use by a properly identified physician, nurse, paramedic, or physician assistant on board (depending on local laws). In addition, the pilot, with assistance from ground control, must be encouraged to make an emergency landing for medical purposes. The aircraft should land as soon as possible in any community that can provide ACLS at the airport via the airport medical service or the community EMS system.

### STANDARDS FOR MOBILE ECC UNITS

A mobile ECC unit consists of a vehicle with all the components, personnel, and capabilities of a fixed ECC unit. Mobile units may also be categorized as basic or advanced, depending on the level of life support they can provide. At a minimum, all ambulances, as well as the first responder units of an EMS system, must be capable of BLS. Advanced ECC units should be able to transport rapidly necessary equipment and skilled personnel to a patient with a cardiopulmonary emergency and to render BLS and ACLS. The response time for this vehicle should be within eight to ten minutes."

### Structure

Mobile life support must be a part of a well-defined, communitywide plan for providing EMS. The plan should include an ECC system that consists of first responders such as lay rescuers, firemen, police officers, and ambulance personnel who are all able to provide BLS during the first four minutes of the cardiopulmonary arrest. There should be a sufficient number and appropriate placement of ALS units to ensure the delivery of ACLS to the patient in the field in approximately eight to ten minutes.

Vehicle design should be related to the role of the unit in the plan. These vehicles may be only for transportation of equipment and personnel or they may be for transportation of equipment, personnel, and patients. It is also necessary to provide central control, coordination of care, and dispatchers trained in the identification of the type of emergency and its precise geographic location.

All mobile ALS units should have sufficient personnel to provide a minimum of two rescuers trained to an ACLS level to care for the patient throughout the emergency until the patient is stabilized and delivered to a continuing care facility with the same or higher level of care.

### Deployment and Performance Capabilities

The mobile ALS unit must be strategically deployed and have the capability for recognition, emergency treatment, and stabilization of the cardiac patient. It is important that the patient be stabilized quickly at the site where the cardiopulmonary emergency occurred. Continuous monitoring and appropriate treatment of the patient by rescue personnel from the time of arrival of the mobile unit to delivery of the patient to a fixed cardiac facility are necessary. Communication links among base station, ECC unit, and physician are mandatory.

The training required for operation of a fixed life support unit must be augmented for personnel serving in a mobile unit. Training is needed in the areas of field operation of communications and telemetry equipment,



 **International Health, Racquet & Sportsclub Association**
To Grow, Protect and Promote the Industry. 

**Member Login**

e-mail address:

password:

[ Login ]

☑ Remember me

**Forgot Your Password?**

Need A Login?
Start Here

**About IHRSA**

**About the Industry**

**Running Your
Business**

**Promote Your
Business**

  **Advantage
  Program**

    ADP Payroll

    Advantage: APPI

    Advantage:
    Grainger

    Advantage: The
    Hartford

    Advantage:
    Human Kinetics

    Advantage: MPLC

    Advantage:
    OSHA

    **Advantage:
    Philips Med.**

    Advantage: SFIC

    Advantage:
    Staples

    Advantage:
    Summit

  Advertising

  BuyersMart

  In-Club Promotions

  Online Store

  Trade Shows

**News Room**

**Industry Calendar**

**Membership**

**Search**

## Philips Medical Systems: Automated External Defibri

### Save More Than $1000 -- And Save a Life!

In the last year at least six IHRSA clubs have saved
the life of a member or guest who experienced
sudden cardiac arrest in the club. These 'saves' were
made possible by quick action by trained staff AND
the application of an **Automated External
Defibrillator (AED)** to the individuals in distress.



The happy endings of these 'events' have caused these clubs to claim
'the best investment they ever made.' More than ever, they were able
commitment to the ultimate healthy activity — the prevention of prem
sudden cardiac arrest.

To find out how your club can help prevent premature deaths from su
call Philips at: 800-453-6860 OR

Click Here

**The Program**

To help clubs interested in deploying AEDs
in their facilities, **IHRSA** negotiated a
relationship with **Philips Medical Systems**,
the manufacturer of HeartStart Defibrillators
and a world leader in the AED marketplace.
Through this relationship, **IHRSA member
clubs can save more than $1,000 -
about 30 percent off the normal
purchase price.**

**In essence, IHRSA has leveraged the
purchasing power of the entire
association to help you earn a large
quantity discount.**

**Why Philips?**

**IHRSA** selected **Philip**
their quality and price,
they understand and c
member clubs will wan
they purchase an AED.

For example, Philips AI
surfaces. Other progra

- Medical prescript
- Club staff trainin



**Help Fight Inactivity &**
**Rising Healthcare Costs**

**Resources from Philips**
List of Trainers

Information on the Chain of Survival

Information on Sudden Cardiac Arrest

Life Saving Products

Additional information on defibrillators and
implementing defibrillators in your facility

**Check out our savings!**
Heartstart Onsite Defit
NOW $1995!

Click Here to Learn Mo
Heartstart Onsite Defit

Heartstart FR2 (Text D
NOW $2595!

