

# Circulation



HOME  HELP  FEEDBACK  SUBSCRIPTIONS  ARCHIVE  SEARCH  TABLE OF CONTENTS.

(*Circulation.* 2002;105:1147.)
© 2002 American Heart Association, Inc.

> ▶ Reprint (PDF) Version of this Article
> ▶ Email this article to a friend
> ▶ Similar articles found in:
>   Circulation Online
>   PubMed
> ▶ PubMed Citation
> ▶ Search Medline for articles by:
>   Balady, G. J. ‖ Van Camp, S.
> ▶ Alert me when:
>   new articles cite this article
> ▶ Download to Citation Manager

**AHA/ACSM Scientific Statement**

# Automated External Defibrillators in Health/Fitness Facilities

Supplement to the AHA/ACSM Recommendations for Cardiovascular Screening, Staffing, and Emergency Policies at Health/Fitness Facilities

Writing GroupGary J. Balady, MD, Chair; Bernard Chaitman, MD; Carl Foster, PhD; Erika Froelicher, PhD; Neil Gordon, MD; Steven Van Camp, MD

Key Words: AHA Scientific Statements • automated external defibrillators • exercise • resuscitation • cardiac arrest • defibrillation

In 1998, the American Heart Association (AHA) and American College of Sports Medicne (ACSM) published recommendations[5,6] for health/fitness facilities regarding the screening of clients for the presence of cardiovascular disease, appropriate staffing, emergency policies, equipment, and procedures relative to the client base of a given facility. Accordingly, health/fitness facilities are defined as organizations that offer exercise-based health and fitness programs as their primary or secondary service or that promote moderate- to vigorous-intensity recreational physical activity. These range from level 1 (unsupervised exercise room) to level 5 (medically supervised exercise program), and their specific characteristics are outlined in Table 1. Details regarding emergency readiness are provided in the AHA/ACSM recommendations[5,6] and emphasize that all health/fitness facilities must have written emergency policies and procedures that are reviewed and practiced regularly, and that in all supervised facilities, exercise leaders must be trained in basic cardiopulmonary resuscitation (CPR). Because of the publication of the 1998 AHA/ACSM recommendations, 47 states have since passed Good Samaritan legislation, and the federal government has passed the Cardiac Arrest Survival Act and the Rural Access to Emergency Devices Act as components of the federal Public Health Improvement Act of 2000.[7] These state and federal laws now serve to expand Good Samaritan legal protections to users of automated external defibrillators (AEDs) throughout the nation. Therefore, the purpose of this statement is to supplement the 1998 AHA/ACSM recommendations[5,6] regarding the purchase and use of AEDs in health/fitness facilities. Similar to the parent document,[5,6] these recommendations are based on a review of the literature and consensus of the writing group after having undergone extensive peer review and final approval by AHA and ACSM. The recommendations are not mandatory or all encompassing, nor do they limit provision of individualized care by health/fitness facilities exercising independent

judgment.

**View this table:**  Table 1. Health/Fitness Facilities—Emergency Plans and Equipment[*]
[in this window]
[in a new window]

## Role of AEDs in the Chain of Survival

An AED is a device that incorporates a rhythm-analysis system and a shock-advisory system for victims of cardiac arrest.[1] The AED advises a shock, and the operator must take the final action to deliver the shock. The International Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care[2] conclude that early CPR is the best treatment for cardiac arrest until the arrival of an AED and advanced cardiac life support care. The chain of survival includes a series of actions designed to reduce mortality associated with cardiac arrest. Early CPR plays an important role in the chain of survival that includes the following links: 1) early recognition of cardiopulmonary arrest, 2) early CPR, 3) early defibrillation when indicated, and 4) early advanced cardiac life support care.[3] Early CPR can prevent ventricular fibrillation from deteriorating to asystole, may increase the chance of successful defibrillation, contributes to the preservation of heart and brain function, and significantly improves survival.[4] Importantly, for victims of sudden, shockable cardiac arrest (ventricular fibrillation or pulseless ventricular tachycardia), the single greatest determinant of survival is the time from collapse to defibrillation. A recent review[17] summarizes the data comparing the time-to-shock between first responders (i.e., firefighters, police, and emergency medical service (EMS) basic life support personnel) versus paramedics and demonstrates significantly shorter times among first responders in three of five studies. A survival rate, among victims of witnessed ventricular fibrillation cardiac arrest, as high as 90% has been reported when defibrillation is achieved within the first minute of collapse.[8,11,14,15,21] Survival rates decline 7–10% with every minute that defibrillation is delayed, such that a cardiac arrest victim without defibrillation beyond 12 minutes has only a 2–5% chance of survival.[1] The highest survival rates for out of hospital cardiac arrest have been reported in cardiac rehabilitation programs equipped with defibrillators (i.e., Table 1: level-5 facilities), where survival approaches 90%.[8,11,14,15,21] The International Guidelines[2] conclude that public access to defibrillation (PAD) accomplished by the placement of AEDs in selected locations for immediate use by trained laypersons may be the key intervention to significantly increase survival from an out-of-hospital cardiac arrest. Two recent observational studies report impressive results regarding the effectiveness of PAD in persons with witnessed cardiac arrest, who are in ventricular fibrillation, with AED placement in casinos[20] and on airplanes.[19] The cardiac arrest survival rates to discharge from the hospital were 53% and 40%, respectively.

## Cardiovascular Risks of Exercise

The AHA/ACSM Recommendations[5,6] provide details regarding the cardiovascular risks of exercise. It is clear that the risk of adverse cardiovascular events including death is greater among those individuals

with cardiovascular disease than among presumably healthy individuals.[5,6,9] As the demographics of the more than 30 million individuals who exercise at health/fitness facilities demonstrate a steady increase in the number of members older than 35 yr (approximately 55% of current membership),[16] it is reasonable to presume that the number of members with cardiovascular disease (and other comorbidities) is rising as well. Although there are no data regarding the incidence of cardiac arrest at health/fitness facilities, two recent surveys provide some important insight. A large database consisting of more than 2.9 million members of a large commercial health/fitness facility chain demonstrates 71 deaths (mean age $52 \pm 13$ yr; 61 men, 10 women) occurring over a 2-year period, yielding a rate of 1 death/100,000 members/year. The death rate was highest among those members who exercised less frequently, such that nearly half of exercise-related deaths were in those who exercised less than once/week.[12] The cardiac arrest rate was not reported but was presumably higher than the death rate. A recent survey of 65 randomly chosen health/fitness facilities in Ohio[18] reports the occurrence of sudden cardiac arrest or heart attack in 17% of facilities during a 5-year period. Notably, only 3% of facilities had an AED on site. Thus, it is prudent to conclude that health/fitness facilities should be considered among the sites in which PAD programs should be established.

## Recommendations

It is essential to acknowledge that emergency equipment alone does not save lives. The ACSM/AHA Recommendations[5,6] emphasize the importance of written emergency policies and procedures that are reviewed and practiced regularly. Well-trained health/fitness facility staff members are essential to maintain strong links in the chain of survival for their clients. Effective placement and use of AEDs at all health/fitness facilities (Table 1: levels 1–5) is encouraged, as permitted by law, to achieve the goal of minimizing the time between recognition of cardiac arrest and successful defibrillation. Until further definitive data are available, AED placement is strongly encouraged in those health/fitness facilities with a large number of members (i.e., membership > 2500; (> median size health/fitness facility[16])); those that offer special programs to clinical populations (i.e., programs for the elderly or those with medical conditions (level 4)) (note that in level-5 facilities, current equipment standards require defibrillators[5,6,22]; and those health/fitness facilities in which the time from the recognition of cardiac arrest until the first shock is delivered by the EMS is anticipated to be > 5 minutes. In unsupervised exercise rooms (level-1 facilities), such as those that might be located in hotels, apartment complexes, or office buildings, the AED should be part of the overall PAD plan for the host facility. At the least, an unsupervised exercise room should have a telephone available in the room with clearly posted numbers to call in case of emergency. In supervised settings, it is essential that designated health/fitness facility staff members who are trained in CPR be present during all hours of operation. CPR should be initiated as soon as a cardiac arrest is recognized and should be continued until the AED is placed on the victim and is activated. In cases of cardiac arrest not due to ventricular fibrillation (VF) or pulseless ventricular tachycardia (VT), AEDs are of no value, and CPR must be maintained. Also, after successful termination of VF/pulseless VT, the rescuer must be able to open the airway and support ventilation and circulation with chest compressions as needed until the arrival of EMS personnel.

Therefore, the establishment of a PAD at all health/fitness facilities is encouraged. This plan should

include the following:

- Have written emergency policies and procedures that are practiced regularly (i.e., at least once every 3 months).
- Designate staff members who are trained in CPR and function as first responders in the health/fitness facility setting during all hours of operation.
- Train staff to recognize cardiac arrest.
- Activate EMS—assign staff to meet the emergency response team at the entrance of the facility so that they can be promptly guided to the victim.
- Provide CPR.
- Attach/operate AED (detailed instructions are provided by the specific equipment manufacturer and general recommendations are outlined in the Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care.[1])
- The use of AEDs in infants and children < 8 yr of age is not recommended.[1]

Health/fitness facilities should coordinate their PAD program with the local EMS, because many dispatch systems use local phone-directed protocols to assist rescuers in the use of AED and may notify local EMS en route that an AED is being used at the scene. Moreover, the local EMS may assist with program planning and quality improvement, including medical direction, AED deployment and protocols, training, monitoring, and review of AED events.[1] Emergency drills should be practiced at least once every 3 months or more often when staff changes occur.[5,6] When new staff are hired, new team arrangements may be necessary. The simulated use of AEDs in drills offers the best opportunity for skills maintenance. Maintaining the AED device in proper working condition according to the manufacturer's recommendations is essential. PAD programs must comply with local or regional regulation and legislation.

## Costs

Details regarding the technical aspects of AEDs are available elsewhere.[1,17] At present, the cost of an AED is approximately $3000–$4500 per unit. It is expected that the price of AEDs will likely decrease as their use becomes more widespread. The National Heart Lung and Blood Institute (NHLBI), in partnership with the AHA and industry, is conducting a multisite, controlled, prospective study to determine the efficacy and cost-effectiveness of placing AEDs in a variety of public settings. A recent independent study[12] has demonstrated that a program of placing AEDs on large (>200 passenger) and medium (>100 passenger) capacity aircraft attain generally accepted levels of cost-effectiveness. However, the cost-effectiveness of AED deployment on smaller aircraft is, at this time, less certain. Similarly, as the cost-effectiveness of AED placement in health/fitness facilities is unknown, it is expected that these recommendations will be reviewed and updated when such data become available. At this time, individual health/fitness facilities are encouraged to maintain data on the utility of their PAD programs and perhaps engage in a collaborative effort with other health/fitness facilities to assess the success of their programs.

