# Working Wise

## The Beat Goes On

As baby boomers go gray, the number of heart attacks is on the rise. The American Heart Association place the number of yearly deaths from heart attack at approximately 250,000, up from about 150,000 in the early 1990s. Jeff Sturm, security director for the Westin Alyeska Prince Hotel, a 1,000-acre Alaskan resort where, during the summer, visitors are mostly over the age of 55, has experienced the effects firsthand. He has seen several guests collapse on the property due to heart attacks.

The Alyeska resort is located on the edge of the Alaskan wilderness in the tiny town of Girdwood. The remoteness of the location carries many benefits. The site includes pristine glaciers, and it's not uncommon, says Sturm, to see moose and brown bear walking casually down Girdwood's main street. But the price of leaving civilization behind is that the nearest hospital is 40 miles away in Anchorage.

Each minute lost while waiting for emergency medical attention lowers a heart attack victim's chance of recovery by 10 percent. On-the-scene medical response during a heart attack is, therefore, critical to a victim's survival.

Because Sturm knew it was only a matter of time until the next guest would need such medical assistance, he was anxious to address the problem. CPR, when properly performed, can keep a victim alive, but will not restart the heart. What can effectively do this is a defibrillator--a medical device that delivers an electrical shock through the chest to the heart. This shock interrupts the random electrical pulses of ventricular fibrillation and gives the heart a chance to start beating again in a normal rhythm.

While only about 5 percent of heart attack victims on which CPR is used go on to recover, defibrillation increases the chance of survival to about 20 percent, even when administered by the likely first responders--family members or other lay bystanders.

In response to Sturm's urging, management agreed in early 1999 to purchase an automated external defibrillator (AED), and all of the security staff were trained in its use. Five months after the purchase of the AED, Terry Kadel, a former bellman and now a security officer at the Alyeska resort, says he was at the bell stand in the hotel lobby when he heard a call for help from the overlooking third floor balcony. "I knew what it was as soon as I heard the cry," he recalls.

Kadel says he took the stairs three at a time as front desk staff called security. On the third floor, Kadel found guest Jack Byron, 77, collapsed in front of the door to his room. Determining that Byron was not breathing and had no heartbeat, Kadel and another guest began CPR. Within moments, Alyeska security officers arrived with the AED and oxygen. Byron was revived thanks to the defibrillation and was flown by helicopter to Anchorage's Providence Hospital, where he made a full recovery.

The defibrillator purchased by the Alyeska is a LIFEPACK 500 AED manufactured by

EXHIBIT D

Physio-Control Corporation of Redmond, Washington. No medical background is needed to operate the equipment.

Once the user has confirmed that the victim is unresponsive, not breathing, and has no pulse, he or she turns on the AED and attaches the adhesive electrodes to the victim's chest. The AED has a built-in computer that analyzes the victim's heart rhythm and determines if it requires a shock.

The machine uses voice and screen commands to guide users through the defibrillation process. If defibrillation is advised, the voice prompts the operator to press the "shock" button. The AED will not allow a shock to be given unless the victim needs it.

In Byron's case, the AED told Kadel that defibrillation was necessary. The LIFEPACK told him to make sure everyone was clear of the machine and to push "shock." After defibrillation was administered, the machine commanded Kadel to perform CPR for 45 seconds, then push the button marked "analyze." This time, when the AED analyzed Byron, it determined that he had a pulse and required no further defibrillation. Shortly afterward, he also began to breathe on his own.

In Kadel's opinion, any untrained citizen could effectively use the AED. "A child can run one," Sturm agrees.

Sturm says that the LIFEPACK 500 cost approximately $4,000, including an extra battery and charger. The AED has experienced no technical problems, and its effectiveness is personified by Byron, alive and well back home in Sun City West, Arizona. "Obviously, when you save a life," notes Sturm, "it can't get any better than that."

(For more information: Bob Stanbary, senior market manager, Physio-Control Corporation; phone: 425/867-4555; fax: 425/867-4227.)

--By Ann Longmore-Etheridge, assistant editor

# An Eye for Security

It's no secret that financial institutions are at the fore when it comes to incorporating new security-enabled technologies to handle data transactions. It was that pioneering spirit that led officials at Texas's Bank United to become the first in the United States to use iris-recognition ATMs.

"When the head of our community bank began to learn some things about biometrics, he became very interested," says Bank United's public relations officer Vern Stockton, adding that the bank was seeking to experiment with new technology as a means of attracting new customers and providing additional convenience to existing customers.

After several months of researching various types of biometrics, such as fingerprint scanning, the company chose iris-recognition technology because of the level of security it offered. The security staff was also impressed by the system's ability to store large images without using much disk space.

"We looked around; we know that iris recognition is not the only identification system. But we felt with it detecting so many different facets of the eye--and not being invasive so as to put customers off--that it would be sufficient for our needs," Stockton says.

The company turned to two vendors to implement the biometrics. It first contacted its ATM manufacturer, Diebold, Inc., to ensure that the technology could be retrofitted into existing ATMs.

With the green light from Diebold, the company turned to biometric-maker Sensar, Inc., a spin-off of the Princeton, New Jersey-based Sarnoff Corporation. At a cost of about $5,000 per machine for the three initially chosen, the companies worked together to install cameras and software at ATMs located inside Kroger Supermarkets in Dallas, Ft. Worth, and Houston. The sites were chosen because of their traffic volume and high visibility.

Customers enrolled in the system by visiting a regular branch office. They looked into a Sensar camera, which takes a video shot of the iris and converts it into data. Then another shot is taken of the same eye, and another set of the data is created. The system compares the two sets of data, and if they match, the customer is enrolled. The code is stored on a central computer. The technology then enables customers to forgo use of a regular ATM card and PIN to complete banking transactions.

To use a biometric-enabled ATM, customers simply press the ATM screen. The machine prompts the customer to look at a dim yellow light while the Sensar device takes a picture of the iris and compares it with the code on record in the customer's file. Approvals have consistently taken between three and five seconds.

The technology has received near 100 percent positive feedback in customer surveys and has been equally effective for customers who wear glasses or contacts. To test the security, the bank asked two of its customers--identical twins--to try to trick the system. One twin--who also wears glasses--was enrolled and the other attempted to get approved by the system several times; access was denied each time.

To date, Stockton says, the only problem encountered by customers was when some were wearing reflective-type sunglasses. The system has recognized irises through all other types of shades. The company plans to roll out additional biometric ATMs throughout the remainder of the year.

*(For more information: Sales, Sensar, Inc.; phone: 856/222-9090; fax: 856/222-9020.)*

*-By DeQuendre Neeley, staff editor*

We welcome your comments on this article. Please e-mail the editor at sharowitz@asisonline.org.

 back to Security Management Online