

**National Center for Early Defibrillation**
*Community Resources to Help Save Lives*

*Because so many more can survive...*

Home | About NCED | Information | Services | **News & Events** | Survivors | Contact Us

Calendar
News Stories

## NCED to host community defibrillation workshop in Washington, D.C.

September 3, 2002

**Workshop to precede the Citizen CPR Foundation's biennial Emergency Cardiac Care Update 2002**

With a growing nationwide interest in community automated external defibrillator (AED) programs, the National Center for Early Defibrillation (NCED) is hosting a half-day workshop "Achieving Excellence In Defibrillation Response," from 1 to 5 p.m. Thursday, Sept. 5 at the Marriott Wardman Park Hotel, (2660 Woodley Rd. NW) in Washington, D.C.

The NCED AED workshop will precede the Citizen CPR Foundation's Emergency Cardiac Care Update 2002 beginning Sept. 5 through 8 and address all aspects of starting community AED programs including how to obtain funding, training, medical oversight and legal issues. Emergency medicine experts and representatives from AED manufacturers will share lessons learned about individual AED programs they have presided over.

"Current research shows the general public is interested now more than ever about starting and sustaining community AED programs. They are beginning to understand that sudden cardiac arrest is a major public health problem that must be addressed in every community. They are beginning to understand that there is a cure for sudden cardiac arrest and that cure is rapid defibrillation. We hope this workshop will enable both emergency medicine experts and community champions to share ideas about strategies for delivering rapid defibrillation and bring these ideas back to their communities," says Mary Newman, executive director of NCED.

During the workshop the NCED will announce four winners of the center's new Achieving Excellence in Defibrillation award, which recognizes exemplary emergency response for the treatment of sudden cardiac arrest in the community. The four winners include Boston Emergency Medical Services, Boston, Mass., for best response system in a large community; the Rochester Police Department, Rochester, Minn., and the Montgomery County Hospital

EXHIBIT E

District, Montgomery County, Texas tied for best response system in a medium-sized community, and the Clinton Noon Lions Club, Custer County, Okla., for best response system in a small-sized community. Each of the four winners will present a brief summary of their program and the workshop will conclude with a roundtable discussion.

The NCED was established in January 2000 by the University of Pittsburgh School of Medicine's department of emergency medicine and its affiliated Center for Emergency Medicine of Western Pennsylvania as an independent, nonprofit, manufacturer neutral, resource and advocacy center dedicated to improving survival from sudden cardiac arrest. The NCED's mission is to foster optimal immediate care for victims of sudden cardiac arrest by providing leadership, expertise and information related to early defibrillation.

The NCED is the only national clearinghouse dedicated to providing comprehensive information on sudden cardiac arrest and defibrillation.

Copyright © 2000-2005 National Center for Early Defibrillation. All Rights Reserved.