DCHSBrochure3203939.qxd  11/8/04  12:04 PM  Page 2

# HEART SAFE COMMUNITIES

*Partnering together to save more lives*



**DC Heart Safe Community**

## SUDDEN CARDIAC ARREST: ITS DEADLY IMPACT

Sudden cardiac arrest strikes without warning:

- It claims at least 450,000 lives a year, including 7,000 children, in the U.S. alone
- Only 5–10 percent of its victims survive
- It strikes people of all ages and fitness levels
- Time is critical: survival rates plunge 7–10 percent every minute treatment is delayed
- CPR is not enough—immediate defibrillation is the most effective treatment (within 3–5 minutes is the goal)
- Automated external defibrillators (AEDs) are portable and easy to use, for anyone with minimal training

*The American Heart Association reports that 40 children need to survive if an electric current administered in the right time. Chain of Survival including application of a AEDs.*

## THE CHAIN OF SURVIVAL

The American Heart Association (AHA) has defined a Chain of Survival that is now the worldwide standard for emergency cardiac care:

- Early access to the emergency medical system (EMS and 9-1-1)
- Early cardiopulmonary resuscitation (CPR)
- Immediate defibrillation when indicated
- Early advanced emergency treatment



## DC'S HEART SAFE COMMUNITY: WHAT YOU CAN DO

You can help in the fight to conquer sudden cardiac arrest in our community. Washington, DC Fire and Emergency Medical Services Department is leading the way by creating a program to help employers set up public access defibrillation (PAD) programs in workplaces throughout the DC area. The American Heart Association, American Red Cross, and Washington, DC Chamber of Commerce support this program.

Support doesn't end there. The District of Columbia's public access defibrillation law and federal legislation known as the Cardiac Arrest Survival Act (CASA) may provide immunity from civil liability to a person who uses an AED to help save a life. Also, the U.S. Department of Labor Occupational Safety and Health Administration (OSHA) recommends that employers consider use of AEDs in the workplace to reduce time to defibrillation, with the goal of improving survival.

*The time is now. A candidate is a life that no process to defibrillation to the life to reduce the right to augment the Chain of Survival and by application of the first person who is in distress.*

## READY TO BECOME A HEART SAFE CHAMPION?

Be part of our Heart Safe Community. Contact us to receive information on how to implement and register your PAD program. (Under current DC law, all such programs must register with the DC Fire and Emergency Services Department.) Registered facilities will receive a certificate, along with a DC Heart Safe Community Program window sticker recognizing their participation.

Heart Safe Communities want to give everyone who has a sudden cardiac arrest another chance at life. With community awareness and commitment, we can help ensure the first person on the scene has a defibrillator—and knows how to use it.

*Quick action by the first person on the scene can help save a life in cases that are otherwise a familiar truth to cardiac arrest.*



DCHSBrochure3203939.qxd  11/8/04  12:04 PM  Page 1

## AUTOMATED EXTERNAL DEFIBRILLATORS (AEDS)

An automated external defibrillator is an electronic device that analyzes the heart's rhythm and is designed to deliver a defibrillation shock when it's required. An AED is portable and easy to use. Anyone who has successfully completed a nationally recognized CPR/AED course can use an AED.

The American Heart Association and American Red Cross offer these courses, as do other organizations with equivalent state or nationally recognized courses in cardio-pulmonary resuscitation (CPR) and use of an AED.



*Every day, someone like you uses an AED to help save a life, are you prepared?*

---

*Contact Information*

*DC Fire and Emergency Services Department*
*Attn: CQI Public Access AED Program Manager*
*1018 13th St. NW, Suite 300*
*Washington, D.C., 20005*
*Phone: 202.673.6488; Fax: 202.673.6481*



*Fernando Daniels, III, M.D.*
*Medical Director*

---

*Supported by Medtronic Physio-Control*



**Medtronic**
PHYSIO-CONTROL

11811 Willows Road NE
P. O. Box 97006
Redmond, WA 98073-9706 USA
www.medtronicphysiocontrol.com
800.442.1142

---

LIFEPAK AEDs are prescription devices. AED users should be trained in CPR and use of the AED. Although not everyone can be saved from sudden cardiac arrest, studies show that early defibrillation can dramatically improve survival rates. The LIFEPAK CR Plus AED may be used on children up to eight years old or 25kg (55lbs) only with the Infant/Child Reduced Energy Defibrillation Electrodes.

PHYSIO-CONTROL and LIFEPAK are registered trademarks of Medtronic Physio-Control Corp.
©2004 Medtronic Physio-Control Corp.

MIN 3203939-000 / CAT. 26500-001-/36

# HEART SAFE COMMUNITIES



*Partnering together to save more lives*