

**Health and Safety Services -- Courses**
**Your Community**
**Workplace**
**Professional Rescuers**

HELP NOW



Find Your Local Red Cross
Enter Zip Code Here:



Search Our Site

**OUR SUPPORTERS**
Find Out Who Our Supporters Are

Home > Services > Health and Safety Services > Courses > Learn about CPR and AEDs

## Health and Safety Services

### Saving a Life Is as Easy as A-E-D

**Defibrillation Overview**
In the time it takes you to read this information, sudden cardiac arrest will have claimed another victim. Statistics show that more than 200,000 Americans die of sudden cardiac arrest every year. Up to 50,000 of these deaths could have been prevented if someone had initiated the Cardiac Chain of Survival, and an **automated external defibrillator (AED)** had been available for immediate use at the time of the emergency.

*The American Red Cross has a vision of one person in every household being trained in First Aid and CPR lifesaving skills, and all Americans being within four minutes of an AED and someone trained to use it in the event of sudden cardiac arrest.*

All American Red Cross Adult and Child CPR courses contain defibrillation skills and information. We invite you to learn more about the technology and training that could save the life of a co-worker, family member or a friend by contacting your local American Red Cross chapter.

**Frequently Asked Questions**

- What is an AED program?
- Do AED programs differ based on the environment?
- What are some things to consider when developing an AED program?
- Who can be trained?
- What type of support is needed for staffing an AED program?
- What is sudden cardiac arrest (SCA)?
- How common is SCA and who is at risk?
- What is the current treatment for sudden cardiac arrest?
- What is the cardiac chain of survival?
- What is an automated external defibrillator (AED)?
- How does an AED work?
- If an AED is so easy to use, why do I need training?
- How can I get trained in the use of an AED?
- Who can use an AED?
- Where can I find AEDs?
- How can I buy an AED?
- How much does an AED cost?
- Does the Red Cross sell AEDs?


Automated External Defibrill


AED training session.

EXHIBIT G