

Home | Instructions | Reprinting | List of Articles | Search Articles | Contact

**Utilities**
- Email this to a Friend
- Bookmark this Page
- AH&LA
- AH&LEF
- Educational Institute
- Lodging Magazine

**Article**

**AUTOMATED EXTERNAL DEFIBRILLATORS (AEDs) REVISITED**

Date: 9/1/2002

The logistics of trying to provide AEDs throughout a multi-story facility has been a concern for the lodging industry since the introduction and promotion of the use of AEDs in various public and commercial facilities throughout the Nation. A recent series of communications from an organization that sells AEDs has persuaded me that it is time for the lodging industry to take a very serious look at AEDs. Are they a problem; or are they a solution to a problem? First and foremost, review how many heart attacks have occurred on your premises. How many were in public areas? Remember to include incidents in restaurants, and bar-lounge facilities. How many occurred in a guest room? Harrahs reports in excess of 70 "saves" on the casino floor in their various locations. They regret that they have not had 100% "saves" and that fact has not resulted in a significant burden of litigation. The case for the use of AEDs in public areas is challenging: o Most people in cardiac arrest need immediate "defibrillation". Done within a couple minutes, 75%, or more, will survive. At 5 minutes it's about 50%. At 10 minutes, it's close to zero "saves". o Defibrillators are now available for lay person use requiring a four hour class which also teaches CPR skills. o Those AEDs direct the operator using voice instruction and will not allow a shock to be delivered (defibrillation) unless the AED determines that the person is in cardiac arrest. o A single AED, with 12 trained operators to provide around-the-clock coverage costs less than $200 per month. o Limited service hotels without significant common space are not good candidates for AEDs because the cardiac arrest must be witnessed (because the victim is immediately unconscious). o Meeting hotels, those with fitness centers, restaurants and other common areas are EXCELLENT candidates for AED deployment and most need only 1 unit. o OSHA recommends (not mandates) that all employers consider the use of AEDs. http://www.osha.gov/media/oshnews/dec01/trade20011217A.html With the growing use of AEDs on airplanes, in airports and most casino and many lodging establishments, your editor recommends, in addition to the statistical review, noted above, the discussion of this subject with the medical services for your property as well as counsel. Does your editor at 81 years young have a bias in this regard?

© 2006 AH&LA - Educational Foundation   Website developed and hosted by the American Hotel & Lodging Association.   For technical matters, click here.

**EXHIBIT O**