NurseZone - Devices & technology





Tuesday • May 30 • 2006

**Devices & technology**

## U.S. Disney Resorts to Install Life-Saving Cardiac Defibrillators Across Properties



Disneyland and Walt Disney World Resorts and Disney Cruise Line will deploy a combined total of approximately 500 automated external defibrillators (AEDs) across both properties within a year.

Using the latest technology to enhance life-saving capabilities in medical emergencies, the Disneyland and Walt Disney World Resorts and Disney Cruise Line will deploy a combined total of approximately 500 automated external defibrillators (AEDs) across both properties within a year, it was announced today by Paul Pressler, chairman of Walt Disney Parks and Resorts.

While the park's spokesperson said that paramedics serving both resorts are well equipped to handle emergencies, Disney made the decision to invest in AEDs because emergency medical experts recognize them as important technology-based tools that improve the survival chances of cardiac arrest victims.

"The American Heart Association applauds Disney for taking this very important and progressive step in using technology to improve the chain of survival for their guests and cast members," said Vinay Nadkarni, M.D., chairman of the American Heart Association's Emergency Cardiovascular Care Committee. "This effort represents one of the largest private deployments of AEDs in the United States. In emergencies and sudden cardiac arrest, immediate access to AEDs and trained rescuers can mean the difference between life or death. AEDs have been demonstrated to be simple, safe and effective."

Defibrillators will be located at the Disneyland Resort in both theme parks, three hotels, Downtown Disney, and the Disneyland Resort parking structure. At the Walt Disney World Resort, they will be located in all four theme parks, three water parks, all golf courses, 18 resort hotels and in many Cast buildings. In addition, both Disney Cruise Line ships and Disney's private island, Castaway Cay, will deploy public-access AEDs within a year.

People who are appropriately trained in CPR and AED use can operate the AEDs located in public areas. According to the American Heart Association, more than 1.1 million heart attacks occur each year in the United States, and 220,000 deaths occur due to cardiac arrest. The American Heart Association also noted that when a person suffers a sudden cardiac arrest, their chances of survival decrease approximately seven percent to 10 percent for each minute that passes without defibrillation.

Currently at the Disneyland Resort, there are four emergency medical service facilities, as well as four full-time paramedics who are equipped with traditional defibrillators who are on duty 24 hours a day to respond to 911 calls immediately.

At Walt Disney World, there are three emergency medical facilities located on property that are able to respond to 911 calls, along with Medical Assistance Response

**EXHIBIT P**

Carts (MARC) stationed at its four theme parks. The MARC vehicles all are equipped with traditional defibrillators for use by paramedics.

Disneyland Resort plans to install its approximately 90 AEDs in two phases. Phase one implementation will begin this month at the theme parks. The Disneyland Resort hotel properties will be included in the second phase of the project. Implementation will be completed by end of year.

At Walt Disney World, the company will begin to deploy about 100 AEDs at water parks and at lifeguard stations at Disney's 18 hotels. The remainder of the first-phase AEDs will be located behind the scenes and will be installed by the end of summer. The second phase will begin in the fall and will include installation of nearly 300 AEDs at golf courses, inside all hotels and on board Disney Cruise Line ships. Phase two will be completed by June 2002.

Disney has also begun an extensive training program for cast members at both resorts to become appropriately trained in CPR and AED use.

The Disney theme parks also employ nurses. Read about it in NurseZone's article, "Nurses Aren't Goofy: Working at Disneyland is a Blast."

*Source: Newstream, Business Wire, Sept. 7, 2001*