## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAIL EUGENE PHILLIPS-WATERS,** ) <br> **(Individually and as Personal Representative** ) <br> **of the Estate of JAMES LEON WATERS,** ) <br> **deceased),** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MARRIOTT INTERNATIONAL, INC.,** *et al.,* ) <br> ) <br> **Defendants.** ) | **Case No. 06-cv-01310 (GK)** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gail Eugene Phillips-Waters and

Defendants Marriott International, Inc. and Renaissance Hotel Operating Company stipulate that

the above-captioned action be dismissed with prejudice.  Each Party shall bear its own costs and

attorneys' fees.

Respectfully submitted,

Date: _____ 05/16/07 _____          _____ */s/ Richard F. Silber* _____
                                    Richard F. Silber, Esquire
                                    SPARKS & SILBER, LLP
                                    3221 M Street, N.W.
                                    Washington, D.C.  20007
                                    Telephone:  (202) 338-0687
                                    Facsimile:  (202) 333-0858
                                    E-mail:  rsilber@richardsilber.com

and

Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
McNaul Ebel Nawrot & Helgren, PLLC
600 University Street
Suite 2700
Seattle, Washington  98101
Telephone:  (206) 389-9351
Facsimile:  (206) 624-5128
E-mail:  lhagin@mcnaul.com
            mhelgren@mcnaul.com

**Counsel for Plaintiff Gail Eugene Phillips-Waters**


Date: _____05/16/07_____          _____/s/ David W. Goewey_____
                                  David W. Goewey (D.C. Bar No. 414257)
                                  Danielle R. Foley  (D.C. Bar No. 464482)
                                  VENABLE  LLP
                                  575 7th Street, N.W.
                                  Washington, D.C.  20004
                                  Telephone:  (202) 344-4583
                                  Facsimile:  (202) 344-8300
                                  E-mail:  dwgoewey@venable.com

                                  **Counsel for Defendants**
                                  **Marriott International, Inc. and**
                                  **Renaissance Hotel Operating Company**


**IT IS SO ORDERED:**


Date: _____          _____
                                     The Honorable Gladys Kessler
                                     UNITED STATES DISTRICT JUDGE