UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAIL EUGENE PHILLIPS-WATERS, (Individually and as Personal Representative of the Estate of JAMES LEON WATERS, deceased),<br><br>       Plaintiff,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC., *et al.*,<br><br>       Defendants. | Case No. 06-cv-01310 (GK) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gail Eugene Phillips-Waters and Defendants Marriott International, Inc. and Renaissance Hotel Operating Company stipulate that the above-captioned action be dismissed with prejudice. Each Party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Date:   05/16/07

*/s/ Richard F. Silber*
Richard F. Silber, Esquire
SPARKS & SILBER, LLP
3221 M Street, N.W.
Washington, D.C.  20007
Telephone:  (202) 338-0687
Facsimile:  (202) 333-0858
E-mail:  rsilber@richardsilber.com

and

Leslie J. Hagin, Esquire
Michael D. Helgren, Esquire
McNaul Ebel Nawrot & Helgren, PLLC
600 University Street
Suite 2700
Seattle, Washington 98101
Telephone: (206) 389-9351
Facsimile: (206) 624-5128
E-mail: lhagin@mcnaul.com
        mhelgren@mcnaul.com

*Counsel for Plaintiff Gail Eugene Phillips-Waters*

Date:   05/16/07

/s/ David W. Goewey
David W. Goewey (D.C. Bar No. 414257)
Danielle R. Foley (D.C. Bar No. 464482)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4583
Facsimile: (202) 344-8300
E-mail: dwgoewey@venable.com

*Counsel for Defendants*
*Marriott International, Inc. and*
*Renaissance Hotel Operating Company*

**IT IS SO ORDERED:**

Date: May 15, 2007

_____
The Honorable Gladys Kessler
UNITED STATES DISTRICT JUDGE