Click Here to Learn Mo
Heartstart FR2 (Text D

Heartstart FR2 (ECG D
NOW $2995!

Click Here to Learn Mo
Heartstart FR2 (ECG D

PLUS EVEN MORE OFF
DISCOUNT!

**Testimonials**

**'Without the AED, the patient would be**
**dead.'**

I wanted IHRSA to know that the Center
had an AED save. Without the AED, the
patient would be dead. The save was
performed on a lean, strong 70-year-old
man, who was warming up for a tennis
game. It took two shocks to revive him.
Subsequently, doctors discovered a 95
lockage in one of his main arteries. The
physicians installed a 'stent' and today the
man is doing wonderfully.

> Bruce Willson, General Manager
> Health and Wellness Center,
> Vineland, New Jersey

**'We saved someone with an AED.'**

I am delighted to report that we saved
someone with an AED at our Sporting Club

**'Our AED unit brougl**

Because we are a hosp
center, we've had an A
Athletic Club for almos
had our first save whei
father of four, suffered
swimming pool. He shc
and our people though
use of our AED unit, hc
back. Two days later, I
surgery and now is doi

> Carl Porter, Presi
> Michigan Athletic
> Michigan
> Former member
> Board of Director

**'We're certainly glac**
**when we did.'**



IHRSA - Advantage: Philips Med.                                    Page 3 of 3

at Windy Hill facility in Atlanta. The victim suffered a heart attack and collapsed during an early morning basketball game, and was immediately cared for by technology, but also a highly trained staff. Our Fitness Director had someone call 911 and went to get the club's AED. One of our personal trainers began to administer CPR, while a fitness specialist conducted chest compressions, and another personal trainer provided a CPR mouth barrier.

> Steven Schwartz, President
> Tennis Corporation of America,
> Chicago, Illinois
> Former member of IHRSA's
> Board of Directors

We'd been looking into acquiring an AED for q when you have a large membership engaged i activity, there are alwa certainly glad that we did! We acquired it on February 26, a gentlen out on a bike in the fit floor, unresponsive. Or began administering C retrieved the AED, and dialed 911. The AED in member should be sho administered. The para arrived, and took over member involved has and is in a cardiac reha we expect to see him the near future. At the considering buying a s

> Sharon Sporman
> Director
> Omni 41 Health ;
> Connection, Sche
> Indiana

© International Health, Racquet & Sportsclub Association. Privacy Statement.



**International Health, Racquet & Sportsclub Association**
To Grow, Protect and Promote the Industry.

**Member Login**

e-mail address:

password:

$Login$

☑ Remember me

Forgot Your Password?

Need A Login?
Start Here

**About IHRSA**

**About the Industry**

**Running Your Business**

**Promote Your Business**

✄ **News Room**

　📰 Get Active! Magazine
　📰 Club Business Intl.
　　📰 December 2004
　　📰 January 2005
　　📰 November 2004
　　📰 Classified Ads
　　📰 Archives
　　📰 October 2004
　　📰 September 2004
　　📰 August 2004
　　📰 July 2004
　　📰 June 2004
　　📰 May 2004
　　📰 April 2004
　　📰 March 2004
　　📰 February 2004
　　📰 January 2004
　　📰 December 2003
　　📰 November 2003
　　📰 October 2003
　　📰 September 2003
　　📰 August 2003
　　📰 July 2003
　　📰 June 2003
　　📰 May 2003
　　📰 April 2003

## Why We Installed an AED

One club's experience with automatic external defibrillators (AEDs)
• Club: Hampshire Hills Sports and Fitness, Milford, New Hampshire
• Number of members: 5,000
• Average age of members: 44
• When AED installed: 2000
• Number of units: 1
• Number of times used: 1

Why purchased: Glenn Swain, fitness director--"I've been in this industry for over 20 years, and I know of a number of instances where members experienced ventricular fibrillation, but the staff wasn't able to do very much to help, because it didn't have an AED. The particular unit that we bought cost $3,800, and it's worth every penny. One afternoon, just two months after we purchased it, we heard that member, Donald Shore, was down in our fitness center--a victim of sudden cardiac arrest. When we got there, he had no pulse and wasn't breathing, and two members were administering CPR. I ran as fast as I could to retrieve the AED. It took about 30 seconds to get the defibrillator, and it was another 41 seconds before we delivered the first shock. After the second shock, the man began breathing on his own. It took the ambulance well over six minutes to respond. If we didn't have the AED, this gentleman, we're told, would clearly not have survived."