## Summary of Key Points

- The Cardiac Arrest Survival Act and the Rural Access to Emergency Devices Act, as components of the federal Public Health Improvement Act of 2000, as well as Good Samaritan laws passed in 47 states, expands Good Samaritan legal protections to users of AEDs throughout the nation.
- The placement of AEDs in selected locations for immediate use by trained laypersons may be the key intervention to significantly increase survival from an out-of-hospital cardiac arrest.
- The chain of survival includes a series of actions designed to reduce mortality associated with cardiac arrest and includes the following links: 1) early recognition of cardiopulmonary arrest, 2) early CPR, 3) early defibrillation when indicated, and 4) early advanced cardiac life support care.
- Well-trained health/fitness facility staff members are essential to maintain strong links in the chain of survival for their clients.
- Effective placement and use of AEDs at all health/fitness facilities (Table 1: levels 1–5) is encouraged, as permitted by law, to achieve the goal of minimizing the time between recognition of cardiac arrest and successful defibrillation. Until further definitive data are available, AED placement is strongly encouraged in those health/fitness facilities with a large number of members (i.e., membership > 2500); those that offer special programs to clinical populations (i.e., programs for the elderly or those with medical conditions (level 4)); and those health/fitness facilities in which the time from the recognition of cardiac arrest until the first shock is delivered by the EMS is anticipated to be > 5 minutes. In unsupervised exercise rooms (level-1 facilities), such as those that might be located in hotels, apartment complexes, or office buildings, the AED should be part of the overall PAD plan for the host facility.
- Health/fitness facilities should coordinate their PAD program with the local EMS.
- Emergency drills should be practiced at least once every 3 months or more often when staff changes occur.
- PAD programs must comply with local or regional regulation and legislation.

## Acknowledgments

This work is a supplement to the AHA/ACSM Recommendations for Cardiovascular Screening, Staffing, and Emergency Policies at Health/Fitness Facilities.[5,6]

## Footnotes

Automated External Defibrillators in Health/Fitness Facilities" was approved by the American Heart Association Science Advisory and Coordinating Committee in December 2001.

This statement is being published simultaneously in *Medicine and Science in Sports and Exercise.*

A single reprint is available by calling 800-242-8721 (US only) or writing the American Heart Association, Public Information, 7272 Greenville Avenue, Dallas, TX 75231-4596. Ask for reprint No. 71-0222. To purchase additional reprints: up to 999 copies, call 800-611-6083 (US only) or fax 413-665-2671; 1000 or more copies, call 410-528-8521, or fax 410-528-4264, or E-mail jrayfiel@lww.com. To make photocopies for personal or educational use, call the Copyright Clearance Center, 508-750-8400.

## References

1. American Heart Association and International Liaison Committee on Resuscitation. Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. *Circulation.* 102 (Suppl. 1): 160–76, 2000.[Medline]

2. American Heart Association and International Liaison Committee on Resuscitation. Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. *Circulation.* 102 (Suppl. I): I1–375, 2000.

3. American Heart Association and International Liaison Committee on Resuscitation. Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. *Circulation.* 102 (Suppl. 1): I358–370, 2000.[Medline]

4. American Heart Association and International Liaison Committee on Resuscitation. Guidelines 2000 for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. *Circulation.* 102 (Suppl. 1): I22–59, 2000.[Medline]

5. Balady, G. J., Chaitman, B. Driscoll, D. et al. American Heart Association/American College of Sports Medicine Joint Scientific Statement: Recommendations for Cardiovascular Screening, Staffing, and Emergency Policies at Health/Fitness Facilities. *Circulation.* 97: 2283–2293, 1998. [Full Text]

6. Balady, G. J., Chaitman, B. Driscoll, D. et al. American Heart Association/American College of Sports Medicine Joint Scientific Statement:X Recommendations for Cardiovascular Screening, Staffing, and Emergency Policies at Health/Fitness Facilities. *Med. Sci. Sports Exerc.* 30: 1009–1018, 1998.[Medline]

7. Cardiac Arrest Survival Act of 2000. Public Law 106–505, Sec. 401–404.

8. Fletcher, G.F., and Cantwell. J.D. Ventricular fibrillation in a medically supervised cardiac exercise program: clinical, angiographic and surgical correlations. *JAMA.* 238: 2627–2629, 1977. [Medline]

9. Fletcher, G.F., Balady, G.J. Froelicher, V.F. Hartley, L.H. Haskell, W.H. and Pollock. M.L. Exercise Standards: A Statement for Health Professionals from the American Heart Association. *Circulation.* 91: 580–615, 1995.[Full Text]

10. Franklin, B. (Ed.). American College of Sports Medicine Guidelines for Exercise Testing and Prescription (6th Ed.). Baltimore: Williams & Wilkins, 2000,pp. 322–351.

11. Franklin, B.A., Bonzheim, K. Gordon, S. and Timmis. G.C. Safety of medically supervised outpatient cardiac rehabilitation exercise therapy: a 16 year follow-up. *Chest.* 114: 902–906, 1998. [Medline]

12. Franklin, B.A., Conviser, J.M. Stewart, B. Lasch, J. and Timmis. G.C. Sporadic exercise: a trigger for acute cardiovascular events? (Abstract). *Circulation.* 102 (Suppl. 2): II612, 2000.

13. Groeneveld, P.W., Kwong, J.L. Liu, Y. et al. Cost-effectiveness of automated external defibrillators on airlines. *JAMA.* 286: 1482–1489, 2001.[Medline]

14. Haskell, W.L. Cardiovascular complications during exercise training of cardiac patients. *Circulation.* 57: 920–924, 1978.[Abstract]

15. Hossack, K.F., and Hartwig. R. Cardiac arrest associated with supervised cardiac rehabilitation. *J. Cardiac Rehabil.* 2: 402–408, 1982.

16. International Health, Racquet, and Sportsclub Association. 2000 Profiles in Success. Boston, 1999.

17. Marenco, J.P., Wang, M.S. Link, M.S. Homoud, M.K. and Estes. N.A.M. Improving survival from sudden cardiac arrest: the role of the automated external defibrillator. *JAMA.* 285: 1193–1200, 2001.[Medline]

18. McInnis, K.J., Herbert, W. Herbert, D. Herbert, J. Ribisl, P. and Franklin. B. Low compliance with national standards for cardiovascular emergency preparedness at health clubs. *Chest.* 120: 283–288, 2000.[Abstract/Full Text]

19. Page, R.L., Joglar, J.A. Kowal, R.C. et al. Use of automated external defibrillators by a U. S.

airline. *N. Engl. J. Med.* 343: 1210–1216, 2000.[Abstract/Full Text]

20. Valenzuela, T. D., Roe, D.J. Nichol, G. Clark, L.L. Spaite, D.W. and Hardman. R.G. Outcomes of rapid defibrillation by security officers after cardiac arrest in casinos. *N. Engl. J. Med.* 343: 1206–1209, 2000.[Abstract/Full Text]

21. Van Camp, S.P., and Peterson. R.A. Cardiovascular complications of outpatient cardiac rehabilitation programs. *JAMA.* 256: 1160–1163, 1986.[Medline]

22. Williams, M (Ed.). American Association for Cardiovascular, and Pulmonary Rehabilitation: Guidelines for Cardiac Rehabilitation and Secondary Prevention Programs. Champaign, IL: Human Kinetics, 1999.

▶ Reprint (PDF) Version of this Article
▶ Email this article to a friend
▶ Similar articles found in:
   Circulation Online
   PubMed
▶ PubMed Citation
▶ Search Medline for articles by:
   Balady, G. J. || Van Camp, S.
▶ Alert me when:
   new articles cite this article
▶ Download to Citation Manager

HOME  HELP  FEEDBACK  SUBSCRIPTIONS  ARCHIVE  SEARCH  TABLE OF CONTENTS
         CIRCULATION              ART. THRO. VASC BIO      ALL AHA JOURNALS
   CIRCULATION RESEARCH            HYPERTENSION                 STROKE



# The New England Journal of Medicine

© Copyright, 2000, by the Massachusetts Medical Society

VOLUME 343 · OCTOBER 26, 2000 · NUMBER 17



## OUTCOMES OF RAPID DEFIBRILLATION BY SECURITY OFFICERS AFTER CARDIAC ARREST IN CASINOS

Terence D. Valenzuela, M.D., M.P.H., Denise J. Roe, Dr.P.H., Graham Nichol, M.D., M.P.H., Lani L. Clark, B.S., Daniel W. Spaite, M.D., and Richard G. Hardman, B.S.

**ABSTRACT**

*Background*  The use of automated external defibrillators by persons other than paramedics and emergency medical technicians is advocated by the American Heart Association and other organizations. However, there are few data on the outcomes when the devices are used by nonmedical personnel for out-of-hospital cardiac arrest.

*Methods*  We studied a prospective series of cases of sudden cardiac arrest in casinos. Casino security officers were instructed in the use of automated external defibrillators. The locations where the defibrillators were stored in the casinos were chosen to make possible a target interval of three minutes or less from collapse to the first defibrillation. Our protocol called for a defibrillation first (if feasible), followed by manual cardiopulmonary resuscitation. The primary outcome was survival to discharge from the hospital.

*Results*  Automated external defibrillators were used in 105 patients whose initial cardiac rhythm was ventricular fibrillation. Fifty-six of the patients (53 percent) survived to discharge from the hospital. Among the 90 patients whose collapse was witnessed (86 percent), the clinically relevant time intervals were a mean (±SD) of 3.5±2.9 minutes from collapse to attachment of the defibrillator, 4.4±2.9 minutes from collapse to the delivery of the first defibrillation shock, and 9.8±4.3 minutes from collapse to the arrival of the paramedics. The survival rate was 74 percent for those who received their first defibrillation no later than three minutes after a witnessed collapse and 49 percent for those who received their first defibrillation after more than three minutes.

*Conclusions*  Rapid defibrillation by nonmedical personnel using an automated external defibrillator can improve survival after out-of-hospital cardiac arrest due to ventricular fibrillation. Intervals of no more than three minutes from collapse to defibrillation are necessary to achieve the highest survival rates. (N Engl J Med 2000;343:1206-9.)

©2000, Massachusetts Medical Society.

OUT-OF-HOSPITAL cardiac arrest is a major cause of death in the United States.[1,2] Studies of cardiac arrest in the nation's largest cities have shown dismal rates of survival to hospital discharge (less than 5 percent for cases of ventricular fibrillation in which the collapse is witnessed).[3,4] By contrast, some mid-sized urban areas with excellent emergency medical systems have achieved survival rates of 15 to 35 percent.[5,6] The majority of cases of out-of-hospital cardiac arrest arise from ventricular fibrillation.[7,8] Survival after out-of-hospital cardiac arrest due to ventricular fibrillation is determined primarily by the length of time from the onset of ventricular fibrillation to electrical defibrillation.[9] Therefore, early in the 1990s, the American Heart Association initiated a program to ensure public access to defibrillation and reduce the delay between collapse and electrical defibrillation.[10] The keys to reducing the interval from collapse to defibrillation are increasing the availability of automated external defibrillators and increasing the number of people trained to use them. We conducted a prospective, observational study of cardiac arrest in casinos to determine whether training casino security officers in electrical defibrillation and manual cardiopulmonary resuscitation would increase the rate of survival from the hospital after cardiac arrest.