- March 2003
- February 2003
- January 2003
- December 2002
- November 2002
- October 2002
- September 2002
- August 2002
- July 2002
- June 2002
- May 2002
- April 2002
- March 2002
- February 2002
- January 2002
- December 2001
- November 2001
- October 2001
- September 2001
- August 2001
- July 2001
- June 2001
- May 2001
- March 2001
- February 2001
- January 2001
- Club Business Europe
- FBLA
- e-Newsletters
- Entrepreneur
- Public Policy News
- Press Room

**Industry Calendar**

**Membership**

**Search**



**Help Fight Inactivity &
Rising Healthcare Costs**

© International Health, Racquet & Sportsclub Association. Privacy Statement.
About the Industry | Running Your Business | Marketplace | News Room | Industry Calendar | Membership | Contact Us
| Site Map | Login



 **International Health, Racquet & Sportsclub Association** 
To Grow, Protect and Promote the Industry.

**Member Login**

e-mail address:

password:

[Login]

☑ Remember me

[Forgot Your Password?]

Need A Login?
Start Here

**About IHRSA**

**About the Industry**

**Running Your
Business**

**Promote Your
Business**

**News Room**

**Industry Calendar**

**Membership**

Search

[Go]


» Become a member today!

**Help Fight Inactivity &
Rising Healthcare Costs**

## IHRSA's Top Ten 'OUTSIDE THE INDUSTRY' Presentations

**Contacts: Bill
Howland or
Margo Faiman
IHRSA, 617-
951-0055,
pr@ihrsa.org**

**Boston- January 9, 2002-** With more than 100 speakers at IHRSA's 21st Annual International Convention & Trade Show, guests at the convention will have to make some decisions as to which great sessions to attend.

"In addition to a program filled with leading thinkers from within the club business, IHRSA has recruited a stellar lineup of speakers from other industries," said John McCarthy, IHRSA executive director. "In this way, we offer club operators another perspective and creative ideas for taking their businesses to the next level."

**10. Craig Aman** – Training & Implementation Manager, Phillips Medical, Automated External Defibrillator (AED) Responder Training (W. 9:00 – 1:00)

**9. Maria Richmond** – Exercise Physiologist, Together for Life, Inc., Understanding Diabetes & How to Successfully Implement & Market Programming for Type II Diabetes (S 11:45 – 1:00)

**8. Ralph LaForge** – Physiologist, Duke University Medical Center, The Psychobiology Aspects of Tai Chi & Yoga in Heath & Disease (S 10:15 – 11:30)

**7. Harry Beckwith** – Founder/Author, Beckwith Advertising & Marketing, Selling The Invisible (F: 1:45-3 PM)

**6. Scott Peltin** - Division Chief, Phoenix Fire Department, Peer Fitness Trainer Certification (S 10:15 – 11:30)

**5. Elaine Dembe** – Motivational Speaker, Passionate Longevity – The Ten Secrets to Growing Younger (S: 11:45 – 1:00)

**4. Michael Watkins** – Associate Professor/Author, Harvard Business School, Winning the Influence Game: How To Become More Politically Effective (Th: 3:30 - 5:00)

**3. Judy Foreman** - Health Columnist, Boston Globe, Pushing the Limits, (Th: 10:45 – 12:00)

**2. Katie Jorgensen** - David, The Ritz-Carlton Service Institute, Service Excellence, Our Obsession (W:4-6)

**1. Bill Shannon** – Disney Corporation, The Disney Approach To Service Excellence, (Th: 3:30 - 4:45)

For more information about IHRSA's Annual International Convention & Trade Show, please visit www.ihrsa.org/meetings/convention or call IHRSA at 800-228-4772 (U.S. & Canada) or 617-951-0055.

The International Health, Racquet & Sportsclub Association (IHRSA) is a nonprofit association dedicated to the growth, protection, and promotion of the health club industry, and represents nearly 6000 clubs worldwide. IHRSA is an international leader in health club industry education, research, and advocacy. The Boys & Girls Clubs of America is the "Official" Charitable Partner of IHRSA.

####

© International Health, Racquet & Sportsclub Association. Privacy Statement.
About the Industry | Running Your Business | Marketplace | News Room | Industry Calendar | Membership | Contact Us | Site Map | Login