## METHODS

### Subjects

We identified persons who had had cardiac arrest in casinos in Clark County, Nevada (in which Las Vegas, Henderson, and Laughlin are located); Lake Tahoe, Nevada; Philadelphia, Mississippi; and

From the Department of Emergency Medicine, College of Medicine (T.D.V., L.L.C., D.W.S.), and the Division of Epidemiology and Biostatistics, College of Public Health (D.J.R.), University of Arizona, Tucson; the Clinical Epidemiology Unit, Ottawa Civic Hospital, University of Ontario, Ottawa, Ont., Canada (G.N.); and the Clark County Fire Department, Las Vegas (R.G.H.). Address reprint requests to Dr. Valenzuela at the Department of Emergency Medicine, 1501 N. Campbell Ave., P.O.B. 245057, Tucson, AZ 85724-5057, or at terry.aemrc.arizona.edu.

OUTCOMES OF RAPID DEFIBRILLATION BY SECURITY OFFICERS AFTER CARDIAC ARREST IN CASINOS

Tunica, Mississippi. The subjects had cardiac arrest within the property of the casinos, including the common areas where gambling occurred and the hotel rooms. Subjects who met the inclusion criteria had been unconscious and unresponsive, had no palpable carotid pulse, and had no spontaneous respiration. Subjects less than nine years of age or weighing 36 kg or less were excluded, according to the specifications of the defibrillator manufacturers. Age and weight were estimated visually by security officers. Data on cases of cardiac arrest were collected consecutively from participating casinos.

### Training and Equipment of Responders

The security officers were required to have current American Heart Association basic-cardiopulmonary-resuscitation certification before training. Training was conducted by two of the investigators and lasted five to six hours. The curriculum consisted of the following: introduction to cardiac arrest and objectives of defibrillation training, basic anatomy and physiology of cardiac arrest, assessment of the patient, orientation to the automated external defibrillation, protocol for automated external defibrillation, small-group practice with the defibrillator, skills testing, written examination, and review. Two to three hours of the course consisted of hands-on practice and scenarios. The passing score for the written test was set at 75 percent.

An initial group of approximately 1350 security officers from 10 casinos was trained and equipped by March 1, 1997. Thereafter, security officers at casinos that requested participation in the program were trained as the time of the investigators allowed. All officers received the same course and testing. A prospectively set threshold for data analysis (100 cases of ventricular fibrillation) was reached on October 12, 1999. Data were collected from a total of 32 casinos over approximately 32 months.

The casinos were encouraged to place a sufficient number of defibrillators on their premises to meet a goal of no more than three minutes of elapsed time from collapse to defibrillation. Implementation of these recommendations was left to the management of the individual casinos. Casino security officers staged mock cardiac arrests at various locations to determine the length of time required to bring defibrillators to those locations from their storage places. The casinos were free to purchase any current-generation automated external defibrillator; several brands were in use by the end of the study.

### Protocol

Security officers remain in designated areas of the casinos at all times. An officer is always visible from any point in the public area of the casino. In addition, security cameras mounted in the ceiling randomly scan the public areas, and security personnel can focus on unusual events. In our study, when the officers were notified by radio of the presence of a "sick person," the nearest officer proceeded to the patient and assessed him or her for responsiveness, spontaneous respiration, and palpable carotid pulse. This officer initiated manual cardiopulmonary resuscitation if indicated. A second officer, who had also been informed by radio of the arrest's location and who had prior knowledge of where the defibrillators were stored, brought the nearest defibrillator to the patient. The defibrillator was immediately attached and activated, and audible prompts (by a recorded voice) from the various devices were followed. Resuscitative efforts by the security officers continued until the patient regained pulse and spontaneous respiration or until the paramedics arrived.

### Collection of Data

Data from the participating casinos were provided to the study investigators by the Clark County Fire Department. The casinos outside Nevada are owned by corporations with headquarters in Las Vegas and also reported through the Clark County Fire Department. The following data were collected: the subject's name, address, Social Security number (for collection of follow-up data from survivors), and date of birth; the location of the arrest in the casino; whether the subject was receiving cardiopulmonary

resuscitation from either the first-responding security officer or from a bystander when the security officer equipped with a defibrillator arrived; and the presence or absence of a pulse, the subject's respiratory effort, and any change in level of consciousness at the time the subject left the casino with the paramedics. In addition, the security officers completed a one-page data form and an incident report specific to the casino.

The time of collapse and the time of initiation of manual cardiopulmonary resuscitation for witnessed arrests were obtained from security videos if the subject collapsed in a common area. If the cardiac arrest was witnessed in a hotel room, the security officer asked the witness or witnesses about the interval between the collapse and the call for help. The time of the call for help was documented on the officer's incident report.

The defibrillation times were recorded automatically by the defibrillator devices. Two types of devices were used. In the case of one type, each device's internal clock is synchronized when contact with the main computer is made to transmit data after an event or each month if the automated electrical defibrillator is not used. The computer's clock is synchronized daily with an atomic clock in Boulder, Colorado. For the other type of device, whose internal clock could not be synchronized remotely, the machine was reset every day to match the casino's security-center clock.

The defibrillators recorded a detailed sequence of events during resuscitation that provided tracings of the cardiac wave form with real clock times and, if the device had audio recording, an audio recording of the resuscitation effort. The time of arrival of the paramedics at the arrest scene was obtained from audio recordings, dispatch records, reports from the emergency medical service, and security videotapes. Data on the subjects' outcomes and their hospital course were obtained by the paramedics of the Clark County Fire Department from the hospitals to which the subjects were transported. Study data forms and electronic data from the defibrillators were collected from all participating casinos by the Clark County Fire Department and forwarded to investigators at the University of Arizona for review and analysis.

### Outcome Variables

The time of collapse, time of initiation of manual cardiopulmonary resuscitation, and time of first electrical defibrillation were used to calculate the predictor intervals from collapse to cardiopulmonary resuscitation and from collapse to defibrillation. The primary outcome variable was survival to discharge from the hospital. Consent for review of hospital records was obtained from surviving subjects and from family members of those who did not survive. The study was approved by the institutional review board of the University of Arizona.

### Statistical Analysis

Descriptive statistics such as proportions, means, and standard deviations were used to summarize the results. A sample size of 100 subjects with cardiac arrest due to ventricular fibrillation was prospectively established to ensure that the accuracy of the model of survival after cardiac arrest could be estimated with a standard error of no more than 5 percent. The rate of survival among subjects undergoing defibrillation no more than three minutes after collapse was compared with that among subjects undergoing defibrillation more than three minutes after collapse by a chi-square test, and the 95 percent confidence interval was computed for the difference between the rates of survival. Differences between the results for the subjects in our study and previously reported results for patients in Tucson, Arizona, and King County, Washington,[7] were examined with use of chi-square tests for categorical variables and Kruskal–Wallis tests for continuous variables. All P values are two-sided.

### RESULTS

The demographic characteristics of the subjects and the intervals from collapse to various interventions are shown in Table 1. The sample contained 148 subjects

The New England Journal of Medicine

TABLE 1. CHARACTERISTICS OF SUBJECTS
WITH CARDIAC ARREST IN CASINOS.*

| CHARACTERISTIC | ALL CARDIAC ARRESTS (N=148) | WITNESSED ARRESTS WITH AN INITIAL RHYTHM OF VENTRICULAR FIBRILLATION (N=90) |
|---|---|---|
| Age — yr | 64±12 | 65±11 |
| Male sex — % | 80 | 84 |
| CPR administered before arrival of defibrillator — no. (%) | 63 (43) | 49 (54) |
| Interval from collapse to CPR — min | —† | 2.9±2.8 |
| Initial rhythm of ventricular fibrillation — no. (%) | 105 (71) | 90 (100) |
| Interval from collapse to attachment of defibrillator — min | —† | 3.5±2.9 |
| Interval from collapse to first defibrillation — min | —† | 4.4±2.9 |
| Interval from collapse to arrival of paramedics — min | —† | 9.8±4.3 |
| Survival to discharge from hospital — no. (%) | 56 (38) | 53 (59) |

*Plus–minus values are means ±SD. CPR denotes cardiopulmonary resuscitation.

†Intervals from collapse to intervention could not be calculated for unwitnessed arrests.

with confirmed cardiac arrest. None of them were children, and therefore no cases were excluded because of the age and weight criteria. One hundred five subjects had an initial cardiac rhythm of ventricular fibrillation, 17 had pulseless electrical activity, and 26 had asystole. No subjects whose initial cardiac rhythm was not ventricular fibrillation survived to discharge from the hospital. Of the 148 subjects in the total group, 17 (11 percent) were pronounced dead at the scene, 60 (41 percent) were pronounced dead in the hospital emergency department, 15 (10 percent) were admitted to the hospital and died before discharge, and 56 (38 percent) survived to discharge from the hospital.

Ventricular fibrillation accounted for 105 of the 148 cases (71 percent). Fifteen subjects who had ventricular fibrillation collapsed unobserved; three of them survived to hospital discharge (20 percent). Of the 105 patients with ventricular fibrillation, 4 (4 percent) were pronounced dead at the scene, 35 (33 percent) were pronounced dead in the hospital emergency department, 10 (10 percent) were admitted to the hospital and died before discharge, and 56 (53 percent) survived to discharge from the hospital.

We performed subgroup analysis on data from the 90 subjects with witnessed cardiac arrest due to ventricular fibrillation. They were predominantly male (84 percent), with a mean (±SD) age of 65±11 years. The demographic characteristics of this subgroup did not differ significantly from those of the entire group of subjects. Fifty-four percent of the subjects with wit-

nessed arrests received cardiopulmonary resuscitation before the arrival of the guard with the defibrillator: 61 percent of them from security officers, 16 percent from strangers, 14 percent from family members, and 8 percent from friends or coworkers. The mean intervals from collapse to various interventions were 2.9±2.8 minutes for cardiopulmonary resuscitation, 3.5±2.9 minutes for attachment of the defibrillator, 4.4±2.9 minutes for the first defibrillation shock, and 9.8±4.3 minutes for arrival of the paramedics. Fifty-three of those with witnessed cardiac arrest due to ventricular fibrillation (59 percent) survived to discharge from the hospital; those who did not survive died at the casino (2 percent), in the emergency department of the hospital (29 percent), or after hospital admission (10 percent). Among subjects whose collapse was witnessed, the survival rate was 74 percent (26 of 35) for those who received their first defibrillation no later than three minutes after collapse and 49 percent (27 of 55) for those who received their first defibrillation more than three minutes after collapse. This difference (25 percentage points) was statistically significant (P=0.02), with a 95 percent confidence interval of 5.6 to 44.8 percentage points.

## DISCUSSION

The work of White and others demonstrated that people without other medical training could successfully resuscitate victims of out-of-hospital cardiac arrest due to ventricular fibrillation.[11,12] Investigators subsequently advocated strategies to shorten the delay from collapse to electrical defibrillation by training and equipping for defibrillation new classes of responders with a variety of backgrounds.[13] Device manufacturers responded to the American Heart Association's public-access defibrillation initiative by producing automated external defibrillators that are simpler and less expensive and that require less maintenance than previous portable defibrillators.

The challenge for the future is to decide where defibrillators should be available, place them there, and train appropriate groups of people to use them. Some airlines have already placed defibrillators on their aircraft and trained their attendants to use them.[14-16]

On the basis of their experience with cardiac arrests in casinos, officers of the Clark County Fire Department reasoned that casino security officers, whose job involves rapid response to emergencies but who have not previously received medical training other than basic cardiopulmonary resuscitation, would be ideal candidates for training in a rapid-defibrillation program. Our objective was to determine whether these officers could successfully resuscitate victims of cardiac arrest due to ventricular fibrillation through the use of automated external defibrillators. The survival rates achieved in this project were very high for persons with out-of-hospital cardiac arrest due to ventricular fibrillation.

OUTCOMES OF RAPID DEFIBRILLATION BY SECURITY OFFICERS AFTER CARDIAC ARREST IN CASINOS

What accounts for the apparent success of this project, and what are the implications for so-called public-access defibrillation? First, the majority of the arrests in this study occurred in the public areas of the casinos, not in the guests' rooms, and therefore were visible to security officers and video cameras. Studies of traditional emergency-medical-services systems indicate that less than 20 percent of cardiac arrests occur in public places.[17] The arrests in the casinos were therefore more frequently witnessed and recognized than those in other studies, and treatment was initiated sooner. Cardiac arrests are not likely to be detected as quickly in sites such as apartment buildings or gated communities, where residents do not spend extended periods in public areas. Second, the response intervals in the casinos were shorter than those reported with traditional emergency-response systems. The intervals from collapse to cardiopulmonary resuscitation were significantly shorter for the arrests that occurred in casinos (2.9 minutes) than for those that occurred in Tucson, Arizona (4.7 minutes), and King County, Washington (3.4 minutes), as were the intervals from collapse to defibrillation (4.4 minutes in the casinos, 5.1 minutes in King County, and 9.5 minutes in Tucson).[9]

These results have implications for the Public Access Defibrillation Trial funded by the National Heart, Lung, and Blood Institute, a prospective, randomized study of rapid defibrillation by nonmedical providers. Survival rates in study sites where collapse-to-defibrillation intervals are not consistently in the range of three to four minutes may not be much higher than those with the best traditional emergency-medical-services systems; still, the results from these sites may be an improvement over those of emergency-medical-services systems with prolonged response times. Casinos also have an unusually high density of cardiac arrests in their public areas, in comparison with other types of public places.[18]

The limitations of this study include the lack of access to data on cardiac arrests that occurred in casinos other than the participating casinos during the study period. At the time the study was undertaken, uncertainty about potential legal liability limited the group of casinos willing to risk participation. A rolling implementation strategy, such as we used, was the only feasible option. In addition, there was no formal neurologic testing in survivors. However, the disposition of the subjects sheds light on their neurologic function at discharge. At the end of the study, no survivor was dependent on others for daily support. Therefore, it is unlikely that any survivor could be classified in cerebral-performance categories higher than 1 (good cerebral performance) or 2 (moderate cerebral disability) on the widely used Cerebral Performance scale.[19]

Our study has shown that rapid defibrillation by casino security officers is both feasible and effective; it also demonstrates that, to increase the survival rates over those obtained with standard emergency-services systems, the interval between collapse and the first defibrillation must be short.

*We are indebted to the Clark County Fire Department, whose officers conceived the project; to the participating casinos, which had the courage to implement this program when their potential liability was unclear; to the medical directors of the casinos who, without financial compensation, provided the local medical oversight necessary for the project; and to Medtronic-PhysioControl for supplying the study computers.*

REFERENCES

1. Engelstein ED, Zipes DP. Sudden cardiac death. In: Alexander RW, Schlant RC, Fuster V, eds. Hurst's the heart, arteries and veins. 9th ed. Vol. 1. New York: McGraw-Hill, 1998:1081-112.
2. Myerburg RJ, Castellanos A. Cardiac arrest and sudden cardiac death. In: Braunwald E, ed. Heart disease: a textbook of cardiovascular medicine. 5th ed. Philadelphia: W.B. Saunders, 1997:742-79.
3. Becker LB, Ostrander MP, Barrett J, Kondos GT. Outcome of CPR in a large metropolitan area — where are the survivors? Ann Emerg Med 1991;20:355-61.
4. Gallagher EJ, Lombardi G, Gennis P. Effectiveness of bystander cardiopulmonary resuscitation and survival following out-of-hospital cardiac arrest. JAMA 1995;274:1922-5.
5. Eisenberg MS, Horwood BT, Cummins RO, Reynolds-Haertle A, Hearne TR. Cardiac arrest and resuscitation: a tale of 29 cities. Ann Emerg Med 1990;19:179-86.
6. Valenzuela TD, Spaite DW, Meislin HW, Clark LL, Wright AL, Ewy GA. Case and survival definitions in out-of-hospital cardiac arrest: effect on survival rate calculations. JAMA 1992;267:272-4.
7. Eisenberg MS. The problem of sudden cardiac death. In: Eisenberg MS, Bergner L, Hallstrom AP, eds. Sudden cardiac death in the community. New York: Praeger, 1995:1-16.
8. Becker LB. The epidemiology of sudden death. In: Paradis NA, Halperin HR, Nowak RM, eds. Cardiac arrest: the science and practice of resuscitation medicine. Baltimore: Williams & Wilkins, 1996:28-47.
9. Valenzuela TD, Roe DJ, Cretin S, Spaite DW, Larsen MP. Estimating effectiveness of cardiac arrest interventions: a logistic regression survival model. Circulation 1997;96:3308-13.
10. Weisfeldt ML, Kerber RE, McGoldrick RP, et al. American Heart Association report on the Public Access Defibrillation Conference December 8-10, 1994. Circulation 1995;92:2740-7.
11. White RD, Hankins DG, Bugliosi TF. Seven years' experience with early defibrillation by police and paramedics in an emergency medical services system. Resuscitation 1998;39:145-51.
12. Mosesso VN Jr, Davis EA, Auble TE, Paris PM, Yealy DM. Use of automated external defibrillators by police officers for treatment of out-of-hospital cardiac arrest. Ann Emerg Med 1998;32:200-7.
13. Nichol G, Hallstrom AP, Kerber R, et al. American Heart Association report on the Second Public Access Defibrillation Conference, April 17-19, 1997. Circulation 1998;97:1309-14.
14. O'Rourke MF, Donaldson E, Geddes JS. An airline cardiac arrest program. Circulation 1997;96:2849-53.
15. Page RL, Hamdan MH, McKenas DK. Defibrillation aboard a commercial aircraft. Circulation 1998;97:1429-30.
16. Page RL, Joglar JA, Kowal RC, et al. Use of automated external defibrillators by a U.S. airline. N Engl J Med 2000;343:1210-6.
17. Becker L, Eisenberg M, Fahrenbruch C, Cobb L. Public locations of cardiac arrest: implications for public access defibrillation. Circulation 1998;97:2106-9.
18. Gratton M, Lindholm DJ, Campbell JP. Public-access defibrillation: where do we place the AEDs? Prehosp Emerg Care 1999;3:303-5.
19. Safar P, Bircher NG. Cardiopulmonary cerebral resuscitation: basic and advanced cardiac and trauma life support: an introduction to resuscitation medicine. 3rd ed. London: W.B. Saunders, 1988.



# Science Blog

2000

**EinsteinU.com: Ideas for sale**



T-SHIRTS & apparel, more. QUOTES scrupulously researched:

'I AM A HERETIC!' / 'By means of certain (imagined) physical experiments...'(1905) / On Professors: a 'GUILD OF WHORES'/ 'People make me sick- not the sea.' / 'ON SEX EDUCATION:NO SECRETS!' / 'I vill a little tink'/ More!

**Read more...**

**Tomorrow's Trends**



Notes on emerging Tech, Science, and Business

TomorrowsTrends.com

Notes on emerging technology, science, and business

**Read more...**

**From: American Heart Association**

**Pulse check no longer recommended for layperson CPR**

American Heart Association news report:

The American Heart Association today unveiled a major revision of recommendations for cardiopulmonary resuscitation (CPR) and the treatment of cardiovascular emergencies. These new emergency cardiovascular care (ECC) guidelines cover a variety of topics such as CPR, automated external defibrillators (AEDs) and recommendations for emergency medical personnel. One of the major changes is the recognition that a pulse check is unreliable, and recommendation that no pulse check be done before bystanders begin administering chest compressions to an unconscious person.

The new guidelines were announced at a news conference today in Washington, D.C. and will be published in the August 22 issue of Circulation: Journal of the American Heart Association.

The International CPR and ECC Guidelines 2000 are designed for both lay rescuers and healthcare providers and include the most effective methods for treating cardiovascular emergencies such as sudden cardiac arrest, heart attack and stroke. They were developed by an international panel of experts following a process of scientific evidence evaluation, debate and consensus development. "These are lifesaving measures and we wanted them to reflect the most up-to-date science," says Rose Marie Robertson, M.D., president of the American Heart Association and professor of medicine at Vanderbilt University Medical Center in Nashville.

"We recognize that it is very difficult for a layperson to assess whether a patient has a pulse within the first few seconds of a cardiovascular emergency," says Vinay Nadkarni, M.D., chairman-elect of the association's ECC committee and director of pediatric intensive care at the A. I. duPont Hospital for Children in Wilmington, Del. He says research indicates that at least 35 percent

of lay rescuers are wrong about whether or not a victim has a pulse.
Therefore, the new guidelines recommend that the general public
instead look for normal breathing, movement, response to stimulation
and other signs of circulation when deciding whether to begin chest
compressions.

The deletion of the pulse check from layperson CPR training has
already been successfully implemented by the United Kingdom and
European Resuscitation Councils, Nadkarni says. However, the
guidelines continue to recommend that trained healthcare
professionals check for a pulse before doing chest compressions.

The changes in CPR guidelines mean that individuals who have
previously been trained in CPR will need to be re-trained when their
current certification expires. The new CPR and advanced training
materials will be available for widespread use by next summer.

The updated guidelines place major emphasis on early defibrillation
for ventricular fibrillation and AEDs as a tool to increase sudden
cardiac arrest survival. AEDs are easy to use. Two electrodes are
applied to the chest and the device automatically senses the heart
rhythm and determines whether a lifesaving electric shock is
necessary. The AED prompts the user to deliver a shock and all the
bystander has to do is press the "shock" button. Prompt bystander
CPR combined with early defibrillation have produced survival rates
exceeding 50 percent in some early defibrillation programs.

The guidelines urge greater availability of AEDs - and people trained
to use them - in fire trucks, ambulances, police cars, public buildings,
sports arenas, theaters and airports. "If you walk through O'Hare
Airport in Chicago, you are never more than a minute away from a
defibrillator, and they are saving lives," says Robertson. "This means
the general public has easy access to AEDs in the event an individual
goes into sudden cardiac arrest at the airport and requires quick
defibrillation.

"The changes in the CPR guidelines are aimed at simplifying training
by focusing on the most effective aspects of resuscitation. The public
can be assured that people trained using these guidelines are getting
the most up-to-date science," says Robertson. "These updated
guidelines will enable the trained rescuer to do a better job in
assisting individuals experiencing a cardiovascular emergency."

Other new recommendations include:

- Streamlining/standardizing the ratio of chest compressions to
  breaths during adult CPR.
- Updated recommendations for emergency medical personnel



Now Available on DVD

Enter for a chance to
Win a trip for 2 to Scotland
or other great prizes!

No purchase necessary. Void
where prohibited. Valid in
U.S. & Canada (excluding
Puerto Rico and Quebec). 18
yrs or older to enter. Entry
details inside DVD set or
send a standard size
postcard to: Fly Away
Sweeps, Dept. 545201,
Lubbock, TX 79491-5201.
Enter by December 31, 2005
Read more...

The Science of Intelligent
Design



www.idthefuture.com

You've heard the hype,
now learn the truth.

Is there scientific evidence of
intelligent design?

Who are the leading
scientists making the case for
intelligent design?

How are scientists applying
the theory of intelligent
design?

Find out at Intelligent
Design: The Future



such as medication treatment protocols for heart attacks, stroke and cardiac arrest in victims of all ages.

- Simplification of CPR instruction. For example, techniques to teach management of choking (airway obstruction) in an unconscious victim have been greatly simplified. "There is evidence that chest compression in CPR creates enough pressure in an unconscious patient to eject a foreign body from an airway," Nadkarni says. The use of abdominal thrusts (commonly known as the Heimlich maneuver) to clear an object from the airway of a conscious person will still be taught under the new guidelines.

**Read more...**
Advertise here

CONTACT:
For journal copies only,
please call: 214-706-1173
For other information, call:
Carole Bullock: 214-706-1279
Karen Hunter: 214-706-1330

For more information about Emergency Cardiovascular Care, please visit the ECC Web site at www.cpr-ecc.americanheart.org or call 877-AHA4CPR (242-4277).

This article comes from Science Blog. Copyright © 2004
http://www.scienceblog.com/community



# CURRICULUM VITAE
*Kyle J. McInnis, Sc.D.*

## ADDRESS

Business          University of Massachusetts-Boston
                  College of Nursing and Health Sciences
                  Department of Exercise Science and Physical Education
                  100 Morrissey Boulevard
                  Boston, MA 02125
                  Phone 617-287-7495
                  Fax 617-287-7527

Home              17 Stonehedge Road
                  Windham, NH 03087
                  Phone: (603) 893-7288

E-mail            kyle.mcinnis@umb.edu or Kmcinnis1@aol.com

## CURRENT POSITION

Professor and Chair
Department of Exercise Science and Physical Education
College of Nursing and Health Sciences
University of Massachusetts
Boston, Massachusetts

## EDUCATION

1987 – 1991       Sc.D. Applied Anatomy and Physiology
                  Boston University
                  Sargent College of Allied Health Professions
                  Department of Health Sciences
                  Boston, Massachusetts

1985 – 1987       M.S. Cardiac Rehabilitation
                  Springfield College
                  Department of Movement Sciences
                  Springfield, Massachusetts

1981 – 1985       B.S. (Cum Laude) Biology
                  University of Massachusetts-Lowell
                  College of Pure and Applied Sciences
                  Lowell, Massachusetts

## UNIVERSITY EXPERIENCE AND PROMOTIONS

2004 – Present    Department Chairperson
                  Department of Exercise Science and Physical Education
                  University of Massachusetts-Boston

2003 – Present    Professor
                  Department of Exercise Science and Physical Education
                  University of Massachusetts-Boston

1997 – 2003       Associate Professor (tenured)
                  Department of Exercise Science and Physical Education
                  University of Massachusetts-Boston

1991 – 1997       Assistant Professor
                  Department of Exercise Science and Physical Education
                  University of Massachusetts-Boston

### Positions and Committees at UMASS-Boston

| | |
|---|---|
| 1991 – 2003 | Coordinator of Exercise Physiology Concentration |
| 1991 – 2003 | Faculty Coordinator of Exercise Physiology Internship Program |
| 2000 – 2003 | Chair, College Personnel Committee |
| 1999 – 2000; 2002 | Department Personnel Committee (member) |
| 1998 – 2000 | Chair, College of Nursing and Health Sciences Faculty Senate |
| 2002 – present | College of Nursing and Health Sciences Faculty Senate (member) |
| 1991 – 1997 | Director, Human Performance Laboratory |
| 1996 – 1998 | University Honors Program Advisory Council |
| 1995 – 1996 | Beacon Fitness Center Manager/Asst. Manager Search Committee |
| 1996 – 1998 | Chair, Department Curriculum Committee |
| 1994 – 1995 | Department Curriculum Committee (member) |
| 1994 – 1995 | University Faculty Council Executive Committee |
| 1993 – 1996 | University Faculty Council |
| 1991 – 1995 | Beacon Fitness Center Planning Advisor |
| 1991 – 1995 | Health Services Annual Health Fair |
| 1991 – 1992 | College Student Affairs Committee |

## PROFESSIONAL EXPERIENCE AND ADVISORY POSITIONS

| | |
|---|---|
| 2004 – Present | **YMCA of the USA (Corporate Headquarters, Chicago, IL)**<br>**Medical Advisory Board**<br>Role: Responsible for developing policies and recommendations on health and wellness for approximately 2,500 YMCAs across the U.S. serving over 18 million Americans. |
| 2004 – Present | **Healthworks Fitness Centers for Women**<br>**Specialty Consultant and Wellness Advisor**<br>Role: Develop weight management programs for use at five different facilities serving over 30,000 women in Greater Boston. |
| 2002 – Present | **YMCA of Greater Worcester, MA**<br>**Wellness Advisor**<br>Role: Provide guidance and direction to foster the development of wellness programs serving over 25,000 residents of Central Massachusetts. |
| 2002 | **YMCA of the USA (Corporate Headquarters, Chicago, IL)**<br>**Special Project Coordinator: Diabetes Prevention**<br>Role: Assist leadership of the national YMCA to develop lifestyle programs and resources to prevent and manage type 2 diabetes for use at YMCAs across the U.S. |
| 2001 – 2002 | **YMCA of the USA (Corporate Headquarters, Chicago, IL)**<br>**Special Project Coordinator: Automated External Defibrillators**<br>Role: Chair a writing group and serve as primary author of a technical assistance paper on automated external defibrillators for distribution to all YMCA facilities across the U.S. |
| 2000 – 2001 | **Rippe Lifestyle Institute**<br>**(An Affiliate of Tufts University School of Medicine)**<br>**Advisor for Research and Preventive Cardiology Programs**<br>Role: Provide expertise for developing and conduction clinical research studies on physical activity, diet, behavior change, and lifestyle disease management topics. |
| 1998 - 2000 | **WellBridge Health and Fitness / Club Sports International**<br>**Applied Science Advisor**<br>Role: Provide expertise to develop policies and procedures related to health/fitness facility standards and lifestyle disease management programs. |

Professional Experience and Advisory Roles (continued)

| 2000 –2002 | **Reebok, Inc. (Corporate Headquarters Stoughton, MA)**<br>**Chair, Reebok University and American College of Sports Medicine**<br>**(ACSM) Advisory Board**<br>Role: Develop initiatives to enhance physical activity nationally and internationally through a strategic partnership between Reebok and ACSM. |
|---|---|
| 1991 – 1998 | **Boston University Medical Center, Department of Medicine,**<br>**Section of Cardiology.  Co-Founder and Program Director, Clinical**<br>**Exercise Program.**<br>Role: Provide leadership to establish and maintain a resource for residents of the local urban community to become more physically active and reduce risk of cardiovascular disease and other lifestyle co-morbid conditions.  Design and conduct clinical research studies; supervise patient exercise training sessions and research protocols; supervise other program personnel and UMASS-Boston student interns. |
| 1990 – 1991 | **Exercise Physiologist,** Cardiac Rehabilitation Program<br>Boston University Medical Center, Boston, Massachusetts. |
| 1988 – 1989 | **Research Assistant,** Brigham and Women's Hospital, Section of Cardiology, Harvard Medical School, Boston, Massachusetts. |

## PROFESSIONAL HONORS AND CERTIFICATIONS

| 1995 – present | Fellow, American College of Sports Medicine |
|---|---|
| 1995 – present | Program Director, American College of Sports Medicine |

## PROFESSIONAL SERVICE: EDITORIAL

| 2002 – present | Section Editor - *The American Journal of Medicine & Sports* |
|---|---|
| 2001– present | Editorial Board - *The American Journal of Medicine & Sports* |
| 1997 – 2002 | Editorial Board - *ACSM's Health and Fitness Journal* |
| 1998 – 2002 | Editorial Board - *Journal of Cardiopulmonary Rehabilitation* |
| 1991– present | Manuscript reviewer for many journals (e.g., *ACSM's Health and Fitness Journal, Medicine and Science in Sports and Exercise, Journal of Cardiopulmonary Rehabilitation, and American Journal of Medicine and Sports*). |

## PROFESSIONAL SERVICE: OFFICES HELD AND RELATED ACTIVITIES

### American College of Sports Medicine (National)

| | |
|---|---|
| 2002 – present | Board of Trustees (Allied Health and Education) |
| 2001 – present | Annual Meeting Program Committee |
| 2000 – 2001 | Strategic Planning Committee |
| 1997 – present | Health/Fitness Summit Program Committee |
| 1996 – present | Workshop Director<br>Health/Fitness Instructor Workshop and Certification<br>University of Massachusetts – Boston |
| 1999 | Health/Fitness Facility Accreditation Committee |
| 1999 | Workshop and Certification Director<br>Exercise Leader Certification<br>Reebok, Inc., Stoughton, Massachusetts |
| 1996 | Certification Director<br>Exercise Leader Workshop and Certification<br>Canyon Ranch, Lenox, Massachusetts |

### American College of Sports Medicine (New England Regional Chapter)

| | |
|---|---|
| 2000 – present | Board of Trustees |
| 1999 – 2000 | Past-President |
| 1998 – 1999 | President |
| 1997 – 1998 | President-Elect |
| 1996 – 2000 | Spring Program Committee |
| 1996 – 1997 | Chair, Corporate Sponsors Committee |
| 1994 – present | Fall Program Committee |
| 1994 – 1996 | Member-at-Large |

**American Heart Association – Massachusetts Affiliate**

| | |
|---|---|
| 1993 – 1995 | Committee on Cardiovascular Risk Prevention |
| 1993 – 1995 | Task Force on Cardiovascular Risk Prevention in Racial Minorities |

**Massachusetts Governor's Council on Physical Fitness**

| | |
|---|---|
| 1991 – 1994 | Fitness Day on the Hill (Planner and Participant) |

## TEACHING/UNIVERSITY EXPERIENCE

1991 – present    College of Nursing and Health Sciences
Department of Exercise Science and Physical Education
University of Massachusetts-Boston, Massachusetts.

Annual Teaching requirements
- 9 credit hours (3 courses) per semester
- 25 – 70 students per class
- 20 – 30 student advisees per semester

## TEACHING/UNIVERSITY EXPERIENCE

| Course Taught | All 3 credits |
|---|---|
| HPF 256 | Lifetime Fitness |
| HPF 321 | Physiology of Exercise I |
| HPF 322* | Physiology of Exercise II |
| HPF 356 | Fitness Appraisal and Program Design |
| HPF 370* | Pre-Practicum in Adult Fitness |
| HPF376* | Exercise Program Design |
| HPF 405 | Advanced Topics in Exercise Science |
| HPF 466 | Clinical Exercise Testing |
| HPF 486 | Internship in Exercise Physiology |
| HPF 480 | Independent Study in Exercise Science |

*Developed and taught as new course offering

Other College/University Teaching Experience
1991 – 1992    **Instructor**
University of Massachusetts-Boston
College of Nursing/Department of Human Performance & Fitness

Teaching Experience (continued)

| 1987 – 1991 | **Course Instructor** |
|---|---|
| | Boston University |
| | Sargent College of Allied Health Professions |
| | Department of Health Sciences |

Courses Taught
Exercise Testing and Prescription
Advanced Topics in Cardiopulmonary Science
Cardiopulmonary Assessment

1988 – 1989    **Laboratory Instructor**
University of Massachusetts-Lowell
College of Allied Health professions
(Anatomy and Physiology)

1985 – 1987    **Graduate Teaching Assistant**
Springfield College
Biology Department
(Anatomy and Physiology)

## SELECTED INVITED LECTURES/PRESENTATIONS (chronological listing)

1. Delivered many lectures at regional and national health/fitness centers, hospitals, businesses, and community centers on the following topics:
   Exercise for weight loss/obesity
   Promoting physical activity
   Beginning an exercise program
   Aerobic exercise prescription
   Cardiac rehabilitation/cardiovascular risk reduction

2. Course lecturer – "Metabolic Exercise Testing." Seminar for 4th Year Medical Students in course titled *Exercise in Health and Disease*. Boston University School of Medicine, Boston, Massachusetts. 1992-1994

3. Course lecturer – "Exercise Physiology: A Review for Personal Trainers." Preparatory course for American Council on Exercise Personal Training Certification Exam. Boston, Massachusetts. 1993 – 1995.

4. Invited speaker – "Enhancing the Safety and Efficacy of Exercise Training Obese Clients." American College of Sports Medicine – New England Regional Chapter Annual Meeting. Boxborough, Massachusetts. 1994.

5. Invited speaker – "Facts of Fat Metabolism." Regional Personal Training Conference. Natick, Massachusetts. 1994.

6. Invited speaker – "Metabolic Calculations." American College of Sports Medicine Exercise Specialist Workshop. Northeastern University, Boston, Massachusetts. 1995 – 1997.

7. Invited speaker – "Exercise and Diet for Weight Loss." American College of Sport Medicine Exercise Specialist Workshop. Northeastern University, Boston, Massachusetts. 1995 – 1997.

8. Workshop Director and Presenter. American College of Sport Medicine Health/Fitness Instructor Workshop. University of Massachusetts-Boston. 1997-2002.

9. Invited speaker – "Exercise for Weight Loss: An Essential Ingredient." American Heart Association (Massachusetts Affiliate) Conference. Newton, Massachusetts. 1995.

10. Invited speaker – "Exercise for Weight Loss: Myths and Misconceptions." 10th Annual American Heart Association (Massachusetts Affiliate) Health/Fitness Exposition. Boston, Massachusetts. 1995.

11. Invited speaker – "Exercise Programs for Obese Patients." Cardiology Grand Rounds, Spaulding Rehabilitation Hospital, Boston, Massachusetts. 1995.

12. Invited speaker – "Exercise for Weight Loss: A Case Study Approach." American College of Sports Medicine – New England Regional Chapter Annual Spring Meeting. Amherst, Massachusetts. 1996.

13. Session Chair – "Diet and Exercise for Weight Loss." American College of Sports Medicine Annual Meeting. Cincinnati, Ohio. 1996.

14. Invited speaker – 'Exercise for Weight Loss: How Much?" American Association of Cardiovascular and Pulmonary Rehabilitation Annual Meeting. Baltimore, Maryland. 1996.

15. Invited speaker – "Pioneering New Roles for the Clinical Exercise Physiologist." American College of Sports Medicine – New England Regional Chapter Annual Meeting, Boxborough, Massachusetts. 1996.

16. Workshop director/speaker. American College of Sports Medicine Health/Fitness Instructor Workshop. Boston, Massachusetts. 1996-present.

17. Invited speaker – "Weight Management Research." IDEA International Personal Training Summit. New York, NY. 1997.

18. Invited speaker – "Designing Exercise Programs for Weight Loss." IDEA International Personal training Summit. New York, NY. 1997.

19. Invited speaker – "How Much Exercise is Enough?" <u>IDEA International Personal Training Summit.</u> New York, New York. 1997.

20. Invited speaker – "Exercise and Weight Loss: Its Uses and Limits in Obesity." <u>Massachusetts Association of Cardiovascular and Pulmonary Rehabilitation.</u> Framingham, Massachusetts. 1997.

21. Invited speaker – "Body Composition and Performance: Considerations for Training." <u>National Strength and Conditioning Association</u> Annual meeting. Las Vegas, Nevada. 1997.

22. Colloquia Chair/Presenter – "Ready or Not Here They Come: Persons with Heart Disease at Fitness Centers." <u>American College of Sports Medicine</u> Annual Meeting. Denver, Colorado. 1997.

23. Invited speaker – "Aerobic Exercise and Interval Training." <u>National Strength and Conditioning Association's</u> Essentials of Strength Training and Conditioning Symposium. Boston, Massachusetts. 1997-1999.

24. Invited speaker – "Exercise Training Guidelines for Clients with Cardiovascular Disease in Health Clubs." <u>American College of Sports Medicine</u> – New England Regional Chapter Annual Meeting. Providence, Rhode Island. 1997.

25. Invited speaker – "Current Research in Exercise and Weight Management." University of Massachusetts-Amherst, Seminar for Doctoral Students and Faculty. November, 1997

26. Invited speaker - "The Art and Science of Exercise Prescription for Obesity." <u>American College of Sports Medicine</u> - New England Regional Chapter Spring Meeting. Concord, Massachusetts. 1998.

27. Invited speaker - "Designing Exercise Programs for Obese Clients." <u>American College of Sports Medicine's</u> 1998 Health / Fitness Summit. Austin, Texas. 1998.

28. Invited speaker - "Screening for Cardiovascular Disease in Health Clubs." <u>American College of Sports Medicine's</u> 1998 Health / Fitness Summit. Austin, Texas. 1998.

29. Invited panel member - "Evaluating Graduate Schools in Exercise Science" <u>American College of Sports Medicine's</u> 1998 Health / Fitness Summit. Austin, Texas. 1998.

30. Invited speaker - "Diet, Exercise, and Physical Activity." <u>American Heart Association</u> New England Regional Chapter Conference on Women's Health. Worcester, Massachusetts. 1998.

31. Invited speaker - "Cardiac Rehabilitation and Secondary Prevention in Women" <u>American College of Sports Medicine</u> - New England Regional Chapter Annual Meeting. Providence, Rhode Island. 1998.

32. Invited speaker - "Body Composition Assessment: A Workshop." American College of Sports Medicine's Health / Fitness Summit. New Orleans, Louisiana. 1999.

33. Invited speaker - "Resistance Training for Special Populations: A Roundtable." American College of Sports Medicine's Health / Fitness Summit. New Orleans, Louisiana. 1999.

34. Invited speaker - "Resistance Training and Obesity." American College of Sports Medicine- New England Regional Chapter Spring Meeting. Concord, Massachusetts. Spring, 1999.

35. Presenter - "Exercise Testing and Prescription in (Morbid) Obesity." American College of Sports Medicine Annual Meeting. Seattle, Washington. Spring, 1999.

36. Invited speaker - "The Art and Science of Body Composition Assessment." American College of Sports Medicine -New England Regional Chapter Annual Meeting. Providence, Rhode Island. Fall, 1999.

37. Invited speaker – "Cardiac Risk Factors and Exercise." American College of Sports Medicine Exercise Leader Workshop and Certification. Reebok University, Stoughton, Massachusetts. Fall, 1999.

38. Invited speaker - "Expanding the Bottom Line: Obesity, Overweight and Health Intervention Strategies." Medical Fitness Association Conference. Atlanta, Georgia. Fall 1999.

39. Invited speaker - "Practical Guidelines for Clients with Coronary Heart Disease." American College of Sports Medicine's Health/Fitness Summit. San Diego, California. Spring 2000.

40. Invited speaker - "The Physiology of Resistance Training." American College of Sports Medicine's Certificate of Advanced Qualification Workshop. San Diego, California. Spring, 2000.

41. Invited speaker – "Diet and Exercise for the Treatment of Obesity and Exercise Prescription for Cardiovascular Disease." American College of Sports Medicine Exercise Specialist Certification Workshop. William Beaumont Hospital. Royal Oaks, Michigan. Summer, 2000.

42. Invited speaker – Working with Higher Cardiovascular Risk Clients." American College of Sports Medicine New England Regional Chapter Annual Meeting. Providence, Rhode Island. Fall 2001.

43. Keynote Speaker – "Strong hearts, Strong Muscles, Healthy Aging." American Heart Association (New England Affiliate). Catholic Medical Center, Manchester, New Hampshire. February 2001.

44. Invited speaker and Conference Chair – "Physical Activity Programs for Managing Overweight." American College of Sports Medicine Summit Pre-Conference. Las Vegas, Nevada. April 2001.

45. Invited speaker – "Resistance Training and Coronary Prone Clients: New Guidelines from the AHA". American College of Sports Medicine Health/Fitness Summit and Exposition. Las Vegas, Nevada. April 2001.

46. Keynote Speaker – "Are There Effective Strategies to Tighten America's Expanding Waistline?" The New England Racquet & Sportsclub Association Spring Conference & Fitness Expo. Manchester, New Hampshire, May 2001.

47. Speaker and Symposium Chair – A "911" Crisis in U.S. Health Clubs. American College of Sports Medicine Annual Meeting. Baltimore, Maryland. 2001.

48. Invited Speaker – Physical Activity and Cardiovascular Health: Contemporary Recommendations. American College of Sports Medicine New England Regional Chapter Annual Meeting. Providence, Rhode Island. Fall 2001.

49. Invited speaker – "AEDs and Cardiac Emergencies in Fitness Centers: What You Need to Know." American College of Sports Medicine Health/Fitness Summit and Exposition. Orlando, Florida. April 2002.

50. Invited speaker – "New Recommendations and Resources for Physical Activity and Cardiovascular Health." American College of Sports Medicine Health/Fitness Summit and Exposition. Orlando, Florida. April 2002.

51. Invited speaker and Session Chair – "New Frontiers in Promoting Health and Fitness in Older Clients ." American College of Sports Medicine Health/Fitness Summit and Exposition. Orlando, Florida. April 2002.

52. Invited Speaker: Worksite strategies for healthy weight management. HealthTrust Health Promotions Annual Symposium. Concord, New Hampshire. June 2002.

53. Invited Speaker – ABC's of AEDS: Automated External Defibrillators. YMCA of the USA APD Conference. Orlando, Florida. November 2002.

54. Invited Speaker – Emergency Preparedness in Health Clubs. American Heart Association Scientific Sessions. Chicago, Illinois. November 2002.

55. Invited Speaker – Physical Activity Safeguards for Older Adults. American College of Sports Medicine New England Regional Chapter Annual Meeting. Providence, Rhode Island. November 2002.

56. Invited Speaker – Serving "At Risk" and Older Populations: A Practical Approach to Meet Evolving Standards and Guidelines. International Health, Racquet, and Sportsclub Association Annual Meeting. San Francisco, California. February 2003.

57. Invited Speaker: Implementing an AED program. International Health, Racquet, and Sportsclub Association Annual Meeting. San Francisco, California. February 2003.

58. Invited Speaker – Physical activity without weight loss: Independent health benefits? American College of Sports Medicine Health/Fitness Summit and Exposition. Reno, Nevada. April 2003.

59. Invited Speaker – Walking and Health. American College of Sports Medicine Health/Fitness Summit and Exposition. Reno, Nevada. April 2003.

60. Speaker and Symposia Chair – Steps to Prevent Chronic Disease: Scientific Evidence of Walking. American College of Sports Medicine Annual Meeting. San Francisco, California. May 2003.

61. Invited Speaker: AEDs and Evolving Standards in Emergency Preparation. International Health, Racquet, and Sportsclub Association Annual Meeting. Las Vegas, Nevada. February 2003.

62. Invited Speaker and Symposium Chair – From Inactive to Active: Tools to Attract, Motivate, and Retain. American College of Sports Medicine Health/Fitness Summit and Exposition. Las Vegas, Nevada. April 2004.

63. Invited Speaker – Weight Management Practices in the Fitness Setting: Best Practices and Practical Strategies. American College of Sports Medicine Health/Fitness Summit and Exposition. Las Vegas, Nevada. April 2004.

64. Invited Speaker and Symposium Chair – Lifestyle Interventions to Prevent Type 2 Diabetes (T2D): Current Evidence and Future Directions. American College of Sports Medicine Annual Meeting. Indianapolis, Indiana. June 2004.

## PUBLICATIONS

### Books

1. Foreyt J, **McInnis KJ,** Poston WC, Rippe JM. *Lifestyle Obesity Management*. London, UK: Blackwell Science. 2002.

2. **McInnis KJ** and Eickhoff-Shemek J. ACSM's Health and Fitness Facilities Standards and Guidelines (3rd edition). Champaign, IL: Human Kinetics. 2003.

### Chapters

1. **McInnis KJ** and Balady GJ. *Exercise Guidelines for Health/Fitness Facilities*. In: The Health Professionals Guide to Diabetes and Exercise. American Diabetes Association Clinical Education Series. Alexandria, VA. 2001.

2. Melanson KJ, **McInnis KJ,** Rippe JM. Modern Management of Obesity: The Value of a Multidisciplinary Approach. In: Foreyt J, **McInnis KJ,** Poston WC, Rippe JM. *Lifestyle Obesity Management*. London, UK: Blackwell Science. 2002.

3. Melanson, KJ, Meigs JB, **McInnis KJ,** Rippe JM. Managing Obesity to Lower the Risk of Cardiovascular Disease and Other Chronic Conditions. In: Foreyt J, **McInnis KJ,** Poston WC, Rippe JM. *Lifestyle Obesity Management*. London, UK: Blackwell Science. 2002.

4. Melanson, KJ, Meigs JB, **McInnis KJ,** Rippe JM. Obesity and Health: Public Policy Implications and Recommendations. In: Foreyt J, **McInnis KJ,** Poston WC, Rippe JM. *Lifestyle Obesity Management*. London, UK: Blackwell Science. 2002

5. **McInnis KJ** and Faigenbaum AD. Evaluation of Fitness: Muscular Strength and Endurance. In: *Health Fitness Instructor's Handbook (4th Edition)*. Howley E and Franks D (editors). Champaign, IL: Human Kinetics. 2003.

6. Faigenbaum AD and **McInnis KJ**. Exercise Prescription: Muscular Strength and Endurance. In: *Health Fitness Instructor's Handbook (4th Edition)*. Howley E and Franks D (editors), Champaign, IL: Human Kinetics. 2003.

7. **McInnis KJ** and Ribisl P. Forward In: *Legal Aspects of Preventive, Rehabilitative and Recreational Exercise Programs*, Fourth Edition. Herbert D. Canton, Ohio: PRC Publishing Company. 2001.

**Articles (Peer Reviewed)**

1. **McInnis KJ**, and Balady GJ. Effect of exercise testing protocol on ischemia detection. Cardio. November p. 74-78, 1991.

2. **McInnis KJ** and Balady GJ. Comparison of sub-maximal exercise responses using the Bruce vs. modified Bruce protocols. *Med Sci Sports Exerc* 26(1):103-107, 1993.

3. Balady GJ and **McInnis KJ.** Cardiac rehabilitation in obese patients. *Chest* 109(1):3-4, 1996.

4. **McInnis KJ**, Spahn CM, Lerman RH, Balady GJ. Prediction of oxygen uptake and energy expenditure during exercise in obese women. *J Cardiopulm Rehabil* 16:249-254, 1996.

5. **McInnis KJ,** Hayakawa S, Balady GJ. Cardiovascular screening and emergency procedures at health clubs and fitness centers. *Am J Cardiol* 80:380-383,1997.

6. **McInnis KJ**. Safe exercise for heart disease patients. *ACSM's Health and Fitness Journal* September/October, 1(5):26-33, 1997.

7. **McInnis KJ** and Balady GJ. Effect of body composition on oxygen uptake: body builders vs. weight matched males. *Res Q Exercise and Sport*;70:150-156, 1999.

8. **McInnis KJ**, Pierce G, Bader D, Balady GJ. Comparison of cardiopulmonary responses in obese women using ramp vs. step treadmill protocols. *Am J Cardiol* 83:289-291, 1999.

9. **McInnis KJ** and Balady GJ. Higher cardiovascular risk clients in health clubs. *ACSM's Health and Fitness Journal* Jan/Feb; 19-24, 1999.

10. **McInnis KJ**. Exercise and obesity. *Coronary Artery Disease.* 11:111-116, 2000.

11. Bader D, **McInnis KJ**, Pierce G, Balady GJ. Accuracy of a pretest questionnaire in exercise test protocol selection. *Am J Cardiol* 85:767-770, 2000.

12. **McInnis KJ**. Exercise for obese clients: benefits, limitation, guidelines. *ACSM's Health and Fitness Journal* January/February: 25-31, 2000.

13. **McInnis KJ**, Balady G, Foster C. Exercise in health clubs. *ACSM Current Comments* Jan/Feb 2000.

14. Rippe JM, **McInnis KJ**, Melanson KJ. Physician involvement in the management of obesity as a primary medical condition. *Obesity Research* 2001;9(4):302S-311S.

15. Melanson K, **McInnis KJ**, Blackburn G, Wilson PF, Rippe JM. Obesity and cardiovascular disease risk: a research update. *Cardiology in Review* 2001; 9:202-207.

16. **McInnis KJ**, Herbert W, Herbert D, Herbert J, Ribisl P, Franklin B. Low compliance with national standards for cardiovascular emergency preparedness at health clubs. *Chest* 2001; 120:283-288.

17. Ribisl P, **McInnis KJ**, Rippe JM. The next Y2k problem- Obesity: Genes, gluttony, or sloth? *Am J Med Sports* 2001;3:171-177,179.

18. **McInnis KJ**, Herbert D, Herbert W. Are health clubs unfit for cardiovascular emergencies. *Cardiovascular Reviews and Reports 2001; Oct: 570-572.*

19. **McInnis KJ**. Physical activity counseling in the primary care setting: Effectiveness, challenges, and guidelines. *Am J Med Sports* 2002;3:171-177.

20. Roberts D, Pober D, **McInnis KJ**, Rippe J, Freedson P. A review of selected submaximal, overground and treadmill walking tests: Good predictors of aerobic capacity and functional fitness? *Clinical Exercise Physiology* 2002; 4:68-74.

21. **McInnis KJ**. Physical inactivity and osteoarthritis: One for the ages. *Am J Med Sports* 2002; 5:241-252.

22. **McInnis KJ**. Modest lifestyle changes prevent type 2 diabetes in persons at high risk. *Am J Med Sports* 2002; 7:392-395.

23. Pober D, Freedson P, Kline G, **McInnis KJ**, Rippe J. Relationship of age to selected fitness and health related measures in healthy adults aged 40-79 years. *Clinical Exercise Physiology* 2002; 4:108-119.

24. Pober D, Freedson P, Kline G, **McInnis KJ**, Rippe JM. Development and validation of a one-mile treadmill walk test to predict peak oxygen uptake in healthy adults ages 40 to 79 years. *Can J Appl Physiol* 2002 Dec;27(6):575-89.

25. **McInnis KJ**. Compliance with emergency recommendations at health clubs. *Am J Med Sports* 2003; Jan/Feb:100-102.

26. **McInnis KJ**. Diet, exercise and the challenge of combating obesity in the primary care setting. *J Cardiovasc Nurs* 2003;18(2):93-100.

27. **McInnis KJ**, Franklin BF, Rippe JM. Counseling for Physical activity in the overweight and obese patient *Am Fam Phys* 2003;67:1249-56.

28. Del'Olio J, Carpenter M, **McInnis KJ**. Physical activity and healthy weight. *Am Fam Phys* 2003;67: 1266-1268.

29. **McInnis KJ.** Advising patients on selecting a health/fitness facility and qualified personal fitness trainer *Am J Med Sports* 2003; May/June 238-241.

30. **McInnis KJ,** Recommendations and practical resources from the obesity education initiative. *Am J Med Sports* 2003 Nov/Dec 386-389.

31. Fragala M, Pober D, Freedson P, **McInnis KJ,** Rippe J. How accurate are HR max prediction models for middle-aged and older adults? *J Aging and Phys Activity* in press.

32. **McInnis KJ,** Fiutem J, Cooper L, Geise T, Pober D, Freedson P Rippe J. A validated treadmill walk test to assess cardiorespiratory fitness in sedentary and obese adults. *Med Sci Sports Exerc.* In review.

**Research Abstracts**

1. **McInnis KJ,** Balady GJ, Weiner DA, Ryan TJ. Physiologic responses are similar using different exercise testing protocols in patients with CAD. *Journal of Cardiopulm Rehabil* 316A, 191. 1991.

2. **McInnis KJ,** Balady GJ, Weiner DA, Ryan TJ. Does the ischemic threshold differ during the standard vs. the modified Bruce exercise testing protocols? *Journal of the American College of Cardiology* 17(2):81A, 1991.

3. **McInnis KJ,** Pierce GL, Bader D, Balady G. Evaluation of cardiopulmonary responses in obese women using ramp vs. graded protocols. *Med Sci Sports Exerc* 26(5):392, 1994.

4. **McInnis KJ,** Spahn C, Lerman RH, Balady GJ. Measured vs. predicted oxygen uptake during treadmill walking in moderately obese women. *Med Sci Sports Exerc* 26(5):S159,1994.

5. **McInnis KJ** and Balady GJ. Effect of body composition on oxygen uptake and exercise energy expenditure: body builders vs. obese males. *Medicine and Science in Sports and Exercise* 27(5):S72, 1995.

6. **McInnis KJ** and Balady GJ. Effect of body composition on oxygen uptake during treadmill walking. *Journal of Cardiopulmonary Rehabilitation* 15(5):348, 1995.

7. **McInnis KJ** and Balady GJ. Body composition affects oxygen uptake independently of body weight. *Journal of American College of Cardiology* 27(2):152A, 1996.

8. **McInnis KJ,** Hayakawa S, Cousineau P, Balady GJ. Pre-enrollment health screening at fitness centers: state of the practice. *Med Sci Sports Exerc* 28(5):S13,1996.

9. Hayakawa S, **McInnis KJ,** Cosineau P, Balady GJ. Staffing and emergency procedures in fitness centers offering exercise programs for the elderly and persons with heart disease. *Med Sci Sports Exerc* 28(5):S13,1996.

10. **McInnis KJ**, Hayakawa S, Balady GJ. Inadequate pre-participation screening at fitness centers: a call for action. Circulation 94(8):327, 1996.

11. **McInnis KJ**, Hayakawa S, Balady GJ. Are all health clubs created equal? A survey of risk screening practices and emergency preparation. Med Sci Sports Exerc 29:S192,1997.

12. **McInnis KJ**, Pierce G, Bader D, Balady GJ. Exercise testing in obese patients ramp vs. stepped protocols. *Circulation* I;146:1997.

13. **McInnis KJ**, Pierce G, Bader D, Balady GJ. Evaluation of peak cardiopulmonary responses using newer ramp protocols. *Med Sci Sports Exerc* 1998.

14. **McInnis KJ**, Herbert W, Herbert D, Herbert J, Ribisl P, Franklin B. Fitness clubs fail to adhere to AHA emergency standards. *Circulation* 102(18), II 394 October 31, 2000.

15. Rippe JM, Klein GL, **McInnis KJ**. Managing the overweight woman: barriers and opportunities. Presented Ninth Annual Congress on Women's Health & Gender-Based Medicine, 2001.

16. **McInnis KJ**, Pober D, Freedson P, Kline G, Rippe JM. Development and validation of a treadmill walking test to predict maximal oxygen consumption. *Med Sci Sports Exerc* 2001.

17. Melanson KJ, Dell'Olio J, Carpenter MR, Berlin DP, Knipe SJ, **McInnis KJ**, Rippe JM. The influence of a 12-week walking program, with and without weight loss, on cardiovascular risk factors in obese adults. *Obesity Research*. 9;3:160S 2001.

18. Melanson KJ, Dell'Olio J, Carpenter MR, Berlin DP, Knipe SJ, **McInnis KJ**, Rippe JM. Self-efficacy and quality of life in obesity: roles of diet counseling and degree of weight loss. *JADA*. Suppl 101:A-19;2001.

19. Cooper L, Geise T, Fiutem J, Dell'Olio J, Turgiss J, **McInnis K**, Rippe J. Perceived barriers to weight loss in obese adults. *Med Sci Sports Exerc, 2002.*

20. Geise T, Cooper L, Fiutem J, Dell'Olio J, Turgiss J, **McInnis K**, Rippe J. Identifying individualized goals, perceived barriers, and readiness for behavior change in obese adults. *Med Sci Sports Exerc, 2002.*

21. Pober D, **McInnis K**, Fiutem J, Langdon J, Harding D, Young C, Freedson P, Rippe J. Prescribing target heart rates for obese adults: "old" vs "new" heart rate max prediction models. *Med Sci Sports Exerc, 2002.*

22. Fiutem J, **McInnis K**, Pober D, Dell'Olio J, Freedson P, Rippe J. Validation of a treadmill walking test to estimate cardiorespiratory fitness in obese patients. *Med Sci Sports Exerc, 2002.*

23. Fagala M, Pober D, Freedson P, **McInnis K**, Rippe J. How accurate are HRmax prediction models in middle-age and older adults. *Med Sci Sports Exerc, 2002.*

24. **McInnis K**, Turgiss J, Murray S, Herbert W, Franklin B. Reversing Sudden Cardiac Death in Health Clubs: Success of AEDs and Emergency Preparedness. *Circulation* 2003;108(17): 737-738.

·25. **McInnis K**, Fiutem J, Williams H, Franklin B, Rippe J. Is Walking at a Self-Selected Pace an Adequate Cardiorespiratory Stimulus for Promoting Health and Fitness in Obese Adults? *Circulation* 2003; 108(17): 1228.


**Articles (Invited Reviews)**

1. **McInnis KJ**. Exercise training for obesity. *Idea Today* April 50-51, 1994.

2. **McInnis KJ**. Taking care of their hearts. *Idea Today* Nov-Dec 38-46, 1994.

3. **McInnis KJ**. Exercise physiology review: Play it cool. *Nautilus Magazine* Summer 9-11, 1994.

4. **McInnis KJ**. Exercise physiology review: Heart smart. *Nautilus Magazine* Spring 7-11, 1996.

5. **McInnis KJ**. Exercise physiology review: New beginnings. *Nautilus Magazine* Spring 7-9, 1996.

6. **McInnis KJ**. Exercise physiology review: More for less. *Nautilus Magazine* Summer 15-17, 1996.

7. **McInnis KJ**. Exercise physiology review: Shifting gears. *Nautilus Magazine* Fall 9-11, 1996.

8. **McInnis KJ**. Exercise physiology review: Specificity. *Nautilus Magazine* Spring 9-11, 1997.

9. **McInnis KJ**. Exercise and coronary heart disease. *Idea Personal Trainer* Nov-Dec 11-15, 1994.

10. **McInnis KJ**. Defuse the treat with cardiovascular screening. *Fitness Management* Feb 28-30, 1999.

11. Rippe JM and **McInnis KJ** and. Get moving-physical activity is good for your health. *Time Magazine* June 11, 2000.

12. **McInnis KJ** and Rippe JM. Get moving-physical activity is good for your health. *Time Magazine* December 11, 2001.

13. **McInnis KJ**. AED alert: Call 911. *Club Business International* June 32-35, 2002.

14. **McInnis KJ (Chair of writing group)**. Choosing a health/fitness facility. ACSM Public Information. In press.

15. **McInnis KJ**. ABC's of AEDs. MAX! American College of Sports Medicine New England Regional Chapter. Fall 2002.


## OTHER PROFESSIONAL WORKS

### Educational Video's

**McInnis KJ.** Exercise for the Overweight Client. *American College of Sports Medicine* Healthy Learning Video Series. Monterey, California. 1999.

**McInnis KJ.** The Art and Science of Body Composition Assessment. *American College of Sports Medicine* Healthy Learning Video Series. Monterey, California. 1999.

### Technical Assistance Papers

**McInnis KJ.** Automated External Defibrillators: A Technical Assistance Paper from the YMCA of the USA. Chicago, IL. 2001. (50-page manual distributed to all 3,000 YMCAs in the U.S.)

**McInnis KJ.** Diabetes Wellness Guide: A Technical Assistance Paper from the YMCA of the USA. Chicago, IL. 2001. (30-page manual distributed to all 3,000 YMCAs in the U.S.)

## GRANTS

1. **McInnis KJ**. "Estimating exercise caloric expenditure in obese women: implications for improved monitoring of energy balance." 1992-93 University of Massachusetts-Boston Junior Faculty Research Grant. Awarded $2,000.

2. **McInnis KJ.** "The effect of body composition on oxygen consumption and energy expenditure in obese men." 1992-1993 University of Massachusetts-Boston Biomedical Research Grant. Awarded $3,000.

3. **McInnis KJ.** 1992 "Cardiovascular response and energy costs during exercise using the fast track™ in overweight adults." Fast Track Inc. 1992. Awarded $3,200 equipment grant.

4. **McInnis KJ.** "Comparison of energy expenditure using a healthrider,™ motorized treadmill, and cycle ergometer." Healthrider, Inc. 1994. Awarded $2,000 equipment grant.

**GRANTS (continued)**

5. **McInnis KJ**. "Comparison of recommended vs. practiced cardiac risk screening procedure in health clubs." 1995-96 University of Massachusetts-Boston Joseph P. Healey Faculty Research Grant. Awarded $1,600.

6. **McInnis KJ** "Exercise and coronary heart disease risk reduction: targeting obese women." 1998-1999 University of Massachusetts-Boston Joseph P. Healey Faculty Research Grant. Awarded $2,500.

7. **McInnis KJ**. "Pre-Participation Cardiovascular screening at Massachusetts fitness centers." 1997 Massachusetts Governor's Counsel on Physical Fitness. Awarded $1,000.

8. **McInnis KJ** and Rife F. "UMASS fitness center connection –A Multi-campus fitness center website." (K. McInnis principle investigator). 1998-1999 Instructional technology for Academic Development grant. University of Massachusetts President's Office. Awarded $6,000.

9. **McInnis KJ**. 1999-2000 WellBridge Company. "Effect of a 12-week exercise, diet, and behavior modification weight loss program in active older women in a health club setting." Awarded $16,000.

10. Sorenson, G and **McInnis KJ**. 2003 -2005. Weight Control, Physical Activity and Cancer Risk Reduction Among Racially Diverse Obese Women in an Urban Community Setting, Pilot Project Developmental Funds to Support "Disparities in Cancer Research," "New Nodal Award in Cancer Disparities". Awarded $150,000.

11. **McInnis KJ**. 2004. A pilot project to develop a youth obesity model program for YMCAs in Massachusetts. Massachusetts Department of Public Health (funded by the U.S. Centers for Disease Control and Prevention). Awarded $55,000.